# EXHIBIT 3

1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  BLAKELY LAW GROUP
   1334 Parkview Avenue, Suite 280
3  Manhattan Beach, California 90266
   Telephone: (310) 546-7400
4  Facsimile: (310) 546-7401

5
   *Attorneys for Defendant and Petitioner*
6  *ESSENTIAL CONSULTANTS, LLC*

7

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                   FOR THE COUNTY OF LOS ANGELES

11

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual, | Case No. BC696568 |
| | [Assigned to the Hon. Howard L. Halm – Dept. 53] _ |
| Plaintiff, | |
| v. | **DEFENDANT ESSENTIAL CONSULTANTS, LLC'S NOTICE TO THE CLERK OF THE SUPERIOR COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) DIVERSITY** |
| DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | |
| Defendants. | |
| | Complaint Filed:  March 6, 2018 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-
NOTICE TO CLERK AND ADVERSE PARTY OF REMOVAL

1  **TO THE CLERK OF THE SUPERIOR COURT OF CALIFORNIA FOR**

2  **THE COUNTY OF LOS ANGELES AND TO ALL OTHER PARTIES:**

3  PLEASE TAKE NOTICE that on March 16, 2018, this action was removed to the

4  United States District Court, Central District of California, Western Division, located at

5  312 N. Spring Street, Los Angeles, California 90012.  True and correct copies of the

6  Notice of Removal of Action, Civil Cover Sheet, Notice of Interested Parties, and Essential

7  Consultant, LLC's Corporate Disclosure Statement are attached hereto as Exhibits A, B, C,

8  and D, respectively.

9

10  DATED: March 16, 2018          BLAKELY LAW GROUP

11

12                                  By: _____

13                                       BRENT H. BLAKELY
                                         *Attorneys for Defendant and Petitioner*
14                                       *EXECUTIVE CONSULTANTS, LLC*

15

16

17

18

19

20

21

22

23

24

25

26

27

28