1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  BLAKELY LAW GROUP
   1334 Parkview Avenue, Suite 280
3  Manhattan Beach, California 90266
   Telephone: (310) 546-7400
4  Facsimile: (310) 546-7401

5
   *Attorneys for Defendant and Petitioner*
6  *ESSENTIAL CONSULTANTS, LLC*

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual, | Case No. |
| 12 | |
| 13 | **ESSENTIAL CONSULTANTS, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| 14              Plaintiff, | |
| 15         v. | **(FED. R. CIV. P. 7.1)** |
| 16  DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | Action Filed: March 6, 2018 |
| 17 | |
| 18 | |
| 19 | |
| 20              Defendants. | |

21
22
23
24
25
26
27
28

ESSENTIAL CONSULTANT, LLC'S CORPORATE DISCLOSURE STATEMENT

1 | Defendant Essential Consultants, LLC ("EC") hereby provides the following
2 | Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.
3 |     1.    EC is not a publicly-held corporation or other publicly-held entity.
4 |     2.    There is no parent corporation of EC.
5 |     3.    No publicly held corporation owns ten percent or more of the stock of
6 | EC.

Dated: March 16, 2018        BLAKELY LAW GROUP

                                By:  */s/ Brent H. Blakely*
                                      BRENT H. BLAKELY
                                      ***Attorneys for Defendant and Petitioner***
                                      ***EXECUTIVE CONSULTANTS, LLC***