HARDER LLP
CHARLES J. HARDER (CA Bar No. 184593)
RYAN J. STONEROCK (CA Bar No. 247132)
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone:  (424) 203-1600
Facsimile:  (424) 203-1601
Email:         CHarder@HarderLLP.com
Email:         RStonerock@HarderLLP.com

Attorneys for Defendant
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02217<br><br>[Removal from Superior Court of California, County of Los Angeles, Case No. BC696568]<br><br>**JOINDER OF DEFENDANT DONALD J. TRUMP IN NOTICE OF REMOVAL OF ACTION BY DEFENDANT ESSENTIAL CONSULTANTS, LLC**<br><br>Action Filed:  March 6, 2018 |

Defendant Donald J. Trump hereby joins in defendant Essential Consultants, LLC's ("EC") Notice of Removal to this Court of the state court action described in said Notice of Removal. Mr. Trump is, and at the time of the Complaint being filed and all intervening times was, a resident of the District of Columbia, and is a permanent resident, citizen and domiciliary of the State of New York. Mr. Trump is not now, and was not at the time of the Complaint being filed or during any intervening times, a citizen of the State of California or a citizen of the State of Texas.

This action arises out of allegations made by Plaintiff Clifford, an adult-film actress and exotic dancer, against EC and Mr. Trump, and a written settlement agreement related thereto that contains a broad arbitration provision (the "Arbitration Agreement"). Mr. Trump intends to join in EC's anticipated Petition to Compel Arbitration under the Arbitration Agreement.

Mr. Trump intends to pursue his rights to the fullest extent permitted by law.

Mr. Trump has not been served with the summons or complaint in this action.

Dated: March 16, 2018    HARDER LLP

By: */s/ Charles J. Harder*
    CHARLES J. HARDER
    Attorneys for Defendant
    DONALD J. TRUMP