NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

HARDER LLP
CHARLES J. HARDER (CA BAR NO. 184593)
RYAN J. STONEROCK (CA BAR NO. 247132)
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone: (424) 203-1600
Email: CHarder@HarderLLP.com

ATTORNEY(S) FOR: Defendant Donald J. Trump

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual<br>Plaintiff(s),<br>v.<br>DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS LLC, a Delaware Limited Liability Company, et al.<br>Defendant(s) | CASE NUMBER:<br><br>2:18-cv-02217<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant Donald J. Trump_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Stephanie Clifford a.k.a. Stormy Daniels a.k.a. Peggy Peterson | Plaintiff |
| Donald J. Trump | Defendant |
| Essential Consultants, LLC | Defendant |

March 16, 2018
Date

/s/ Charles J. Harder
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Donald J. Trump