1  BLAKELY LAW GROUP
2  BRENT H. BLAKELY (CA Bar No. 157292)
   1334 Park View Avenue, Suite 280
3  Manhattan Beach, California 90266
   Telephone:   (310) 546-7400
4  Facsimile:   (310) 546-7401
5  Email:       BBlakely@BlakelyLawGroup.com

6
   Attorneys for Defendant
7  ESSENTIAL CONSULTANTS, LLC

8              **UNITED STATES DISTRICT COURT**
9
              **CENTRAL DISTRICT OF CALIFORNIA**
10

11
12 STEPHANIE CLIFFORD a.k.a.               Case No.   18-cv-02217
   STORMY DANIELS a.k.a. PEGGY
13 PETERSON, an individual,               **NOTICE OF ERRATA**
                                          **REGARDING REMOVAL OF**
14              Plaintiff,                **ACTION UNDER 28 U.S.C. § 1441(b)**
                                          **DIVERSITY BY DEFENDANT**
15       v.                               **ESSENTIAL CONSULTANTS, LLC**
                                          **[DOCKET NO. 1], AND ESSENTIAL**
16                                        **CONSULTANTS, LLC'S**
   DONALD J. TRUMP a.k.a. DAVID           **CORPORATE DISCLOSURE**
17 DENNISON, an individual,               **STATEMENT [DOCKET NO. 4]**
   ESSENTIAL CONSULTANTS, LLC, a
18 Delaware Limited Liability Company,
   and DOES 1 through 10, inclusive,
19
20
              Defendants.
21

22

23

24

25

26

27

28

──────────────────────────────────────────────
NOTICE OF ERRATA BY DEFENDANT ESSENTIAL CONSULTANTS, LLC

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Essential Consultants, LLC respectfully submits this Notice of Errata concerning the Notice of Removal of Action Under 29 U.S.C. § 1441(b) Diversity by Defendant Essential Consultants, LLC, [Docket No. 1], wherein the Signature Block on page 8 of 8 shall state "Essential Consultants, LLC" in lieu of "Executive Consultants, LLC".

Furthermore, Defendant Essential Consultants, LLC respectfully submits this Notice of Errata concerning the Essential Consultants, LLC's Corporate Disclosure Statement [Docket No. 4] wherein the Signature Block on page 2 of 2 shall state "Essential Consultants, LLC" in lieu of "Executive Consultants, LLC".

Dated: March 18, 2018                    BLAKELY LAW GROUP


                                         By: _/s/ Brent H. Blakely_
                                              BRENT H. BLAKELY
                                              Attorneys for Defendant
                                              ESSENTIAL CONSULTANTS, LLC

NOTICE OF ERRATA BY DEFENDANT ESSENTIAL CONSULTANTS, LLC