# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD<br><br>Plaintiff(s),<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:18–cv–02217–SJO–FFM<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   3/18/2018

Document Number(s):   7

Title of Document(s):   Notice (Other) by Essential Consultants

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Errata

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: March 20, 2018          By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS