NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Michael J. Avenatti, Bar No. 206929
AVENATTI & ASSOCIATES, APC
mavenatti@eoalaw.com
520 Newport Center Drive, Suite 1400
Newport BEach, CA 92660

ATTORNEY(S) FOR: Plaintiff Stephanie Clifford

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| STEPHANIE CLIFFORD, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:18-CV-02217-SJO-FFM |
| v. | |
| DONALD J. TRUMP, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES |
| Defendant(s) | (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiff Stephanie Clifford
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Stephanie Clifford a.k.a. Stormy Daniels a.k.a. Peggy Peterson | Plaintiff |
| Donald J. Trump a.k.a. David Dennison | Defendant |
| Essential Consultants, LLC | Defendant |
| Michael Cohen | Defendant |

March 26, 2018                         /s/ Michael J. Avenatti
Date                                         Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Stephanie Clifford