1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.: 2:18-cv-02217-SJO-FFM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED JURY TRIAL PURSUANT TO SECTION 4 OF THE FEDERAL ARBITRATION ACT, AND FOR LIMITED EXPEDITED DISCOVERY** |

Upon consideration of the Plaintiff Stephanie Clifford a.k.a. Stormy Daniels a.k.a Peggy Peterson's ("Plaintiff") MOTION FOR EXPEDITED JURY TRIAL AND FOR LIMITED EXPEDITED DISCOVERY ("Motion"), and for good cause shown, the Court hereby orders as follows:

1. Plaintiff's Motion is granted;

2. The Court will set a jury trial, pursuant to section 4 of the Federal Arbitration Act, that will commence on _____, 2018;

3. Defendants shall produce Mr. Donald J. Trump and Mr. Michael Cohen for their depositions within 21 days of the Court's Order. Each deposition shall last for no more than two (2) hours of deposition time;

4. Defendants shall produce documents responsive to Plaintiff's requests for production of documents (not to exceed ten (10) requests). Such documents, along with written responses to Plaintiff's requests, shall be provided no later than ten (10) days after Plaintiff serves the requests upon Defendants.

**IT IS SO ORDERED.**

DATED: _____      _____
                         HON. S. JAMES OTERO
                         UNITED STATES DISTRICT JUDGE