BLAKELY LAW GROUP
BRENT H. BLAKELY (CA Bar No. 157292)
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
Email: BBlakely@BlakelyLawGroup.com

Attorneys for Defendant
ESSENTIAL CONSULTANTS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02217-SJO-FFM<br><br>**DEFENDANT ESSENTIAL CONSULTANT, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Assigned for All Purposes to the Hon. S. James Otero<br><br>**Date:** April 30, 2018<br>**Time:** 10:00 a.m.<br>**Location:** 350 West 1st Street<br>Courtroom 10C, 10th Floor<br>Los Angeles, CA 90012<br><br>Action Filed: March 6, 2018 |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 30, 2018, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 10C, located at the United States District Court, 350 West 1st Street, Los Angeles, California 90012, the Honorable S. James Otero presiding, Defendant Essential Consultants, LLC ("EC") will move and hereby does move for an order compelling Plaintiff Stephanie Clifford a.k.a. Stormy Daniels a.k.a. Peggy Peterson ("Clifford" or "Plaintiff") to arbitrate any and all disputes arising under the written *Confidential Settlement Agreement and Mutual Release* entered into by EC and Clifford on or about October 28, 2016 (the "Settlement Agreement"), including but not limited to the first cause of action pleaded in Plaintiff's First Amended Complaint ("FAC") in this action. Such arbitration should be ordered to occur in the currently pending arbitration between the parties with ADR Services, Inc. ("ADRS") in Los Angeles, California, pursuant to the written agreements of the parties. EC will also move and hereby does move for an order staying the first cause of action in the FAC pending the outcome of the arbitration.

This motion will be and is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declarations of Michael D. Cohen and Brent H. Blakely (with exhibits), the anticipated reply papers, all other papers on file in this action, all materials that may be properly considered in connection with this motion, and oral argument at the hearing. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 21, 2018.

Dated: April 2, 2018          BLAKELY LAW GROUP

By: */s/ Brent H. Blakely*
BRENT H. BLAKELY
***Attorneys for Defendant ESSENTIAL CONSULTANTS, LLC***