HARDER LLP
CHARLES J. HARDER (CA Bar No. 184593)
RYAN J. STONEROCK (CA Bar No. 247132)
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone:  (424) 203-1600
Facsimile:   (424) 203-1601
Email:        CHarder@HarderLLP.com
Email:        RStonerock@HarderLLP.com

Attorneys for Defendant
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02217<br><br>**JOINDER OF DEFENDANT DONALD J. TRUMP IN MOTION TO COMPEL ARBITRATION BY DEFENDANT ESSENTIAL CONSULTANTS, LLC**<br><br>Assigned for All Purposes to the Hon. S. James Otero<br><br>**Date:         April 30, 2018**<br>**Time:        10:00 a.m.**<br>**Location:  350 West 1st Street**<br>**                   Courtroom 10C, 10th Floor**<br>**                   Los Angeles, CA 90012**<br><br>Action Filed:  March 6. 2018 |

1  Defendant Donald J. Trump hereby joins in defendant Essential Consultants,
2  LLC's ("EC") Motion to Compel Arbitration and consents to arbitration of the claims
3  against him and EC in this matter.
4
5  Dated: April 2, 2018                    HARDER LLP
6
7                                           By: */s/ Charles J. Harder*
                                                  CHARLES J. HARDER
8                                                 Attorneys for Defendant
                                                  DONALD J. TRUMP
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28