1  AVENATTI & ASSOCIATES, APC
   Michael J. Avenatti, State Bar No. 206929
2  Ahmed Ibrahim, State Bar No. 238739
   520 Newport Center Drive, Suite 1400
3  Newport Beach, CA 92660
   Telephone:  949.706.7000
4  Facsimile:   949.706.7050

5  Attorneys for Plaintiff Stephanie Clifford
   a.k.a. Stormy Daniels a.k.a. Peggy Peterson

6

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual, | CASE NO.:  2:18-cv-02217-SJO-FFM |
12 | | |
   | Plaintiff, | **PLAINTIFF'S CERTIFICATE OF SERVICE OF FIRST AMENDED COMPLAINT ON DEFENDANTS DONALD J. TRUMP AND ESSENTIAL CONSULTANTS, LLC** |
13 | vs. | |
14 | DONALD J. TRUMP a.k.a. DAVID DENNISON, and individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN and DOES 1 through 10, inclusive, | |
15 | | |
16 | Defendants. | |

# CERTIFICATE OF SERVICE OF FIRST AMENDED COMPLAINT

I hereby certify that the First Amended Complaint in this matter was served upon its filing via this Court's CM/ECF system on the 26th day of March 2018, on the individuals listed below as evidenced by the Notice of Electronic Filing attached hereto as Exhibit 1:

| | |
|---|---|
| Brent H. Blakely, Esq.<br>BLAKELY LAW GROUP<br>1334 Parkview Avenue, Ste 280<br>Manhattan Beach, CA 90266<br>bblakely@blakelylawgroup.com<br><br>Attorneys for Defendant<br>Essential Consultants, LLC | Charles J. Harder, Esq.<br>Ryan J. Stonerock, Esq.<br>HARDER LLP<br>132 S. Rodeo Drive, Fourth Floor<br>Beverly Hills, CA 90212<br>charder@harderllp.com<br>rstonerock@harderllp.com<br><br>Attorneys for Defendant<br>Donald J. Trump |

Dated: April 3, 2018    AVENATTI & ASSOCIATES, APC

By:    /s/ Michael J. Avenatti
Michael J. Avenatti
Attorneys for Plaintiff Stephanie Clifford
a.k.a. Stormy Daniels a.k.a. Peggy Peterson

Exhibit 1

## Judy K. Regnier

**From:** cacd_ecfmail@cacd.uscourts.gov
**Sent:** Monday, March 26, 2018 1:00 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:18-cv-02217-SJO-FFM Stephanie Clifford v. Donald J. Trump et al Amended Complaint/Petition

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Avenatti, Michael on 3/26/2018 at 1:00 PM PDT and filed on 3/26/2018

**Case Name:** Stephanie Clifford v. Donald J. Trump et al
**Case Number:** 2:18-cv-02217-SJO-FFM
**Filer:** Stephanie Clifford
**Document Number:** 14

**Docket Text:**
**FIRST AMENDED COMPLAINT against Defendants All Defendants amending Complaint - (Discovery) JURY DEMAND, filed by Plaintiff Stephanie Clifford(Avenatti, Michael)**

**2:18-cv-02217-SJO-FFM Notice has been electronically mailed to:**

Brent H Blakely   bblakely@blakelylawgroup.com, jcovington@blakelylawgroup.com, mlawal@blakelylawgroup.com

Charles J Harder   charder@harderllp.com, mmoreno@harderllp.com, rstonerock@harderllp.com, sfrackman@harderllp.com

Michael J Avenatti   aibrahim@eaganavenatti.com, jarden@eaganavenatti.com, jregnier@eaganavenatti.com, tgray@eaganavenatti.com

Ryan J Stonerock   rstonerock@harderllp.com, mmoreno@harderllp.com

**2:18-cv-02217-SJO-FFM Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\FAC Clifford.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/26/2018] [FileNumber=25247784-0
] [2ab1a51d4b3f4db0beee46ea100e282e42e45755f7ea099cbc4fffe781d287d5777
7900f7e54e732fcade8fcf10b342590be8665fcefd2e69873c05c21122344]]