# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD<br><br>Plaintiff(s),<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:18–cv–02217–SJO–FFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   4/3/2018

Document Number(s):   33

Title of Document(s):   Proof of Service (subsequent documents) by plaintiff ( pdf is re first amended complaint)

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Correct event to be used is: and Service of summons and complaint returned executed 21 days.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  April 3, 2018        By:   /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

Case 2:18-cv-02217-SJO-FFM Document 23 Filed 04/03/18 Page 2 of 2 Page ID #:362

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

