# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STEPHANIE CLIFFORD | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:18−cv−02217−SJO−FFM |
| v. | |
| DONALD J. TRUMP, et al | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 4/3/18 | 22 | Proof of Service |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

- ☑ The document is accepted as filed
- ☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
- ☐ The hearing date has been rescheduled to _____ at _____
- ☐ Other

Clerk, U.S. District Court

Dated: 4/3/18

By: /S/ Victor Paul Cruz
Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge