1  AVENATTI & ASSOCIATES, APC
   Michael J. Avenatti, State Bar No. 206929
2  Ahmed Ibrahim, State Bar No. 238739
   520 Newport Center Drive, Suite 1400
3  Newport Beach, CA 92660
   Telephone:  949.706.7000
4  Facsimile:   949.706.7050

5  Attorneys for Plaintiff Stephanie Clifford
   a.k.a. Stormy Daniels a.k.a. Peggy Peterson

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11  STEPHANIE CLIFFORD a.k.a.              CASE NO.:  2:18-cv-02217-SJO-FFM
    STORMY DANIELS a.k.a. PEGGY
12  PETERSON, an individual,               **PLAINTIFF'S CERTIFICATE OF**
                                           **SERVICE OF SUMMONS AND**
13              Plaintiff,                 **FIRST AMENDED COMPLAINT ON**
                                           **DEFENDANT MICHAEL COHEN**
14        vs.

15
    DONALD J. TRUMP a.k.a. DAVID
16  DENNISON, and individual,
    ESSENTIAL CONSULTANTS, LLC, a
17  Delaware Limited Liability Company,
    MICHAEL COHEN and DOES 1
18  through 10, inclusive,

19
                Defendants.
20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE OF FIRST AMENDED COMPLAINT

I hereby certify that the Summons and First Amended Complaint in this matter were served upon Defendant Michael Cohen on the 30th day of March 2018 as set forth on the Proof of Service of Summons attached hereto as Exhibit 1.

Dated: April 5, 2018                    AVENATTI & ASSOCIATES, APC

By:         /s/ Michael J. Avenatti
            Michael J. Avenatti
            Attorneys for Plaintiff Stephanie Clifford
            a.k.a. Stormy Daniels a.k.a. Peggy Peterson

**PLAINTIFF'S CERTIFICATE OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT MICHAEL COHEN**

# Exhibit 1

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>MICHAEL J. AVENATTI | SBN: 206929<br>AVENATTI & ASSOCIATES, APC<br>520 NEWPORT CENTER DRIVE, SUITE 1400<br>NEWPORT BEACH, CA 92660<br>TELEPHONE NO.: (949) 706-7000 | FAX NO. | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS: 312 NORTH SPRING STREET |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 |
| BRANCH NAME: WESTERN DIVISION |

| PLAINTIFF/PETITIONER: STEPHANIE CLIFFORD, ETC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: DONALD J. TRUMP, ETC., ET AL. | 2:18-CV02217-SJO-FFM |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>CLIFFORD.001 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☐ Summons
   - b. ☐ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet
   - e. ☐ Cross-complaint
   - f. ☒ other *(specify documents)*: SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT
3. a. Party served *(specify name of party as shown on documents served)*:
   MICHAEL COHEN, AN INDIVIDUAL

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   BRENT H. BLAKELY, ESQ. - ATTORNEY
4. Address where the party was served: 1334 PARKVIEW AVENUE, #280
   MANHATTAN BEACH, CA 90266
5. I served the party *(check proper box)*
   - a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   - b. ☒ by substituted service. On *(date)*: 03/30/2018 at *(time)*: 02:24 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
     MONICA LAURAL - LEGAL ASSISTANT
     - (1) ☒ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
     - (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
     - (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
     - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☒ a declaration of mailing is attached.
     - (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>POS010-1/2780231JC |
|---|---|---|

| PETITIONER: STEPHANIE CLIFFORD, ETC. | CASE NUMBER: |
|---|---|
| RESPONDENT: DONALD J. TRUMP, ETC., ET AL. | 2:18-CV02217-SJO-FFM |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                 (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☒ On behalf of *(specify):* **MICHAEL COHEN, AN INDIVIDUAL**
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☒ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: **HIROYOSHI OKAZAKI C/O Nationwide Legal, LLC  (12-234648)**
b. Address: **200 W. Santa Ana Blvd., Suite 300  Santa Ana, CA 92701**
c. Telephone number: **(714) 558-2400**
d. The fee for service was: **$ 223.52**
e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ owner     ☐ employee     ☒ independent contractor.
        (ii) Registration No.: **6499**
        (iii) County: **LOS ANGELES**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **04/02/2018**

**Nationwide Legal, LLC  (12-234648)**
**200 W. Santa Ana Blvd., Suite 300**
**Santa Ana, CA 92701**
**(714) 558-2400**
**www.nationwideasap.com**

 

_____    ▶    _____
**HIROYOSHI OKAZAKI**                            (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| Attorney or Party without Attorney:<br>MICHAEL J. AVENATTI, SBN: 206929<br>AVENATTI & ASSOCIATES, APC<br>520 NEWPORT CENTER DRIVE, SUITE 1400<br>NEWPORT BEACH, CA 92860<br>TELEPHONE No.: (949) 706-7000       FAX No. (Optional):       E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|

Attorney for: Plaintiff

| | Ref No. or File No.:<br>CLIFFORD.001 |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

Plaintiff: STEPHANIE CLIFFORD, ETC.

Defendant: DONALD J. TRUMP, ETC., ET AL.

| PROOF OF SERVICE<br>BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:18-CV02217-SJO-FFM |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SANTA ANA, California, addressed as follows:

a. Date of Mailing:    March 30, 2018
b. Place of Mailing:    SANTA ANA, California
c. Addressed as follows:  MICHAEL COHEN, AN INDIVIDUAL
           ATTENTION: BRENT H. BLAKELY, ESQ. - ATTORNEY
           1334 PARKVIEW AVENUE, #280
           MANHATTAN BEACH, CA 90266

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ANA, California in the ordinary course of business.

Fee for Service: $ 223.52
NATIONWIDE Nationwide Legal, LLC  (12-234648)
   200 W. Santa Ana Blvd., Suite 300
   Santa Ana, CA 92701
   (714) 558-2400
   www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on April 2, 2018.

Signature: _____
      SHERI NAVARRO

**PROOF OF SERVICE BY MAIL**

Order#: 2790231JC/mailproof