1  AVENATTI & ASSOCIATES, APC
2  Michael J. Avenatti, State Bar No. 206929
   Ahmed Ibrahim, State Bar No. 238739
3  520 Newport Center Drive, Suite 1400
4  Newport Beach, CA 92660
   Tel:   (949) 706-7000
5  Fax:   (949) 706-7050

6
7  Attorneys for Plaintiff Stephanie Clifford
   a.k.a. Stormy Daniels a.k.a. Peggy Peterson

8

9
              **UNITED STATES DISTRICT COURT**
10
             **CENTRAL DISTRICT OF CALIFORNIA**
11

12

13 | STEPHANIE CLIFFORD a.k.a. | CASE NO.:  2:18-cv-02217-SJO-FFM |

| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual, | CASE NO.:  2:18-cv-02217-SJO-FFM |
|---|---|
| Plaintiff, | **DECLARATION OF LAWRENCE SOLAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT ESSENTIAL CONSULTANTS, LLC'S MOTION TO COMPEL ARBITRATION** |
| vs. | |
| DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive | **Hearing Date:** **April 30, 2018**<br>**Hearing Time:** **10:00 a.m.**<br>**Location:**        **350 West 1st Street**<br>                    **Courtroom 10C**<br>                    **Los Angeles, CA 90012** |
| Defendants. | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF LAWRENCE SOLAN

I, LAWRENCE SOLAN, declare as follows:

1.     I am over the age of 18 years.  I am submitting this declaration in support of Plaintiff's Opposition to Defendant Essential Consultants, LLC's Motion to Compel Arbitration.  I have been asked by counsel for Plaintiff to provide an opinion in connection with this matter as described below.  I have personal knowledge of the information stated herein and if called to testify to the same would and could do so.

## QUALIFICATIONS AND EXPERIENCE

2.     I am the Don Forchelli Professor of Law at Brooklyn Law School, and am currently the Sidley Austin–Robert D. McLean Visiting Professor of Law at Yale Law School.

3.     I hold a Ph.D. in Linguistics from the University of Massachusetts, and a J.D. from Harvard Law School.

4.     I have devoted much of my academic career to studying and writing about ways in which linguistic analysis can inform the legal system.  In this regard, I am the Director of Brooklyn Law School's Center for the Study of Law, Language and Cognition. I have taught a course called Law, Language and Cognition at Brooklyn Law School, as a visiting professor at Yale Law School, and as a visiting professor at Princeton University.

5.     Throughout my academic career, I have published many articles and book chapters, and several books that address issues concerning the relationship between the academic study of language, and recurrent problems in the law.  I also lecture on issues of language and law around the world.  A copy of my CV is attached to this Declaration as Exhibit A.

6.     In one of my books, *The Language of Judges* (University of Chicago Press 1993), I discuss legal issues concerning judicial interpretation of ordinary language in legal settings.

-1-

## SCOPE OF ASSIGNMENT

7.   I have been asked by counsel for Plaintiff Stephanie Clifford to comment on Paragraph 1.1 of the contract entitled, "Confidential Settlement Agreement and Mutual Release; Assignment of Copyright and Non-Disparagment (sic) Agreement." I have read the Agreement, the side agreement attached to it, and the First Amended Complaint in this action.

8.   Paragraph 1.1 states:

> This Settlement Agreement and Mutual Release (hereinafter, this "Agreement") is made and deemed effective as of October, 2016, by and between "**EC, LLC**" and/or **DAVID DENNISON**, (DD), on the one part, and **PEGGY PETERSON**, (PP), on the other part.   "EC, LLC," "DD" and "PP" are pseudonyms whose true identity will be acknowledged in a Side Letter Agreement attached hereto as "EXHIBIT A") This Agreement is entered into with reference to the facts and circumstances contained in the following recitals.

9.   The issue I have been asked to address is the identification of the parties: "EC, LLC, and/or David Dennison (DD), on the one part, and Peggy Peterson, (PP), on the other part."

## ANALYSIS

10.   In one section of *The Language of Judges,* I discuss issues that arise concerning the interpretation of the words "and" and "or." As a general matter, "and" indicates a conjunction of two elements.   "Or" is ambiguous between exclusive and non-exclusive interpretations.   In some texts of logic, "or" is understood as one, the other, or both ("and/or"), whereas in everyday speech, it is more frequently understood exclusively as "either/or."   Moreover, in the context of negation, "and" and "or" often reverse meanings. "You may not go to the movies or to your friend's house tonight" is understood as prohibiting both activities, not allowing one or the other.   As I point out in my book, this reversal sometimes causes problems in legal interpretation.

11.   "And/or" leads to additional interpretive problems.  Because of the use of "and/or" in the Agreement, it is not clear who the parties actually are.  As a pure grammatical matter, they may be DD and PP; EC and PP; or EC, DD and PP.  But that does not end the analysis.

12.   I agree with those judges and scholars who have commented on the confusion that "and/or" brings to interpretation.  David Mellinkoff's book, *The Language of the Law* (1963) contains several sections discussing the confusion the term has caused in legal contexts.  As Mellinkoff puts it:  "Ultimately the decision must be made, which is it – A or B or both? And this decision is not helped by *and/or*."  (Id. at 309)

13.   Because read alone, the Agreement's use of "and/or" in paragraph 1.1 causes too much uncertainty and ambiguity to determine who were actually the intended parties, it is necessary to examine other provisions in the Agreement.

