BLAKELY LAW GROUP
BRENT H. BLAKELY (CA Bar No. 157292)
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone:  (310) 546-7400
Facsimile:   (310) 546-7401
Email:        BBlakely@BlakelyLawGroup.com

Attorneys for Defendants
ESSENTIAL CONSULTANTS, LLC and
MICHAEL COHEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02217-SJO-FFM<br><br>**STIPULATION OF ALL PARTIES RE: DEFENDANTS'** ***EX PARTE*** **APPLICATION TO STAY ACTION AND EXTENSION OF ALL UPCOMING FILING DEADLINES**<br><br>[Proposed Order Filed Concurrently Herewith]<br><br>Assigned for All Purposes to the Hon. S. James Otero<br><br>Action Filed:  March 6, 2018 |

**STIPULATION**

Plaintiff Stephanie Clifford ("Plaintiff") and Defendants Essential Consultants, LLC ("EC"), Michael Cohen and Donald J. Trump (collectively, "Defendants") (together with Plaintiff, the "Parties") hereby jointly agree and stipulate as follows:

WHEREAS, Defendants intend to file an *ex parte* application to stay this action on the grounds that an ongoing criminal investigation overlaps with the facts of this case, and implicates Defendant Michael Cohen's Fifth Amendment rights (the "*Ex Parte* Application").

WHEREAS, Plaintiff does not believe there should be any stay or delay of this case, and intends to vigorously oppose Defendants' application.

WHEREAS, the Parties have various upcoming filing deadlines relating to the following motions: (1) EC's Motion to Compel Arbitration, which was joined by Mr. Trump; (2) Plaintiff's Motion for Expedited Jury Trial and for Limited Expedited Discovery; and (3) Mr. Cohen's Motion to Strike or, Alternatively, Dismiss Plaintiff's First Amended Complaint (collectively, the "Motions").

WHEREAS, the Parties wish to allow the Court sufficient time to decide the *Ex Parte* Application, while also affording them sufficient time to file their upcoming briefs in connection with the Motions in the event the Court denies the *Ex Parte* Application.

WHEREAS, the Parties have not previously requested any extension of the filing deadlines relating to the Motions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their counsel of record, that:

1. Defendants shall have until 6:00 p.m. on Friday, April 13, 2018, to file the *Ex Parte* Application.

2. Plaintiff shall have until 6:00 p.m. on Monday, April 16, 2018, to file her opposition to the *Ex Parte* Application.

3. Defendants shall have until 6:00 p.m. on Tuesday, April 17, 2018, to file

their reply in support of the *Ex Parte* Application.

4.  The due dates for all opposition and reply briefs in connection with the Motions shall be extended by a period of seven (7) days.

Dated: April 12, 2018                    BLAKELY LAW GROUP

By:  */s/ Brent H. Blakely*
        BRENT H. BLAKELY
        Attorneys for Defendants
        ESSENTIAL CONSULTANTS, LLC and
        MICHAEL COHEN

Dated: April 12, 2018                    HARDER LLP

By:  */s/ Charles J. Harder*
        CHARLES J. HARDER
        Attorneys for Defendant
        DONALD J. TRUMP

Dated: April 12, 2018                    AVENATTI & ASSOCIATES, APC

By:  */s/ Michael J. Avenatti*
        MICHAEL J. AVENATTI
        Attorneys for Plaintiff
        STEPHANIE CLIFFORD

Pursuant to Local Rule 5-4.3.4, I Brent H. Blakely, hereby attest that all other signatories to this *Ex Parte* Application, and on whose behalf it is submitted, concur in its content and have authorized its filing.

Dated: April 12, 2018

/s/ Brent H. Blakely
BRENT H. BLAKELY