

FILED
CLERK, U.S. DISTRICT COURT

April 12, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:18-CV-02217-SJO-FFM <br><br> **ORDER GRANTING STIPULATION OF ALL PARTIES RE: DEFENDANTS'** *EX PARTE* **APPLICATION TO STAY ACTION AND EXTENSION OF ALL UPCOMING FILING DEADLINES** |

Upon consideration of the Stipulation of All Parties Re: Defendants' *Ex Parte* Application to Stay Action and Extension of all Upcoming Filing Deadlines (the "Stipulation"), the Court's records and files of the case, and for good cause shown, the Court hereby orders as follows:

1. The Stipulation is GRANTED;
2. Defendants Essential Consultants, LLC ("EC"), Michael Cohen ("Mr. Cohen") and Donald J. Trump (collectively, "Defendants") shall have until 6:00 p.m. on Friday, April 13, 2018 to file their *Ex Parte* Application to Stay this Action (the "*Ex Parte* Application").
3. Plaintiff Stephanie Clifford ("Plaintiff") shall have until 6:00 p.m. on Monday, April 16, 2018, to file her opposition to the *Ex Parte* Application.
4. Defendants shall have until 6:00 p.m. on Tuesday, April 17, 2018, to file their reply in support of the *Ex Parte* Application.
5. The due dates for all opposition and reply briefs in connection with EC's Motion to Compel Arbitration, Plaintiff's Motion for Expedited Jury Trial and for Limited Expedited Discovery, and Mr. Cohen's Motion to Strike or, Alternatively, Dismiss Plaintiff's First Amended Complaint shall be extended for a period of seven (7) days.

**IT IS SO ORDERED.**

Dated: **April 12, 2018**_____

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE