AVENATTI & ASSOCIATES, APC
Michael J. Avenatti, State Bar No. 206929
Ahmed Ibrahim, State Bar No. 238739
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Tel:   (949) 706-7000
Fax:   (949) 706-7050

Attorneys for Plaintiff Stephanie Clifford
a.k.a. Stormy Daniels a.k.a. Peggy Peterson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.:  2:18-cv-02217-SJO-FFM<br><br>**DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF STEPHANIE CLIFFORD'S OPPOSITION TO DEFENDANTS ESSENTIAL CONSULTANTS, LLC, DONALD J. TRUMP AND MICHAEL COHEN'S JOINT *EX PARTE* APPLICATION TO STAY ACTION** |

## **DECLARATION OF MICHAEL J. AVENATTI**

I, MICHAEL J. AVENATTI, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am an attorney with the law firm of Avenatti & Associates, APC, counsel of record for Plaintiff Stephanie Clifford.  I am submitting this declaration in support of Plaintiff's Opposition to the Joint Ex Parte Application of Defendants Essential Consultants, LLC, Donald J. Trump, and Michael Cohen For a Stay of This Action.  I have personal knowledge of the information stated herein and if called to testify to the same would and could do so.

2.     Attached hereto as Exhibit 1 is true and correct copy of a statement issued by Michael Cohen on or about February 13, 2018, obtained from the internet.  A portion of this statement was referenced in a February 13, 2018 *New York Times* article titled "Michael D. Cohen, Trump's Longtime Lawyer, Says He Paid Stormy Daniels Out of His Own Pocket," which can be accessed at the following link: https://www.nytimes.com/2018/02/13/us/politics/stormy-daniels-michael-cohen-trump.html.

3.     Attached hereto as Exhibit 2 is true and correct copy of a March 9, 2018 *CNN* article obtained from the internet wherein Mr. Cohen is quoted as saying:  "[t]he funds were taken from my home equity line and transferred internally to my LLC account in the same bank."

4.     Attached hereto as Exhibit 3 is true and correct copy of a March 19, 2018 *Vanity Fair* article titled "'I Have Never Threatened Her in Any Way': Michael Cohen Offers His Side of the Stormy Daniels Saga," obtained from the internet.

5.     Attached hereto as Exhibit 4 is true and correct copy of an April 9, 2018 *New York Times* article titled "F.B.I. Raids Office of Trump's Longtime Lawyer Michael Cohen; Trump Calls It 'Disgraceful,'" obtained from the internet.

6.     Attached hereto as Exhibit 5 is true and correct copy of the e-mail notification from the Court's ECF system of Defendant Cohen's April 9 filing of his

special motion to strike or in the alternative motion to dismiss Plaintiff's First Amended Complaint, including the filing of Mr. Cohen's declaration.

7.    Attached hereto as Exhibit 6 is true and correct copy of an April 10, 2018 *CNN* article titled "Michael Cohen to CNN: FBI was 'professional, courteous, respectful' in raids, counter to Trump's depiction," relating to a phone interview with Don Lemon, obtained from the internet.   The article can be accessed at the following link: https://www.cnn.com/2018/04/10/politics/michael-cohen-fbi-raid/index.html.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.  Executed this 16th day of April, 2018.


            /s/ Michael J. Avenatti
           Michael J. Avenatti

EXHIBIT 1

In late January 2018, I received a copy of a complaint filed at the Federal Election Commission (FEC) by Common Cause.  The complaint alleges that I somehow violated campaign finance laws by facilitating an excess, in-kind contribution.  The allegations in the complaint are factually unsupported and without legal merit, and my counsel has submitted a response to the FEC.

I am Mr. Trump's longtime special counsel and I have proudly served in that role for more than a decade.  In a private transaction in 2016, I used my own personal funds to facilitate a payment of $130,000 to Ms. Stephanie Clifford.  Neither the Trump Organization nor the Trump campaign was a party to the transaction with Ms. Clifford, and neither reimbursed me for the payment, either directly or indirectly.  The payment to Ms. Clifford was lawful, and was not a campaign contribution or a campaign expenditure by anyone.

I do not plan to provide any further comment on the FEC matter or regarding Ms. Clifford."