14.   The evidence from the Agreement itself, summarized below, shows the Agreement was drafted to express the intent that *all three parties listed in Paragraph 1.1* were the intended, actual parties to the Agreement. Especially relevant are the following facts about the Agreement:

A.   In Paragraph 6.1, DD releases PP from all claims up to the date of the Agreement.

B.   In Paragraph 6.4, "the parties" waive statutory rights to limitations in the releases.  Since the releases are from DD and PP in favor of each other, this provision makes sense only if DD is a party to the agreement.

C.   The choice of law provision in Paragraph 8.2 is left to DD's discretion.

D.   In Paragraph 4.3, DD makes "agreements, warranties and representations" as "material inducements to PP to enter into this Agreement" and the parties state their reliance thereon.

E.   In Paragraph 5.2, the parties agree to "binding confidential arbitration" of "any and all claims or controversies arising between DD on the one

hand, and PP on the other hand." This agreement is made "in recognition of the mutual benefits to DD and PP of a voluntary system of alternative dispute resolution."

  F. Each page of the Agreement has lines for both PP and DD to initial, but not EC.

  G. There is a line for DD's signature.

## SUMMARY

  15. In summary, DD releases PP from pre-contractual claims; waives rights to statutory limitations; has the right to choose the state whose law will govern; waives the right to resolve disputes in court, agreeing instead to arbitration; is given a place on each page to initial that page; and has a signature line. Taken together, these facts strongly imply that DD was intended to be understood to be a party to the Agreement.

  I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct. Executed this 9th day of April, 2018.

          _____
          Lawrence Solan

Exhibit A

# LAWRENCE M. SOLAN

Brooklyn Law School          Home Address:
250 Joralemon Street              163 Ralston Avenue
Brooklyn, NY 11201              South Orange, NJ 07079
718/780-0357ph
718/780-0394 fax
larry.solan@brooklaw.edu

---

**EDUCATION:**

J.D.     Harvard Law School, June, 1982.

Ph.D.   University of Massachusetts, Amherst,
         Department of Linguistics, September, 1978.

B.A.     Brandeis University, June, 1974.  Summa Cum Laude, Phi Beta Kappa, Honors in
         English, Honors in Linguistics.

**TEACHING EXPERIENCE:**

1996-   Brooklyn Law School, Don Forchelli Professor of Law (2004-), Director of
        Graduate Education (2012-), Associate Dean for Academic Affairs (2006-10),
        Director, Center for the Study of Law, Language and Cognition (2002-).
        Professor (2000-), Associate Professor (1996-2000).  Courses include Legislation
        and Statutory Interpretation, Comparative Legislation, Torts, Contracts,
        Remedies, Law, Language and Cognition, Insurance Law, and the Law Firm.

**Visits and Honors**

2018    Yale Law School, Sidley Austin-Robert D. McLean Visiting Professor of Law
        (spring semester).

2017    University of Bonn, Käte Hamburger Institute for Advanced Study in the
        Humanities "Law as Culture," Visiting Fellow (fall semester)

2016    Yale Law School, Sidley Austin-Robert D. McLean Visiting Professor of Law
        (spring semester).

2015    Faculty.  Linguistic Society of America Summer Institute, University of Chicago
        (course on Language and Law).

2014    University of Greifswald (Germany).  Visiting Professor, Faculty of Law.
        Intensive course on comparative statutory interpretation (June).

2013    Princeton University, Visiting Professor in the Council of the Humanities (fall semester).

2012    University of Lucerne Faculty of Law,  Visiting Professor. Intensive course on Statutory Interpretation: Comparative Perspectives.

2010    Princeton University, Visiting Professor and Fellow in the Department of Psychology, Visiting Professor in the Council of the Humanities (fall semester).

2010    Universitat Pompeu Fabra, Barcelona, Spain, member of faculty for masters program in forensic linguistics.

2009    Wuhan Institute of Technology, China, Honorary Professor.

2008    University of Southern California, Gould School of Law, Distinguished Visitor (October 2008).

2006    Yale University, Visiting Professor of Law (spring semester).  Legislation and Statutory Interpretation, and seminar on language and law.

2003    Princeton University, Visiting Fellow in the Department of Psychology (spring semester).

2002    Princeton University, Visiting Professor in the Linguistics Program (spring semester).  Undergraduate seminar on language and law.

1999-   Princeton University, Visiting Associate Professor in the
2000    Linguistics Program (fall semester). Undergraduate seminar on language and law; series of faculty seminars on language and law sponsored by the Council of the Humanities.

**Other Teaching Experience**

1980-   Harvard Extension School, Instructor.  Organized course
1982    on legal aspects of the non-profit organization.

1981    Brandeis University, Lecturer in Legal Studies.

1974-   University of Massachusetts, Graduate Instructor.
1978    Taught course on language acquisition.

**LEGAL EXPERIENCE:**

1983-   Orans, Elsen & Lupert, New York, New York.  Partner from
1996    1989, associate from 1983-1989.  The firm has nine lawyers and specializes in

complex commercial litigation, white collar criminal defense work, and the representation of individuals being investigated by government agencies.

1982-    Law Clerk to Justice Stewart Pollock, Supreme Court of
1983     New Jersey, Court House, Morristown, New Jersey 07960.

Admitted to practice law in New York and New Jersey.