"Just because something isn't true doesn't mean that it can't cause you harm or damage. I will always protect Mr. Trump."

EXHIBIT 2

# Michael Cohen says he used his own home equity line for Stormy Daniels payment

 By Veronica Stracqualursi, CNN

Updated 7:59 PM ET, Fri March 9, 2018





    

**NOW PLAYING**

Cohen: I used home equity line to pay Daniels | Polygraph: Stormy Daniels truthful about Trump | Stormy Daniels' friend: She fears for her life | Stormy's lawyer: Some incidents took place during Trump presidency | Lawy was i thea

**Washington (CNN)** — President Donald Trump's personal lawyer used funds from his own home equity line to make a $130,000 payment to porn star Stormy Daniels on Trump's behalf, he told CNN.

"The funds were taken from my home equity line and transferred internally to my LLC account in the same bank," Michael Cohen said in a statement.

Cohen also confirmed that he used his Trump Organization email account to communicate details of a payment transfer to Stephanie Clifford, the adult film star known as Stormy Daniels, who allegedly had an affair with the President before his time in office.

Earlier Friday, Clifford's lawyer, Michael Avenatti, provided an email to CNN in which Cohen confirmed the transfer to Daniels' former attorney, Keith Davidson. In the email, both Cohen's personal email account and trumporg.com email account were used. The deposit was confirmed to Cohen by a First Republic Bank employee.

From:       Michael Cohen
To:         Keith Davidson
Subject:    Fwd: FW: First Republic Bank Transfer
Date:       October 26, 2016 1:53:11 PM

---------- Forwarded message ----------
From: Michael Cohen <mcohen@trumporg.com>
Date: Wed, Oct 26, 2016 at 4:49 PM
Subject: FW: First Republic Bank Transfer
To: "mdcohen████@gmail.com" <mdcohen████@gmail.com>

From: ████████ [mailto:████████
Sent: Wednesday, October 26, 2016 4:15 PM
To: Michael Cohen <mcohen@trumporg.com>
Subject: RE: First Republic Bank Transfer

Good Afternoon Mr. Cohen,

The funds have been deposited into your checking account ending in x1897.

Best,

████

████████

First Republic Bank

1230 Ave of the Americas, 3rd Floor | New York, NY 10020

Cohen responded later Friday, saying that he regularly used his business email account for personal matters.



"I sent emails from the Trump Org email address to my family, friends as well as Trump business emails. I basically used it for everything. I am certain most people can relate," he said.

Avenatti, speaking on MSNBC, said Cohen's use of his business email to conduct this transaction could be an indication that he was acting in an official capacity as a legal counsel to Trump when he transferred the money to Clifford.

While this development brings the payment to Clifford closer to Trump himself, it is not proof that he knew about it. Any involvement by Trump would indicate the payment was an in-kind campaign contribution which was not disclosed to the Federal Election Commission, which would be a violation of federal law, according to Paul S. Ryan, a campaign finance attorney who works for Common Cause.

The email does not say where the funds originated from.



**Related Article:** Law firm handling Stormy Daniels case for Cohen also did legal work with Trump campaign

NBC News first reported Cohen's use of the email account.

The day after the email, Cohen wired money from First Republic Bank to Davidson's bank account, according to NBC News.

Davidson did not respond to a request for comment from CNN. First Republic Bank declined to comment to the network.

Trump's 2017 financial disclosures listed an account at First Republic Bank, valued between $15,001 and $50,000.

Cohen also regularly used that same email account to negotiate with Clifford last year before she signed a nondisclosure agreement, NBC News reported.

Last month, Cohen said he wired Clifford $130,000 of his own money right before the 2016 election in exchange for her silence about the alleged affair.

Cohen said Friday that he is in the midst of a "witch hunt," saying, "These incessant attacks against me are meritless and are concocted by the liberal mainstream media to continue to malign our President and distract the country from his historic achievements over the past year. This witch hunt has now gone from ludicrous to insane."

He has denied the Trump Organization's involvement in the payment, and both Cohen and the White House have denied any sexual encounter between the President and Clifford.