## PUBLICATIONS:

### Books:

*Speaking of Language and Law: Conversations on the Work of Peter Tiersma* (co-edited with Janet Ainsworth and Roger Shuy), Oxford University Press (2015).

*The Oxford Handbook of Language and Law* (co-edited with Peter Tiersma) (2012).

*The Language of Statutes: Laws and Their Interpretation*, University of Chicago Press (2010).

*Speaking of Crime: The Language of Criminal Justice* (with Peter Tiersma), University of Chicago Press (2005).

*The Language of Judges*, University of Chicago Press (1993).

*Pronominal Reference: Child Language and the Theory of Grammar*, D. Reidel Publishing Company (1983).

### Articles

"Witness Cross-Examinations in Non-Stranger Assault Crimes: An Appraisal Analysis" (Tammy Gales & Lawrence M. Solan). 4 *Language and Law/Linguagem e Direito* 108 (2017).

"Patterns in Language and Law." 6 *International Journal of Language & Law* 46 (2017), available at file:///C:/Users/lsolan/AppData/Local/Packages/Microsoft.MicrosoftEdge_8wekyb3d8bbwe/TempState/Downloads/25-110-3-PB.pdf.

"We are all Translators Now: Constitutional Analysis as Translation." 28 *Comparative Legilinguistics* 7 (2016), available at file:///L:/Articles/We%20Are%20All%20Tanslators%20Now.pdf.

"Argumentation and Decision Making in Professional Practice."  (Julie Gainsburg, John Fox, and Lawrence M. Solan).  55 *Theory into Practice* 332 (2016).

"Finding Ordinary Meaning in Law: The Judge, the Dictionary or the Corpus?" (Lawrence M. Solan and Tammy Gales). 1 *International Journal of Legal Discourse* 253 (2016), available at

https://www.degruyter.com/view/j/ijld.2016.1.issue-2/ijld-2016-0016/ijld-2016-0016.xml.

"Can Corpus Linguistics Help Make Originalism Scientific?, 126 *Yale Law Journal Forum* 57 (2016), http://www.yalelawjournal.org/forum/can-corpus-linguistics-help-make-originalism-scientific."

"Die Auslegung mehrsprachigen Rechts: Einige Vor – und Nachteile [The Interpretation of Multilingual Laws – Some Costs and Benefits], 21 *GreifRecht* 38 (2016).

"Precedent in Statutory Interpretation," 94 *North Carolina Law Review* 1165 (2016).

"Identifying Where People Come from by How They Speak: A Methodological Gap Worth Bridging, 21 *International Journal of Speech, Language and the Law* 383 (2014).

"Multilingualism and Morality in Statutory Interpretation," 1 *Language and Law/Linguagem e Direito* 5 (2014).

"Is it Time for a Restatement of Statutory Interpretation?" 79 *Brooklyn Law Review* 733 (2014).

"Must Torts be Wrongs? An Empirical Perspective," (with Joseph Sanders, Matthew Kugler and John Darley), 49 *Wake Forest Law Review* 1 (2014).

"Four Reasons to Teach Psychology to Legal Writing Students," 22 *Journal of Law & Policy* 7 (2013).

"Intuition versus Algorithm: The Case of Forensic Authorship Attribution," 21 *Journal of Law & Policy* 551 (2013).

"When Does Knowledge Become Intent?  Perceiving the Minds of Wrongdoers" (with Pam Mueller and John Darley), 9 *Journal of Empirical Legal Studies* 859 (2012).

"Legislative Style and Judicial Discretion: The Case of Guardianship Law,"35 *Int'l Journal of Law and Psychiatry* 464 (2012).

"Lawyers as Insincere (But Truthful) Actors," 36 *Journal of the Legal Profession* 487 (2012).

"Justifying Board Diversity" (with James Fanto and John Darley), 89 *North Carolina L. Rev.*901 (2011).

"Statutory Interpretation, Morality, and the Text," Symposium on Statutory Interpretation, 76 *Brooklyn Law Review* 1033 (2011).

"Response: Opportunistic Textualism," 158 *U. Pa. L. Rev. PENNumbra* 224 (2010).

"Doing Wrong without Creating Harm," (with John M. Darley, Matthew Kugler and Joseph Sanders), 7 *Journal of Empirical Legal Studies* 30 (2010).

"Praise, Blame, and the Structure of Legal Rules," 75 *Brooklyn Law Review* 517 [Symposium: Is Morality Universal and Should the Law Care?] (2010).

"The Interpretation of Multilingual Statutes by the European Court of Justice," 34 *Brooklyn Journal of International Law* 277 (2009).

"False Consensus Bias in Contract Interpretation," (with Terri Rosenblatt and Daniel Osherson), 108 *Columbia Law Review* 1268 (2008).

"The Uneasy Relationship Between Science and Law: An Essay and Introduction," (with Margaret A. Berger), 73 *Brooklyn Law Review* 847 (2008).

"Contract as Agreement,"83 *Notre Dame Law Review* 353 (2007).

"Tax Shelters and the Code: Navigating Between Text and Intent," (with Steven Dean), 26 *Virginia Tax Review* 879 (2007).

"Where Does Blaming Come From?" 71 *Brooklyn Law Review* 939 (2006).

"The New Textualists' New Text," [Symposium: Statutory Interpretation] 38 *Loyola Law Review* 2027 (2005).

"Private Language, Public Laws: The Central Role of Legislative Intent in Statutory Interpretation," 93 *Georgetown Law Journal* 427 (2005).