**Related Article:** Stormy Daniels' attorney argues 'cover-ups matter'

"In a private transaction in 2016, I used my own personal funds to facilitate a payment of $130,000 to Ms. Stephanie Clifford," Cohen said in a statement in February. "Neither the Trump Organization nor the Trump campaign was a party to the transaction with Ms. Clifford, and neither reimbursed me for the payment, either directly or indirectly."




CNN politics      45    CONGRESS    SECURITY    THE NINE    TRUMPMERICA    2018       f  y  Ⓘ  Q

favor" regarding the case. The statement is an admission that the nondisclosure agreement exists and that it directly involves Trump. It was the first time the White House had admitted the President was involved in any way with Clifford.

Clifford filed suit against Trump on Tuesday, alleging that he never signed a hush agreement regarding the alleged affair and therefore the agreement is void.

*CNN's Wolf Blitzer contributed to this report.*



Now Playing   Cohen: I used home...

EXHIBIT 3



# H I V E

**Stormy Daniels**

## "I HAVE NEVER THREATENED HER IN ANY WAY": MICHAEL COHEN OFFERS HIS SIDE OF THE STORMY DANIELS SAGA

A week before Stephanie Clifford's widely anticipated interview with Anderson Cooper, Trump's longtime personal lawyer proclaims his innocence—and his unbreakable bond with his old boss.



**BY EMILY JANE FOX**
MARCH 19, 2018 4:17 PM

  



Michael Cohen speaks to reporters after a closed-door meeting with the Senate Intelligence Committee on Capitol Hill in Washington, Sept. 19, 2017.
By Al Drago/The New York Times/Redux.

"Remember something," **Michael Cohen** told me, unbuttoning his navy cashmere double-breasted Moncler coat and unrumpling his gray turtleneck. "If she would have come to me a month before, or three months before, I would have done the same thing." It was a Wednesday afternoon and Cohen, President **Donald Trump's** longtime personal attorney and loyal fixer, was sitting on a desk chair in the office of a friend's townhouse on the Upper East Side. He was referring, of course, to **Stephanie Clifford**, the adult-film actress also known as Stormy Daniels, who has alleged that she and Trump had a consensual affair in 2006. As Cohen spoke, his combativeness and notoriously deep fealty to Trump were indeed evident. "People are mistaking this for a thing about the campaign," he continued. "What I did defensively for my personal client, and my friend, is what attorneys do for their high-profile clients. I would have done it in 2006. I would have done it in 2011. I truly care about him and the family—more than just as an employee and an attorney."

Stormygate has, in many ways, become a quintessential political saga for the Trump Age. And Cohen is a fitting star. Once a bit player inside Trump's New York inner sanctum, he has gained his own twisted notoriety during his boss's ascent. Last year, Cohen sued BuzzFeed for libel after the news organization published the infamous dossier alleging that he <span style="color:red">met with Russian officials</span> in Prague during the summer of 2016. (Cohen said he has never been to Prague and was visiting the University of Southern California with his son at the time that the dossier had him taking the meetings.) But that crisis has hardly compared to the scrutiny Cohen has received since January, when *The Wall Street Journal* first reported that he facilitated a $130,000 payment to Clifford weeks before the 2016 presidential election. Cohen has reiterated, as he noted in his friend's sunlit office, that the six-figure payout came out of his own pocket, and that he was not reimbursed by the Trump Organization or the Trump campaign. It was not an election issue, in other words. In fact, it seemed that Cohen, like the rest of the world, was surprised by his boss's win. At the time, Cohen said, he was "hopeful and optimistic" about Trump's chance in the election, but "everyone said that you can't beat the Clinton machine. The election would be over in a few weeks."