"Author Identification in American Courts," (with Peter M. Tiersma) 25 *Applied Linguistics* 448 (2004).

"Pernicious Ambiguity in Legal Interpretation," 79 *Chicago-Kent Law Review* 859 (2004).

"Cops and Robbers: Selective Literalism in American Courts," (with Peter M. Tiersma), 38 *Law & Society Review* 229 (2004).

"Jurors as Statutory Interpreters," 78 *Chicago-Kent Law Review* 1281 (2003).

"Statutory Inflation and Institutional Choice," 44 *William & Mary Law Review* 2209 (2003).

"The Impulse to Blame," symposium article, 68 *Brooklyn Law Review* 1003 (2003).

"Hearing Voices: Speaker Identification in Court," (with Peter M. Tiersma), 54 *Hastings Law Review* 373 (2003).

"Should Criminal Statutes be Interpreted Dynamically?" *Issues in Legal Scholarship*, Symposium on Dynamic Statutory Interpretation (2002)(www.bepress.com/ils/iss3/art8).

"The Linguist on the Witness Stand: Forensic Linguistics in American Courts," (with Peter M. Tiersma), 78 *Language* 221 (2002).

"The Written Contract as Safe Harbor for Dishonest Conduct," 77 *Chicago-Kent Law Review* 87 (2001).

"Convicting the Innocent Beyond a Reasonable Doubt: Some Lessons About Jury Instructions from the *Sheppard* Case," Symposium on the *Sheppard* case, 49 *Cleveland State Law Review* 465 (2001).

"Introduction: Symposium: The Jury in the 21st Century," (with Susan N. Herman), 66 *Brooklyn Law Review* 971 (2001).

"Causation, Contribution and Legal Liability: An Empirical Study," (with John M. Darley), 64 *Law & Contemporary Problems* 265 (2001).

"Why Laws Work Pretty Well, But Not Great: Words and Rules in Legal Interpretation," 26 *Law & Social Inquiry* 243 (2001).

"Un effet du principe C chez l'enfant francophone," (with Helen Goodluck), 45 *Canadian Journal of Linguistics* 49 (2000).

"Let Us Never Forget Our Humanity: Reflections on Justice Stewart Pollock," 31 *Rutgers L. J.* (2000).

"Refocusing the Burden of Proof in Criminal Cases: Some Doubt About Reasonable Doubt," 78 *Texas L. Rev. 105* (1999).

"Can the Legal System Use Experts on Meaning," 66 *Tennessee L. Rev.* 1167 (1999).

"Linguistic Experts as Semantic Tour Guides, 5 *Forensic Linguistics* 87 (1998).

"Law, Language and Lenity," 40 *William & Mary L. Rev.* 57 (1998).

"Learning Our Limits: The Decline of Textualism in Statutory Cases," 1997 *Wisconsin L. Rev. 235.*

"Judicial Decisions and Linguistic Analysis: Is There a Linguist in the Court?" 73 *Washington Univ. L. Q.* 1069 (1995).

"When All is Lost: Why it is Difficult for Judges to Write About Concepts," 1 *Graven Images* (1994).

"When Judges Use the Dictionary," 68 *American Speech* 50 (1993).

"Focus and Levels of Representation," 15 *Linguistic Inquiry* 174 (1984).

"Contrastive Stress and Children's Interpretation of Pronouns," 23 *Journal of Speech and Hearing Research* 688 (1980).

"A Reevaluation of the Basic Operations Hypothesis," (H. Goodluck and L. Solan), 7 *Cognition* 85 (1979).

### Book Chapters

"Legal Indeterminacy in the Spoken Word" (Lawrence M. Solan and Silvia Dahmen) in *Meaning and Power in the Language of Law* (Janny HC Leung and Alan Durant, eds.). Cambridge University Press (2018).

"Text, Intent, and Taxation in the United States, the United Kingdom, and France" (Steven A. Dean, Lawrence M. Solan and Lukasz Stankiewicz) in *The Routledge Companion to Tax Avoidance Research* (Nigar Hashimzade and Yuliya Epifantseva, eds.).  Routledge (2017).

"One Ambiguity, Three Legal Approaches," in *The Pragmatic Turn in Law: Inference and Interpretation in Legal Discourse* (Janet Giltrow and Dieter Stein, eds.). Walter de Gruyter, Inc. (2017).

"Linguistic Knowledge and Legal Interpretation: What Goes Right, What Goes Wrong," in *The Nature of Legal Interpretation: What Jurists Can Learn About Legal Interpretation from Linguistics and Philosophy* (Brian Slocum, ed.).  University of Chicago Press (2017).

"Why it is so Difficult to Resolve Vagueness in Legal Interpretation," in *Vagueness and Law: Philosophical and Legal Perspectives* (Geert Keil & Ralf Poscher, eds.). Oxford University Press (2016).

"Transparent and Opaque Consent in Contract Formation," in *Coercion and Consent in the Legal Process: Linguistic and Discursive Perspectives* (Susan Ehrlich, Diana Eades and Janet Ainsworth, eds.) (2016).

"Expert Witness Communication" (with Lorna Fadden), in *Communication in Investigative and Legal Contexts: Integrated Approaches from Forensic Psychology, Linguistics and Law Enforcement* (Gavin Oxburgh, Trond Myklebust, Tim Grant and Rebecca R. Milne, eds.)(2015).