Yet Trump did win, and in the two months since the *Journal* story, there have been numerous questions surrounding whether Cohen's payment violated federal-election law; what the president knew; why Cohen had paid Clifford out of his own pocket, particularly after she had already shared her <span style="color:red">story</span> with *In Touch Weekly* (which reportedly shelved the story for over six years, after Cohen <span style="color:red">threatened Trump would sue their parent company</span>); and if the contract could actually be enforced. In order to answer some of these questions, a government watchdog group has filed a complaint with the Federal Election Commission. (There are laws and ethics and rules that require the reporting of any outlay that could influence one candidate's standing. Trump had not reported Cohen's settlement. Cohen has claimed that his client didn't know about the payment at the time, and told me that it was not a campaign donation. "There is clear case law that negates the F.E.C. complaint raised against me.") Meanwhile, Cohen, who was compelled to respond to the complaint, <span style="color:red">issued</span> a statement describing his actions to *The New York Times* in mid-February—a move that

Clifford's manager subsequently claimed violated the terms of her non-disclosure agreement, thus allowing her to tell her version of the story. (Both Cohen and the White House have denied Clifford's accusations.)

At the end of February, Cohen obtained a temporary restraining order through an arbitrator in California to prevent Daniels from speaking about the alleged sexual encounters. Clifford's new attorney, **Michael Avenatti**, followed up with a lawsuit of his own at the beginning of March, contending that the non-disclosure agreement was void because Trump did not personally sign it. (Avenatti filed a civil suit in Los Angeles claiming that the agreement was signed by both his client and Cohen, but Trump himself did not sign the agreement, which he argues makes it invalid, unenforceable, and void.) Then, a couple weeks back, Clifford taped an interview with **Anderson Cooper**, which is set to air on CBS's *60 Minutes* on March 25. And if the interview hadn't already become a Super Bowl-sized media supernova, Avenatti went on a morning-show blitz, on Friday, to promote what has essentially become possibly the most anticipated political interview since **Larry King** sat down with Bill Clinton in January 2000. When Avenatti appeared on MSNBC's *Morning Joe*, co-host **Mika Brzezinski** asked him if his client had been threatened in any way. "Yes," Avenatti responded. "Was she threatened with physical harm?" she followed up. "Yes."

Afterward, Cohen tried to dismiss his counterpart's tactics. "Unlike Mr. Avenatti, we are not handling this matter through the court of public opinion," he told me. "We are handling it through a court of competent jurisdiction." As Cohen presumably knew, however, the court of public opinion was already inching toward a verdict. Later that afternoon, Cohen filed papers to move Clifford's lawsuit to federal court, and claimed that she could owe upwards of $20 million for violating the terms of the agreement. In another Trumpian twist, **Charles Harder**—the attorney best known for representing **Hulk Hogan** in his lawsuit against Gawker—is handling the case on behalf of Trump.

Cohen and I spoke a number of times last week, as events transpired rapidly. As Avenatti appeared with CNN's **Chris Cuomo**, after the MSNBC hit on Friday, social media swelled with guesswork regarding who he was referring to when he intimated that Clifford had been physically threatened. While Cuomo conducted his interview, I conducted another with Cohen by phone, as we both watched Avenatti on television. Cohen told me that he had never threatened Clifford. "In fact, I have never spoken to her. I have never e-mailed her. I have never met her. I have never texted her," he told me. "Every interaction with Ms. Clifford was always through her previous attorney." I asked if he knew whether she was threatened by anyone with any connection to Donald Trump. "I can only speak for myself," he said. "I reiterate: I have never threatened her in any way and I am unaware of anyone else doing so."

Cohen denied reports from earlier in the week claiming that he was considering legal actions in an attempt to stop CBS from airing Clifford's sit-down. "I have not spoken to CBS, and I'm not aware that my counsel has spoken to CBS." And if her sit-down should air as scheduled, Cohen said "it's just another breach by Ms. Clifford and will only further increase the damages I will be seeking pursuant to the agreement." Those damages could very quickly turn crippling. According to the agreement, Clifford is required to pay $1 million for each breach of her non-disclosure deal. The court documents filed on Friday made it clear that Cohen and Trump plan to collect.

Avenatti has continued to counter that the agreement was void because Trump never signed it. Cohen told me, however, that he disagreed. "The only person who decrees it such is Mr. Avenatti," he said in his signature bluster. "His decrees carry no weight, as this issue will be decided not by him, but by the court." Cohen contends that the agreement is a two-party contract between the L.L.C. he set up to pay Clifford and the actress herself, which would deem a signature from anyone else unnecessary to execute the agreement.