"Talk about Text as Text," in *Speaking of Language and Law: Conversations on the Work of Peter Tiersma* (Lawrence M. Solan, Janet Ainsworth and Roger Shuy, eds.)(2015).

"Interpretando las Leyes:¿Lenguaje o Intención?," in *Lingüística Forense: la Lingüística en el ámbito Legal y Policial* (Elena Garayzábal Heinze, Miriam Jiménez Bernal, Mercedes Reigosa Riveiros, eds.)(2014).

"Ética y Método en Lingüística Forense," in *Lingüística Forense: la Lingüística en el ámbito*

*Legal y Policial* (Elena Garayzábal Heinze, Miriam Jiménez Bernal, Mercedes Reigosa Riveiros, eds.)(2014).

"Judging Language Plain," in *Ens Queda la Paraula: Estudis de Lingüística Aplicada en Honor a M. Teresa Turell,* (Raquel Casesnoves, Montse Forcadell and Núria Gavaldà, eds.)(2014).

"The Language of Crime" (with Peter Tiersma), in *Oxford Handbook of Language and Law* (P. Tiersma and L. Solan, eds.)(2012).

"Linguistic Issues in Statutory Interpretation," in *Oxford Handbook of Language and Law* (P. Tiersma and L. Solan, eds.)(2012).

"Introduction," (with Peter Tiersma), in *Oxford Handbook of Language and Law* (P. Tiersma and L. Solan, eds.)(2012).

"Ethics and Method in Forensic Linguistics," Proceedings of the International Association of Forensic Linguist' Tenth Biennial Conference (Samuel Tomblin, et al., eds. 2012), available at http://www.forensiclinguistics.net/iafl-10-proceedings.pdf.

"The Forensic Linguist Meets the Adversarial System," in *The Routledge Handbook of Forensic Linguistics* (Malcolm Coulthard and Alison Johnson, eds.)(2010).

"Statutory Interpretation in the EU: The Augustinian Approach," in *Translation Issues in Language and Law* (Dieter Stein, Frances Olsen & Alexander Lorz, eds.) (2009).

"Talking Like a Person, Thinking Like a Lawyer (and Vice Versa)," in *Verbal/Visual narrative Texts in Higher Education* (Martin Solly, Michelangelo Conoscenti & Sandra Campagna, eds.)(2008).

"La Lingüística Forense en los tribunales norteamericanos," (with Peter M. Tiersma), in *Lingüística forense, lengua y derecho. conceptos, métodos y aplicaciones* (M. Turell, ed.) (2006).

"Language and Law:  Definitions in Law."  *Elsevier Encyclopedia of Language and Linguistics* (Keith Brown, ed.)(2006).

"Ordinary Meaning in Legal Interpretation," in *Ordinary and Legal Language* (Barbara Pozzo, ed.) 125 (2005).

"Vagueness and Ambiguity in Legal Interpretation," in *Vagueness in Normative Texts* (Vijay Bhatia, Jan Engberg, Maurizio Gotti, Dorothee Heller, eds.) 73 (2005).

"Finding Ordinary Meaning in the Dictionary," in M. Robinson, ed., *Language and Law: Proceedings of a Conference* (2003).

"The Clinton Scandal: Some Legal Lessons from Linguistics," in J. Cotterill, ed., *Language in*

*the Legal Process*, Palgrave, (2002).

"Ordinary Meaning in Legal Interpretation," *Pohjois-Suomen Tuomarikoulu - Julkaisuja* 4/2001 (Rovaniemi Finland, 2002).

 "Perjury and Impeachment: The Rule of Law or the Rule of Lawyers?" in *Aftermath: The Clinton Scandal and the Future of the Presidency and the Liberal State* (L. Kaplan and B. Moran, eds.), NYU Press, 199-211 (2001).

"Chomsky and Cardozo: Linguistics and the Law," in Carlos P. Otero, ed., *Noam Chomsky: Critical Assessments*, London: Routledge (1994).

"Does the Legal System Need Experts in English Syntax?"  In W. Stewart and R. Reiber, eds., *The Language Scientist as Expert in the Legal Setting,* New York Academy of Sciences (1990).

"Linguistic Principles as the Rule of Law," in P. Pupier and J. Woehrling, eds., *Langue et droit -- Language and Law*, Wilson & Lafleur Itee (1989).

"Parameter Setting and the Development of Pronouns and Reflexives," in T. Roeper and E. Williams, eds., *Parameter Setting*, D. Reidel Publishing Company (1987).

"The Judge as Linguist: Linguistic Principles as Rule of Law," in Fred Marshall, ed., *Proceedings of the Third Eastern States Conference on Linguistics,* University of Pittsburgh (1986).

"A Comparison of Null and Pronoun Anaphora in First Language Acquisition," (B. Lust, L. Solan, S. Flynn, C. Cross, and E. Schuetz, in B. Lust, ed., *Studies in the Acquisition of Anaphora: Defining the Constraints*, D. Reidel Publishing Company (1986).

"Language Acquisition Data and the Theory of Markedness: Evidence from Spanish," in F. Eckman, E. Moravcsik and J. Wirth, eds., *Markedness*, Plenum (1986).

"A Metrical Analysis of Spanish Stress," in W. Cressey and D. Napoli, eds., *Linguistic Symposium on Romance Languages*: 9, Georgetown University Press (1981).  Translated in "Analisis métrico del acento español," in Juana Gil (ed.), *Panorama actual de la fonología del español* (2000).