We also spoke about the chatter on cable news and social media over whether or not he could make an agreement on behalf of his client without his client knowing, as he claims that Trump did not know that he had paid Clifford the $130,000. Cohen told me that he has recently conferred with counsel, and their determination was that there is no bar-association violation for his action. As to confusion regarding why he would pay six-figures of his own money without expecting to get paid back, he told me that he did it for his own reasons and it's irrelevant if people believe him or not. When I asked if he bullied Clifford or if she signed the agreement under duress, he responded, "Absolutely not."

Cohen is a loyal fixer by trade and street fighter by nature, often earning him comparisons in the media to the character Ray Donovan. "I only take offense to CNN's depiction of me as a less sexy version of him," he told me. His handling of the Clifford payment is, to a degree, merely an extension of the job he'd been undertaking for a decade. In explaining how the election-time payment came to fruition, he jumped back several years. He said that he didn't know that Clifford had even met his boss until her former attorney, **Keith Davidson,** called him in 2011. At that time, Clifford denied the affair and wanted an interview about their alleged encounter removed from a Web site that had published her account. (The *Washington Post* reported over the weekend that Cohen tried to bury the story then, too.)

Cohen said that he did not hear about the matter again until 2016, when he caught wind of media interest in Clifford's story. "I called Mr. Davidson and asked if this was true. He told me that he would find out." Cohen says Davidson called back and relayed that there was media interest. Cohen responded if there was a price to own the story. Cohen says that Davidson replied that her number was $130,000. It was a strange, not entirely rounded number, but Cohen accepted. He then recalled asking Davidson why she would tell her story when she had previously denied it. "He said that she needed the money. I didn't come up with this number." (Davidson told me on Friday that he could not comment on these matters.)

Even if Cohen did not bully or intimidate Clifford into signing an agreement, a restraining order binding Clifford from speaking appeared as a different kind of intimidation, particularly because it involved such a great power divide—with the president of the United States on one side and a porn star on the other. These types of agreements are often inherently based on this sort of imbalance, only now, with one party in the White House, the disparity is cartoonish. Cohen, who's spent years figuring out how to defend and downplay and get rid of these things, had a response at the ready. "It is irrelevant who the client is," Cohen told me. "These types of arbitration clauses exist and are used frequently. The agreement specifically called for obtaining the injunction based upon a breach or threat of a breach. We followed the executed agreement as written."

Did he use these types of agreements frequently for this particular client, I asked? "I don't discuss things I've done for my clients," he responded. "There are thousands of lawyers who, in order to protect their high-profile clients, draft these sorts of documents daily."

Because this small little world has turned into a long-running episode of The Trump Show, Cohen left our interview for his son's baseball game before going to dinner with his wife and some friends at Avra, a scene-y Greek restaurant on Madison Avenue. His wife elbowed him when she saw Avenatti walk in and sit down a few tables away. Cohen got out of his chair and tapped him on the shoulder. "I just wanted to introduce myself," he says he told Avenatti. "It was totally cordial."

It is impossible to know what Michael Cohen was thinking in October of 2016, when he made the payment—whether it was the muscle memory of a lifetime defending Trump, or something perhaps more calculated. What is clear now is that he is up against a worthy adversary. Avenatti has, in fact, pulled a remarkably Trumpian move, in raising the specter of a bombshell revelation to come in an interview then more than a week away, dropping little hints about what it could be, and urging audiences to tune in live and judge for themselves. As the guessing game builds about what Clifford actually said, what she actually knows, and what actually happened to her, the questions will keep coming, the speculation will keep building.

Cohen, for his part, said that for as many questions as can be asked, "the only issue that will ultimately be decided is the amount of damages Ms. Clifford will owe." If a judge does ultimately order Clifford to pay damages, Cohen said that any money he receives will go to pay lawyers first. After that, he said, the balance will be donated to various charities. "You know what?" he added. "The more I'm thinking about it, I might even take an extended vacation on her dime."

## EMILY JANE FOX

Emily Jane Fox is a reporter for the Hive covering Wall Street, Silicon Valley, and the .001 percent everywhere.