"Fixing Parameters: Language Acquisition and Language Variation," in J. Pustejovsky and V. Burke, eds., *Markedness and Learnability*, University of Massachusetts Occasional Papers in Linguistics, Volume 6 (1981).

"The Acquisition of Structural Restrictions on Anaphora," in S. Tavakolian, ed., *Language Acquisition and Linguistic Theory* 59-73, MIT Press (1981).

"The Acquisition of Tough Movement," in F. Eckman and A. Hastings, eds,, *Studies in First and Second Language Acquisition*, Newbury House Publishers (1979).

"Children's Use of Syntactic Structure in Interpreting Relative Clauses," (with Tom Roeper), in 1996 H. Goodluck and L. Solan, eds., *Papers in the Structure and Development of Child Language*, University of Massachusetts Occasional Papers in Linguistics, Volume 4 (1978).

### Reviews and Editorial

With Scalia Gone, Who is Wearing the Thick Grammarian's Spectacles Now?  Balkinization, posted 3/9/2016, http://balkin.blogspot.com/2016/03/with-scalia-gone-whoswearing-thick.html.

Confronting the Interpreter, Balkinization, posted 3/3/2016, http://balkin.blogspot.com/2016/03/confronting-theinterpreter-lawrence.html.

Pay Associates Less, *Huffington Post*, January, 2013.

Review, Roger Shuy, *Creating Language Crime*s, 11 *Theoretical Criminology* 126 (2007).

Forum:  Forensic Science, No Consensus (with Peter Tiersma), *Issues in Science and Technology* (2003).

"Wrist Slaps are No Deterrent," *National L. J.* (2003).

"Fault Lies Not Only in Starr  but in Law," *National L.J.* A19 (Apr. 20, 1998).

Review, Bernard Jackson, *Making Sense in Law,* 4 *Forensic Linguistics* 305 (1997).


## RECENT LECTURES AND PRESENTATIONS

"Using Corpus Linguistics in Legal Interpretation" (with Tammy Gales).
University of Connecticut Law School, September 2017.
University of Wisconsin Law School, September 2017.
Copenhagen University Faculty of Law, November 2017.
University of Würzburg, Department of Linguistics, November 2017.
University of Bonn, Department of English Applied Linguistics, December 2017
Heinrich Heine University, Düsseldorf, December 2017
Aston University, Birmingham, England, December 2017
Ulster University, Belfast, Northern Ireland, December, 2017

"Big Data in Legal Interpretation," Max Planck Institute, Bonn, November 2017.

"Lies, Deceit and BS in Court," Symposium – Shall These Bones Live? Resurrecting Truth in American Law and Public Discourse, Duquesne University School of Law, November 2017.

"Legal Linguistics in the US: Looking Back, Looking Ahead," Keynote address, International Language & Law Association, Freiburg, Germany, September 2017.

"Corpus Linguistics in Legal Interpretation," Conference on Historical Semantics and Legal Analysis, University of Chicago, May 2017.

"The Risks of Entering the U.S. Legal System as a Non-Native Speaker of English" and "Linguistic Issues in Legal Interpretation." Conference on The Syntax of Justice: Law, Language, Access & Exclusion. Northeastern University, March 2017.

"The Language of Assault Trials" (Tammy Gales and Lawrence M. Solan). American Association for the Advancement of Science. Boston, February 2017.

"Using Corpus Linguistics as a Tool in Legal Interpretation" (Lawrence M. Solan and Tammy Gales). Conference on Corpus Linguistics and Law, Brigham Young University, February 2017.

Commentator, AALS Program on Emerging Scholars in Legislation and Statutory Interpretation. San Francisco, January 2017.

"Corpus Linguistics as a Tool in Legal Interpretation." Federalist Society Faculty Program, San Francisco, January 2017.

"From Textualism to Pragmatism in the U.S. Supreme Court?" University of Oslo Conference on Pragmatic Inference in Legal Interpretation, October 2016.

"Finding Ordinary Meaning: The Judge, The Dictionary or the Corpus?" Sixth International Conference on Law, Language and Discourse, Haifa University, August 2016.

"Linguistic Issues in Legal Interpretation." Faculty of Law, Adama Mickiewicz University, Poznan, Poland, June 2016.

"We Are All Translators Now: Constitutional Analysis as Translation." Plenary address, 11th Conference on Legal Translation, Court Interpreting and Comparative Legalinguistics, Adama Mickiewicz University, Poznan, Poland, June 2016.

"Remarks on Legislative Intent," Symposium: Legislative Intent: Can We, Do We, Should We Seek It? Sponsored by CUNY Graduate Center Department of Philosophy, and University of London Institute of Advanced Legal Studies and Institute of Philosophy, New York, April 2016.

"The Dictionary, the Corpus, and the Judge," Dictionary Society of North America, New York, April 2016.

"Linguistic Issues in Legal Interpretation: How Obamacare Survives," Yale Law School, April 2016.

"Legal Indeterminacy in the Spoken Word" (with Silvia Dahmen and Kevin Tang), Department of Linguistics, Yale University, March 2016.

"Patterns in the Fabric of Law and Language," (keynote address), Conference on The Fabric of Law and Language: Discovering Patterns through Legal Corpus Linguistics, University of Heidelberg, March 2016.

"The Linguistics of Legal Interpretation," Käte Hamburger Kollegs "Recht als Kultur" Center for Advanced Study in the Humanities, University of Bonn, March 2016.