EXHIBIT 4

**The New York Times** | https://nyti.ms/2HljKJB

**POLITICS**

# F.B.I. Raids Office of Trump's Longtime Lawyer Michael Cohen; Trump Calls It 'Disgraceful'

By **MATT APUZZO**    APRIL 9, 2018

WASHINGTON — The F.B.I. raided the Rockefeller Center office and Park Avenue hotel room of President Trump's longtime personal lawyer, Michael D. Cohen, on Monday morning, seizing business records, emails and documents related to several topics, including a payment to a pornographic film actress.

Mr. Trump, in an extraordinarily angry response, lashed out hours later at what a person briefed on the matter said was an investigation into possible bank fraud by Mr. Cohen. Mr. Trump accused his own Justice Department of perpetrating a "witch hunt" and asserted that the F.B.I. "broke in to" Mr. Cohen's office.

The president, who spoke at the White House before meeting with senior military commanders about a potential missile strike on Syria, called the F.B.I. raid a "disgraceful situation" and an "attack on our country in a true sense."

It is not clear how the F.B.I. entered Mr. Cohen's office, but agents had a search warrant and typically would have presented it to office personnel to be let in. The documents identified in the warrant date back years, according to a person briefed on the search.

The prosecutors obtained the search warrant after receiving a referral from the special counsel in the Russia investigation, Robert S. Mueller III, according to Mr. Cohen's lawyer, who called the search "completely inappropriate and unnecessary." The search does not appear to be directly related to Mr. Mueller's investigation, but most likely resulted from information that he

4

ARTICLES REMAINING

SEE MY OPTIONS        Subscriber login

In his tirade against the F.B.I., Mr. Trump mused about the possibility that he might soon fire Mr. Mueller. Last June, the president vented internally about wanting to fire Mr. Mueller, but was talked out of it.

"We'll see what may happen," Mr. Trump said Monday. "Many people have said you should fire him."

The president once again railed against Jeff Sessions, the attorney general, for recusing himself in the Russia inquiry, and blasted the F.B.I. for failing to investigate Hillary Clinton, "where there are crimes." He criticized Rod J. Rosenstein, the deputy attorney general, who is overseeing the Russia investigation, and called Mr. Mueller's team "the most biased group of people," who he said were mostly Democrats and some Republicans who had worked for President Barack Obama.

"That is really now on a whole new level of unfairness," Mr. Trump said.

Mr. Cohen's lawyer, Stephen Ryan, confirmed the raids. "Today, the U.S. attorney's office for the Southern District of New York executed a series of search warrants and seized the privileged communications between my client, Michael Cohen, and his clients," Mr. Ryan said. "I have been advised by federal prosecutors that the New York action is, in part, a referral by the office of special counsel, Robert Mueller."

Mr. Sessions appointed the United States attorney for the Southern District, Geoffrey S. Berman, only in January. Mr. Berman is a former law partner of Rudolph W. Giuliani, a former New York mayor and a supporter of Mr. Trump.

The payment to the pornographic film actress, Stephanie Clifford, who is known as Stormy Daniels, is only one of many topics being investigated, according to a person briefed on the search. The F.B.I. also seized emails, tax documents and business records, the person said. Agents raided space Mr. Cohen uses in the Rockefeller Center office of the law firm Squire Patton Boggs, as well as a room Mr. Cohen is staying in at the Loews Regency Hotel on Park Avenue while his apartment is under renovation, the person said.

*[Read our February 2018 profile of Michael D. Cohen]*

To obtain a search warrant, prosecutors must convince a federal judge that agents are likely to discover evidence of criminal activity.

The searches are a significant intrusion by prosecutors into the dealings of one of Mr. Trump's closest confidants, and they pose a dilemma for Mr. Trump. He has dismissed Mr. Mueller's investigation as a "witch hunt," but these warrants were obtained by an unrelated group of prosecutors. The searches **required prior consultation** with senior members of Mr. Trump's own Justice Department.

Mr. Trump and Mr. Cohen, however, regarded the searches as an effort by Mr. Mueller to use New York's prosecutors as his proxy, according to two people close to the men.