"Precedent in Statutory Interpretation," Roundtable on Statutory Interpretation, Cardozo Law School, New York, March 2016.

"Lies, Deceit and BS in Court: What are the Differences and Why do They Matter?" Brooklyn Law School Center for the Study of Law, Language and Cognition, February 2016.

Commentator, AALS Emerging Scholars Program on Legislation and Statutory Interpretation, New York, January 2016.

"Precedent in the EU and the US: A Comparative View," Conference on Precedent in EU Law: The Linguistic Aspect, sponsored by Exeter University and the Irish Centre for European Law, Dublin, December 2015.

"Communicating with Experts" (with Lorna Fadden), Keynote Address, Conference on Expertise in Language and Law, Cardiff University, November 2015.

"How Dishonest May Lawyers Be?" Universidad Pontificia Comillas, Madrid, September 2015.

"The Interpretation of Multilingual Legislation: Some Costs and Benefits," International Conference on Law and Social Order, Spiru Haret University, Constanta, Romania, September 2015.

"Can Posting a Poem on Facebook Land You in Prison? Putting Peter Tiersma's Work to Work," Aston University, Birmingham, England, September 2015.

"Legal Indeterminacy in the Spoken Word" (with Silvia Dahmen), Phonetics Institute, University of Cologne, June 2015.

"Communicating with Experts" (with Lorna Fadden), Law & Society Association, Seattle, May 2015.

"Legal Indeterminacy in the Spoken Word" (with Silvia Dahmen), symposium on linguistic philosophy and legal interpretation, McGeorge School of Law, Sacramento CA, May 2015.

"Beyond Babel: The Interpretation of Multilingual Statutes in the EU," University of Lyon 3, March 2015.

"Lies, Deceit and BS in Court:  What are the Differences and Why do they Matter?" Administrative Judicial Institute, New York, November 2014.

"Precedent in Statutory Interpretation," Pace University School of Law, September 2014.

"Statutory Interpretation: Why We Can't Avoid Pragmatics," presented at Pragmatic Turn conference, University of British Columbia, Vancouver, July 2014.

"Europe, Babel and Beyond:  Statutory Interpretation in Multilingual Legal Regimes," University of Greifswald (Germany), Faculty of Law, June 2014.

"Interpreting Laws in a Multilingual World," China University of Political Science and Law (Beijing), June 2014.

"Multilingual Legislation: Some Costs and Benefits," Keynote Address, International Roundtable on the Semiotics of Law, University of Copenhagen, June 2014.

"Legal Interpretation: What Goes Wrong," Harvard-Yenching Institute Workshop on Language and Law, April 2014.

"Legal Standards in Forensic Linguistics," Hofstra University Program in Forensic Linguistics, April 2014.

"Precedent in Statutory Interpretation," Conference on Statutory Interpretation, Notre Dame University Law School, London, February 2014.

"Linguistic Issues in Legal Interpretation," Lectio Magistralis, Rome Science Festival, January 2014.

"Morality and Multilingualism in Legal Interpretation," keynote address, Conference on Language and Law: Bridging the Gap, Federal University of Santa Catarina, Florianopolis, Brazil, December 2013.

"Word Meaning in Legal Interpretation," Psychology Lab Presentation, Princeton University, December 2013.

"Linguistic Issues in Legal Interpretation," Hong Kong University Law Faculty, October 2013.

"The Interpretation of Multilingual Statutes in the EU," Universidad Pontificia Comillas, Madrid, September 2013.

"Forensic Linguistics: The Need for Methodology," PAN/CLEF Conference (keynote speaker, computer science conference), Valencia Spain, September 2013.

Same talk, Universitat Pompeu Fabra ForensicLab, Barcelona, September 2013.

"Forensic Linguistics: Linguistic Evidence in Court and How to Provide It," Law as Text in Context Seminar, University of Copenhagen Faculty of Law, August 2013.

"Forensic Linguistics: The Need for Methodology," University of Copenhagen Faculty of Law, Lecture to Ph.D. students, August 2013.

"Consumer Contract formation in the U.S. and Europe: Almost a World Apart," University of Hamburg, Germany, Sponsored by DAJV, August, 2013.

"Law, Language and the Modular Mind," University of Exeter Law School, UK, June 2013.

"American Perspectives on National and International Jurisdiction over International Crimes," panel on National and International Jurisdiction over International Crimes, St. Petersburg International Legal Forum, St. Petersburg, Russia, May 2013.

"Vagueness and Ambiguity in Legal Interpretation," Conference on Vagueness in Law: Philosophical and Legal Approaches, NYU Department of Philosophy, March 2013.

"Linguistic Issues in Legal Interpretation," Department of Linguistics, College of William & Mary, March 2013.

"Four Reasons to Teach Psychology to Legal Writing Students," Symposium: The Impact of Cognitive Bias on Persuasion and Writing Strategies, Brooklyn Law School, March 2013.

"Linguistic Issues in Statutory Interpretation," Department of Linguistics, University of California, Davis, February 2013.

"Transparent and Opaque Consent in Contract Formation," University of the Pacific, McGeorge School of Law, February, 2013.

"Transparent and Opaque Consent in Contract Formation," Conference on Contract Law, Texas Wesleyan Law School, February 2013.

"Why We Do Not Need a Restatement of Statutory Interpretation," Symposium: Restatement of X, Brooklyn Law School, January 2013.