The searches open a new front for the Justice Department in its scrutiny of Mr. Trump and his associates: His longtime lawyer is being investigated in Manhattan; his son-in-law, Jared Kushner, is facing scrutiny by prosecutors in Brooklyn; his former campaign chairman is under indictment; his former national security adviser has pleaded guilty to lying; and a pair of former campaign aides are cooperating with Mr. Mueller. Mr. Mueller, meanwhile, wants to interview Mr. Trump about possible obstruction of justice.

It is not clear what Mr. Mueller saw that made him refer the matter to other prosecutors. But the searches show that Mr. Mueller does not believe that he has the authority to investigate all manner of allegations against everyone in Mr. Trump's orbit. That is significant because lawyers for Paul Manafort, a campaign chairman for Mr. Trump who was indicted on money laundering, tax and foreign lobbying charges, have challenged Mr. Mueller's mandate as overly broad.

Mr. Cohen is a longtime lawyer and fixer who, in a decade at Mr. Trump's side, has served as a reliable attack dog against real or perceived threats to him. His activities have been scrutinized as part of Mr. Mueller's investigation into Russian interference in the 2016 presidential election.

Mr. Cohen recently paid $130,000 to Ms. Clifford, who said she had a sexual encounter with Mr. Trump. Ms. Clifford has said she was paid before the 2016 election to buy her silence. She is challenging a nondisclosure agreement she signed barring her from discussing the matter.

The search is an aggressive move for the Justice Department, which normally relies on grand jury subpoenas to obtain records from people who are represented by lawyers and are cooperating with authorities. Search warrants are more often used in cases in which prosecutors do not trust people to preserve or turn over the records themselves. Justice Department rules require prosecutors to first consider less intrusive alternatives before seeking records from lawyers.

The searches of Mr. Cohen's documents hark back to the pre-dawn F.B.I. raid of Mr. Manafort's home. Those documents helped underpin Mr. Manafort's indictment last fall.

Mr. Ryan said Mr. Cohen has cooperated with the authorities and turned over thousands of documents to congressional investigators looking into Russian election meddling.

The seized records include communications between Mr. Trump and Mr. Cohen, which would most likely require a special team of agents to review because conversations between lawyers and clients are protected from scrutiny in most instances.

Though Mr. Mueller's team did not initiate the search, if prosecutors in Manhattan uncover information related to Mr. Mueller's investigation, they can share that information with his team.

A Long Island native, Mr. Cohen began his career as a personal injury lawyer and taxi fleet manager. He joined the Trump Organization in 2006. He attracted attention in the Russia investigation after emails showed that a business associate of Mr. Trump, Felix Sater, pitched Mr. Cohen on a lucrative real estate deal in Russia.

The deal was supposed to be a Trump Tower in Moscow, and Mr. Sater boasted to Mr. Cohen that the tower would get Mr. Trump elected president. "Our boy can become president of the USA and we can engineer it," Mr. Sater wrote. "I will get all of Putin's team to buy in on this, I will manage this process." But the emails obtained by The New York Times show no response from Mr. Cohen, who told congressional investigators that he regarded Mr. Sater's talk as puffery.

It is not clear how significantly prosecutors view the payment to Ms. Clifford. Mr. Trump has denied knowing about it. And Mr. Cohen has said he paid Ms. Clifford out of his own money. Asked last week why Mr. Cohen made the payment, Mr. Trump replied: "You'll have to ask Michael Cohen. Michael is my attorney, and you'll have to ask Michael Cohen."

Maggie Haberman contributed reporting from New York, and Michael D. Shear from Washington.

A version of this article appears in print on April 10, 2018, on Page A1 of the New York edition with the headline: Scrutiny for Trump's Allies As Trail of Money Widens.

© 2018 The New York Times Company

EXHIBIT 5

**Judy K. Regnier**

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Monday, April 09, 2018 3:08 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:18-cv-02217-SJO-FFM Stephanie Clifford v. Donald J. Trump et al Motion to Strike |

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Blakely, Brent on 4/9/2018 at 3:08 PM PDT and filed on 4/9/2018

| | |
|---|---|
| **Case Name:** | Stephanie Clifford v. Donald J. Trump et al |
| **Case Number:** | 2:18-cv-02217-SJO-FFM |
| **Filer:** | Michael Cohen |
| **Document Number:** | 31 |