"Fear of Vagueness," AALS joint session on Law & Economics, and Law & Interpretation, New Orleans, January 2013.

### Earlier Presentations

#### Judges and Judicial Officers

Sixth Circuit Judicial Conference, U.S. District Court Judges for the E.D. Michigan, E.D. Pennsylvania, D. Oregon and C.D. California, New Jersey Judicial College, New York Family Court Judges Association.

#### Organizations

American Association for the Advancement of Science (AAAS), American Association of Applied Linguistics, American Society of Comparative Law, Association of American Law Schools (AALS), DAJV (Deutsch-Amerikanische Juristen-Vereinigung *German-American Bar Association*) and the U.S. Department of State, Law and Society Association, National Institute of Justice Science and Law Conference, MERGE Conference on Experimental Philosophy, National Association of Judicial Interpreters and Translators, New York Academy of Sciences, Linguistic Society of America, International Association of Forensic Linguistics (plenary speaker, 1997), International Congress of Law and Mental Health, International Association of Forensic Phonetics, Society of Empirical Legal Studies, Various Bar Associations

### Universities

### American

Chicago-Kent School of Law, Columbia Law School, DePaul Law School, Duke University, Georgetown University Law Center, Georgetown University Department of Linguistics, Harvard University, John Jay College of Criminal Justice, John Marshall Law School, MIT, Swarthmore College, Seton Hall University School of Law, Princeton University, Rutgers Law School, Rutgers University (Political Science Department), Loyola School of Law (Chicago), University of Tennessee, Michigan State University School of Law, Loyola (LA) Law School, New England School of Law, Cleveland-Marshall School of Law, University of Minnesota School of Law, University of Texas Law School, University of Alabama Law School, University of Massachusetts (including endowed Freeman Lecture), University of North Carolina Law School, University of Pittsburgh, University of Rochester, University of Southern California (Gould School of Law), University of Wisconsin Law School, Virginia State University, Widener University School of Law, Yale Law School, Northwestern University Law School

### International

Aston University (Birmingham, England), Cardiff University, Australia National University, Essex University (Colchester, England), Freiburg University, University of Amsterdam, University of Lapland (Finland), Lodz University (Poland), University of York (England), University of Birmingham (England), University of Bonn, Heinrich Heine University (Düsseldorf, Germany), Universitat Pompeu Fabra (Barcelona, Spain), China Central Normal University (Wuhan), China University of Political Science and Law (Beijing), Northwestern University of Political Science and Law (Xi'an), University of Sheffield (England), Universidad Autónoma, Madrid.

## PROFESSIONAL AFFILIATIONS

Association of American Law Schools (AALS), Chair, Insurance Law Section (2009); Chair, Legislation Section (2010); Executive Committee, Law & Interpretation Section (2014-); Executive Committee, Section on Graduate Programs for Non-US Lawyers (2015-)

Federal Bar Council

American Bar Association

International Academy of Law and Mental Health (Member, Board of Directors, 1998-2014)

Linguistic Society of America (Chair, Committee on Social and Political Concerns (2000-01)

Law and Society Association

International Association of Forensic Linguists (President, 1999-2003)

**OTHER ACTIVITIES**

**Within Brooklyn Law School**

I have extensive administrative experience, both as Associate Dean for Academic Affairs, and through committee work during my tenure at Brooklyn Law School.  Duties of the deanship included planning of academic program and schedule, development of new degree programs, coordination of interdepartmental administrative projects, support for faculty scholarship, contact with various alumni and other groups, hiring and supervision of adjunct faculty.  I am currently responsible for building our LL.M. programs.

Director, Brooklyn Law School Center for the Study of Law, Language and Cognition.  I have organized symposia on various issues involving law, language and psychology.  See http://www.brooklaw.edu/intellectuallife/centerforlawlanguageandcognition/overview.aspx

**Grants**

I have received grants from the National Science Foundation, the National Institute of Justice and the Alfred P. Sloan Foundation to fund interdisciplinary conferences involving law, language and psychology.  I am currently co-investigator on a grant awarded by the International Association of Forensic Phonetics and Acoustics for a project on the phonetics of trademark law (with Silvia Dahmen and Kevin Tang).

**Additional Activities**

**Editorial and Advisory Boards**

*International Journal of Speech, Language and the Law*

*International Journal of Semiotics and Law*

*Language and Communication*

*Language and Law/ Linguagem e Direito*

*International Journal of Language and Law*

Oxford University Press series on Language and Law (co-editor of series beginning 2016)

Peter Lang series, Studies in Language and Communication

**Other**

National Institute of Standards and Technology (NIST).  Member of subcommittee on Speaker Recognition, 2016-

Federal Judicial Center: Have lectured to federal judges on issues in language and law, and have consulted on language issues in class action notices

Consultant to U.S. Department of Justice on linguistic issues in perjury prosecution

Consultant to private litigants on linguistic issues in various lawsuits, and to others on issues of language and law

Have reviewed grant proposals for National Science Foundation and for universities

Have served on doctoral committees at Yale University, Universitat Pompeu Fabra, University of California at Davis, University of Amsterdam, and City University of New York

Have reviewed article submissions for journals, including *Language, Journal of Child Language, Journal of Legal Education, Law, Culture and Humanities, Language in Society, Law & Society Review, Forensic Linguistics, Psychological Science, Journal of Pragmatics, Yale Law Journal, Stanford Law Review, International Journal of Law & Psychiatry.*