**Docket Text:**
**NOTICE OF MOTION AND MOTION to Strike Plaintiff's First Amended Complaint Amended Complaint/Petition[14] filed by Defendant Michael Cohen. Motion set for hearing on 5/7/2018 at 10:00 AM before Judge S. James Otero. (Attachments: # (1) Declaration Brent H. Blakely, # (2) Declaration Michael D. Cohen) (Attorney Brent H Blakely added to party Michael Cohen(pty:dft)) (Blakely, Brent)**

**2:18-cv-02217-SJO-FFM Notice has been electronically mailed to:**

Brent H Blakely    bblakely@blakelylawgroup.com, jcovington@blakelylawgroup.com, mlawal@blakelylawgroup.com

Charles J Harder    charder@harderllp.com, mmoreno@harderllp.com, rstonerock@harderllp.com, sfrackman@harderllp.com

Michael J Avenatti    mavenatti@eaganavenatti.com, aibrahim@eaganavenatti.com, jarden@eaganavenatti.com, jregnier@eaganavenatti.com, mavenatti@eoalaw.com, tgray@eaganavenatti.com

Ryan J Stonerock     rstonerock@harderllp.com, mmoreno@harderllp.com

**2:18-cv-02217-SJO-FFM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Anti-SLAPP Motion (2).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/9/2018] [FileNumber=25334828-0]
[623fe1606ac18f711162c4ce2575dd2ede2451e76449432644d1da803ce611eb3d20
27f950a35f975212782b5f4dda506bc62ba66e55d3cf89c4283a58687196]]
**Document description:**Declaration Brent H. Blakely
**Original filename:**C:\fakepath\BHB-Decl.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/9/2018] [FileNumber=25334828-1]
[c368f8395e9abdcaf12e93e380d6845205f9aae6511a9967fdbd3706b76c5f5c6217
8f46865cf32b3eba2e41cf02658b2696ade07ef948187cb7dcfc8e7ce0e7]]
**Document description:**Declaration Michael D. Cohen
**Original filename:**C:\fakepath\Mr. Cohen Decl.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/9/2018] [FileNumber=25334828-2]
[bab2952086a1ba9f1731e40569f5ffbff9aba30e2be10976549afb2a0b49aa975e9c
845fcca2b725805087a27b1b3170527613e0276cf0211ac761649e0ad650]]

EXHIBIT 6

# Michael Cohen to CNN: FBI was 'professional, courteous, respectful' in raids, counter to Trump's depiction



By Don Lemon, Anchor

Updated 6:19 PM ET, Tue April 10, 2018

**New York (CNN)** — In his first comments since the FBI raid on his home and office, Michael Cohen said the FBI agents "were extremely professional, courteous and respectful."

The comments contrast with President Donald Trump who complained Monday that agents "broke into the office of one of my personal attorneys."

"I am unhappy to have my personal residence and office raided. But I will tell you that members of the FBI that conducted the search and seizure were all extremely professional, courteous and respectful. And I thanked them at the conclusion," Cohen said in a phone conversation on Tuesday with CNN.

Asked if he was worried, Cohen said; "I would be lying to you if I told that I am not. Do I need this in my life? No. Do I want to be involved in this? No."

The raid was "upsetting to say the least," he added.



**Related Article:** Republicans say Mueller doesn't need more protections, but warn against firing him



Receive **Fareed Zakaria's Global Analysis**

including insights and must-reads of world news

✕

| Email address |
| Activate Fareed's Briefing |

By subscribing you agree to our privacy policy.

Cohen did not fault the FBI agents who conducted the raid at his house, office and a hotel where he is temporarily staying.

Cohen would not comment further on the raid, but acknowledged the raids and attention have had an impact on his family. He wants the investigation to be over and continues to say everything he did in regards to paying Stormy Daniels for the non-disclosure agreement was perfectly legal.

He said that he is very loyal to Trump but after what happened on Monday, he'd rethink how he handled the payments to Daniels because of the impact on his family.



**The weird world of hotel Do Not Disturb signs**


Preet Bharara: 'The likelihood that Michael Cohen is going to be charged...


Carrie Underwood will do something astounding Sunday night


Comey paints unsparing portrait of Trump in devastating tell-all book