BLAKELY LAW GROUP
BRENT H. BLAKELY (CA Bar No. 157292)
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone:   (310) 546-7400
Facsimile:   (310) 546-7401
Email:       BBlakely@BlakelyLawGroup.com

Attorneys for Defendant
ESSENTIAL CONSULTANTS, LLC
and MICHAEL COHEN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:18-CV-02217-SJO-FFM<br><br>**DECLARATION OF BRENT H. BLAKELY IN SUPPORT OF JOINT *EX PARTE* APPLICATION OF DEFENDANTS ESSENTIAL CONSULTANTS, LLC, DONALD J. TRUMP AND MICHAEL COHEN FOR A STAY OF THIS ACTION**<br><br>Assigned for All Purposes to the Hon. S. James Otero<br><br>Action Filed:  March 6, 2018 |

SUPPLEMENTAL DECLARATION OF BRENT H. BLAKELY

## SUPPLEMENTAL DECLARATION OF BRENT H. BLAKELY

I, Brent H. Blakely, declare:

1.     I am an attorney duly licensed to practice before all courts of the State of California and in the U.S. District Court for the Central District of California, among other courts.  I make this declaration based on my own personal knowledge and, if called and sworn as a witness, I could and would competently testify hereto.

2.     I am a partner of the law firm of Blakely Law Group, counsel of record for Defendant Essential Consultants, LLC ("EC") and Michael Cohen ("Mr. Cohen").

3.     Attached as **Exhibit 1** to Defendants' concurrently filed Request for Judicial Notice is a true and correct copy of the United States Attorney's Opposition to Mr. Cohen's Motion for a Temporary Restraining Order, filed on April 13, 2018, in the matter of *Michael Cohen v. United States of* America, United States District Court, Southern District of New York Case No. 18-mj-03161 (the "SDNY Action," which is available on the Pacer website for the Southern District of New York (https://ecf.nysd.uscourts.gov).

4.     Attached as **Exhibit 2** to Defendants' concurrently filed Request for Judicial Notice is a true and correct copy of a letter brief by counsel for Mr. Cohen, filed on April 16, 2018, in the SDNY Action, which is available on the Pacer website for the Southern District of New York (https://ecf.nysd.uscourts.gov).

5.     Attached hereto as **Exhibit 3** is a true and correct copy of a certified transcript of statements made by Plaintiff's counsel, Michael Avenatti ("Mr. Avenatti"), to the media following an April 13, 2018 hearing in the SDNY Action. This transcript is based on the audio-visual recording published by *The Daily Mail* on or about April 13, 2018, at the following URL: https://www.youtube.com/watch?v=6NgRhR5w3y8.

6.     Attached hereto as **Exhibit 4** is a true and correct copy of a transcript of Mr. Avenatti's April 15, 2018 appearance on *"State of the Union"* on *CNN*, which was published by *CNN* on or about April 15, 2018, at the following URL:

1    http://transcripts.cnn.com/TRANSCRIPTS/1804/15/sotu.01.html.

2        7.    Attached hereto as **Exhibit 5** is a true and correct copy of a certified

3    transcript of statements made by Plaintiff Stephanie Clifford a.k.a. Stormy Daniels

4    ("Plaintiff") to the media following an April 16, 2018 hearing in the SDNY Action.

5    This transcript is based on the audio-visual recording published by *CNN* on or about

6    April 16, 2018, at the following URL:

7    https://www.cnn.com/videos/politics/2018/04/16/stormy-daniels-speaks-after-cohen-

8    hearing-sot.cnn.

9        8.    Attached hereto as **Exhibit 6** is a true and correct copy of a transcript of

10   Mr. Avenatti's April 16, 2018 appearance on *"Anderson Cooper 360 Degrees"* on

11   *CNN*, which was published by *CNN* on or about April 16, 2018, at the following

12   URL: http://transcripts.cnn.com/TRANSCRIPTS/1804/16/acd.01.html.

13       9.    Between on or about March 6, 2018 and the date of this declaration,

14   April 17, 2018, Plaintiff and her attorney, Mr. Avenatti, have appeared on no less than

15   fifty-five national television shows, to talk about this case.  Attached hereto as

16   **Exhibit 7** is a chart listing each of those appearances.

17       10.   On or about February 22, 2018, EC filed an arbitration proceeding at

18   ADR Services, Inc. ("ADRS") in Los Angeles (the "Arbitration"), pursuant to the

19   arbitration provision in the Settlement Agreement.  On or about April 3, 2018, the

20   arbitrator stayed the Arbitration pending this Court's ruling on EC's Motion to

21   Compel Arbitration and Plaintiff's Motion for Expedited Discovery and Jury Trial.

22       11.   On April 2, 2018, my office filed the Declaration of Mr. Cohen in

23   support of EC's Motion to Compel Arbitration [Dkt. No. 20-5].  On April 9, 2018,

24   just a few hours after the FBI raid at issue, my office filed a second Declaration of

25   Mr. Cohen in support of Mr. Cohen's Motion to Strike the First Amended Complaint.

26   At the time of filing this second declaration, it was not known that the FBI raid and

27   investigation related to the facts in this action.

28

1       I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3       Executed on April 17, 2018, at Los Angeles, California.

4                                          /s/ *Brent H. Blakely*

5                                          BRENT H. BLAKELY

SUPPLEMENTAL DECLARATION OF BRENT H. BLAKELY

# Exhibit 3

1    Stormy Daniels and Michael Avenatti Interviews   1

2    DATE: 4/13/18

3    TITLE OF ARTICLE: Michael Avenatti believes FBI have

4    documents about Stormy Daniels

5    SOURCE: Daily Mail

6    STATEMENT BY: Michael Avenatti

7    URL: https://www.youtube.com/watch?v=6NgRhR5w3y8

8         [START RECORDING]

9         MR. MICHAEL AVENATTI:  Well, my client's

10   documents are some of the documents that were

11   seized in connection with the search warrants,

12   number one.  And, number two, we're here to

13   ensure that this process is as public and as

14   open as possible.  Justice Louis Brandeis said

15   that sunlight is the best disinfectant and

16   that's what this case, or at least that's what

17   our case is about and we're here to ensure that

18   the American people have as much access to

19   documents and information concerning this

20   critical investigation as possible, that's

21   appropriate under any circumstances.  We're also

22   here to support the efforts of US Attorney's

23   Office from the Southern District of New York to

24   ensure that this privilege review is conducted

25   in a fair and equitable manner, that above all

1

2    else maintains integrity of these documents.

3         FEMALE VOICE:  What did you think the fact

4    that--

5         MR. AVENATTI:  While it is somewhat unusual

6    for an attorney's offices or a home to be raided

7    by the FBI, it's not unheard of in the United

8    States.  Attorneys are prosecuted on a somewhat

9    regular basis, just like any other citizens.

10   While they're entitled to certain protections,

11   they're not entitled to absolute protection.

12   The President of the United States is no

13   different than any other American citizen as it

14   relates to his privilege.  He should have no

15   greater rights and/or no less rights.  Well, I

16   think there's no question that there's

17   documentation in those records concerning the

18   negotiation with my client, perhaps

19   communications with the President relating to

20   the payoff.  There could be a whole host of

21   documents relating to that agreement, the

22   payment, what the president knew, and when he

23   knew it.  And we're going to, hopefully, find

24   out exactly what's in the documents.  Thank you.

25        MALE VOICE:  Thank you.

1        Stormy Daniels and Michael Avenatti Interviews   3

2           MR. AVENATTI:  All right?

3           MALE VOICE:  Yep.  Very good.

4           [END RECORDING]

4

C E R T I F I C A T E

I, LisaAnn M. Fromert, certify that the foregoing
transcript of Michael Avenatti believes FBI have
documents about Stormy Daniels - Daily Mail MP3 was
prepared using standard electronic transcription
equipment and is a true and accurate record to the
best of my ability.  I further certify that I am not
connected by blood, marriage, or employment with any
of the parties herein nor interested directly or
indirectly in the matter transcribed.


Signature:  *LisaAnn M. Fromert*

Date: April 16, 2018

# Exhibit 4



# TRANSCRIPTS

Transcript Providers

Shows By Category:

Return to Transcripts main page

**STATE OF THE UNION**

**Trump vs. Comey; Trump's Personal Attorney Under Criminal Investigation; President Trump Says 'Mission Accomplished' in Syria; Interview With Stormy Daniels Attorney Michael Avenatti; Interview With Maine Senator Angus King; Trump Lawyer Under Criminal Investigation; James Comey On TV Is the Subject of This Week's "State of the Cartoonion". Aired 9-10a ET**

Aired April 15, 2018 - 09:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

[09:00:00]

(BEGIN VIDEOTAPE)

JAKE TAPPER, CNN ANCHOR (voice-over): Mission accomplished? President Trump says strikes on Syria were -- quote -- "perfectly executed", and he calls out the Syrian dictator.

DONALD TRUMP, PRESIDENT OF THE UNITED STATES: They are crimes of a monster.

TAPPER: But does the commander in chief have any strategy going forward?

NIKKI HALEY, U.S. AMBASSADOR TO THE UNITED NATIONS: The United States is locked and loaded.

TAPPER: Independent Senator Angus King weighs in next.

And Trump vs. Comey. The president fires back at the guy he fired.

TRUMP: I fired Comey. Well, look at all of the things that he has done and the lies.

TAPPER: As the former FBI director spares no salacious details in his takedown of the president.

JAMES COMEY, FORMER FBI DIRECTOR: I don't know whether the current president of the United States was with prostitutes.

TAPPER: Can President Trump hold back as Comey talks tonight?

Plus, a legal battle at home. President Trump's personal attorney is the focus of a criminal probe, as President Trump defends his so- called fixer.

TRUMP: Good man. It's a disgraceful situation. It's a total witch- hunt.

TAPPER: Might the president's personal attorney be indicted? Stormy Daniels' lawyer is here ahead. (END VIDEOTAPE)

TAPPER: Hello. I'm Jake Tapper in Washington, where the state of our union is at war, abroad and at home.

President Trump this morning waging rhetorical battle against former FBI Director James Comey -- tweeting -- quote -- "Unbelievably, James Comey states that polls where crooked Hillary Clinton was leading were a factor in the handling stupidly of the Clinton e-mail probe. In other words, he was making decisions based on the fact that he thought she was going to win and he wanted a job. Slime ball" -- unquote.

This is an apparent reference to a passage in the Comey book where the former FBI director wrote -- quote -- "It is entirely possible that because I was making decisions in an environment where Hillary Clinton was sure to be the next president, my concern about her making an illegitimate president by concealing the restarted investigation bore greater weight than it would have if the election appeared closer or if Donald Trump were ahead in all polls. But I don't know" -- unquote.

Do not miss it. It will sit down with the former FBI Director James Comey for his first live interview. That will be on "THE LEAD" Thursday at 4:00 p.m. Eastern. Don't miss it.

A CNN exclusive. The FBI has seized secret recordings of conversations made by President Trump's Michael Cohen. How big of a problem might this be for President Trump?

Stormy Daniels' lawyer will be here next to weigh in. Stay with us.

(COMMERCIAL BREAK)

[09:27:25]

TAPPER: Welcome back to STATE OF THE UNION. I'm Jake Tapper.

From hush money payments to a porn star and to a former Playboy Playmate of the year, to questions swirling around the infamous "Access Hollywood" tape, now CNN has learned that the FBI seized tapes of conversations between the president's personal bulldog and attorney Michael Cohen and Stormy Daniels' former lawyer.

And, according to "The New York Times," those close to the investigation see the investigation into his so-called fixer, Cohen, as a bigger threat than even the Russia probe.

Joining me now is Stormy Daniels' attorney general, Michael Avenatti.

Let's start, Michael, if we could, with the bombshell news that the president's personal attorney, Michael Cohen, who you're currently suing, is now under criminal investigation by the U.S. attorney for the Southern District of New York.

What do think is going to happen with Cohen? Do you think he might even be indicted?

MICHAEL AVENATTI, ATTORNEY FOR STORMY DANIELS: Jake, I do.

I strongly believe that, within the next 90 days, we're going to see an unsealing of an indictment against Mr. Cohen for a host of very serious offenses.

And I believe, Jake, that is going to be a significant domino that's going to fall in connection with this.

TAPPER: Do you have any specific examples of things Mr. Cohen has done that you or the U.S. attorney's office believe to be criminal?

AVENATTI: Well, I think there's a number of possibilities, Jake.

I think he could be indicted for bank fraud, wire fraud, campaign finance violations. I think there's a whole host of potential criminal conduct that could be charged.

You know, according to his attorneys, the FBI seized thousands, if not millions of pages of documents in connection with the raids going back some 30 years.

This guy is radioactive right now. And this is not going to end well, Jake.

TAPPER: A source tells CNN that investigators have also seized recordings of conversations between Cohen and a lawyer who represented Stormy Daniels and Karen McDougal before you began representing Ms. Daniels.

I want you to take a listen to what Senator Lindsey Graham, Republican of South Carolina, said about Cohen recording conversations.

(BEGIN AUDIO CLIP)

SEN. LINDSEY GRAHAM (R), SOUTH CAROLINA: Michael Cohen is an idiot.

To be taping — if he did tape conversations with his client, that's stupid.

But I don't know what kind of legal advice Michael Cohen gave Donald Trump. I'm not really impressed with him as a lawyer, just to be honest with you.

(END AUDIO CLIP)

TAPPER: Lindsey Graham, not just an attorney, a former JAG with the military.

Do you agree with his assessment of Mr. Cohen and the notion that it's idiotic for him to record conversations?

AVENATTI: Well, Jake, it's exactly what I have been saying as well for the last 72 hours, as soon as this story broke.

I have an enormous amount of respect for Lindsey Graham. He's a very, very intelligent man, very experienced attorney. And I couldn't agree with him more than to say that.

[09:30:05]

I mean, it's outrageous. It's beyond stupid. And what is amazing is, is that this is the guy that the president put at his right hand. This is the man that the president basically trusted his secrets to. It is astounding.

TAPPER: Earlier today, on the show, Senator Angus King, independent of Maine, who is on the Senate Intelligence Committee, said that Cohen seems to be cropping up, whether it's with the Stormy Daniels hush money payment or with the Russia investigation.

Do you know of anything that might link the two or anything that Michael Cohen might have done involving Russia?

AVENATTI: Well, I'm not at liberty to get into a lot of those details, Jake.

But suffice it to say as follows. On Friday, while we were all in court trying to deal with this TRO and the judge was asking questions of his counsel, and the counsel, unfortunately, did not have answers to these simple questions -- the judge wasn't happy about it -- Michael Cohen was videotaped and photographed sitting with a number of men on the Upper East Side, I believe it was.

And we believe that a number of those actually have ties, Russian ties, as crazy as that sounds. So, this story just gets more strange and more strange by the day. You couldn't even make this up if you wanted to.

TAPPER: Do you -- can you shed any more light on what you said?

I mean, I saw a picture of one of the people he was sitting with, and he has ties to one particular Russian wealthy individual. What else are you talking about?

AVENATTI: Well, again, I don't want to say too much this morning, but you can't make this stuff up.

I mean, I just -- I don't understand what he is doing, what Michael Cohen is doing, with each passing day. This is getting worse and worse for him and it's going to get worse and worse for the president.

TAPPER: President Trump's lawyers and Cohen, as you noted, went on court on Friday to try to prevent any of the material seized by investigators from being read, claiming attorney-client privilege.

The U.S. attorney's office responded by saying that Cohen has -- quote -- "exceedingly few clients and a low volume of potentially privileged communications" -- unquote.

You're a lawyer. Doesn't Michael Cohen have some sort of standing to make this claim of attorney-client privilege?

AVENATTI: Well, he has standing to make the claim.

But if it's shown that these communications were not in furtherance of providing true legal advice or true services a lawyer, they are going to blow a hole through the privilege big enough to drive a Mack truck through, Jake.

And the fact that he's been called to court at 2:00 on Monday is also a problem. As I stated on Friday, right after the judge made that order, we could see Michael Cohen plead the Fifth Amendment in open court on Friday, depending on what questions are posed to him. I'm going to be there at 2:00. I can announce that we got comfortable with a security plan last night from my client. She's going to attend at 2:00 on Monday.

I think Monday afternoon could prove to be very interesting.

TAPPER: Stormy Daniels is going to be in court on Monday with Michael Cohen? Is that what you're saying?

AVENATTI: Yes, she will attend at 2:00 in New York on Monday.

TAPPER: Is that intended in any way to provoke him, to get into his head?

AVENATTI: No, not at all.

It's intended to send the message that this is a very, very serious matter for her, and she wants to make sure that the American people know that she's behind efforts to -- to bring to light as much information and documents as possible.

She also wants to ensure that she is heard and that she's represented at the hearing. It has nothing to do with getting in his head at all.

TAPPER: All right, Michael Avenatti, the attorney for Stephanie Clifford, AKA, Stormy Daniels, thank you so much for your time, sir. Appreciate it.

AVENATTI: Thanks for having me. Appreciate it.

TAPPER: Ahead of James Comey's first television interview President Trump unleashing on Twitter against this former FBI director calling Comey a liar. Saying his memos are fake. All of that and the panel coming up.

Stay with us.

(COMMERCIAL BREAK)

[09:37:57]

(BEGIN VIDEO CLIP)

ROBERT DE NIRO AS SPECIAL COUNSEL ROBERT MUELLER: Is your name Michael Cohen?

BEN STILLER AS MICHAEL COHEN: Yes.

DE NIRO: And you're a lawyer -- ish?

Did you have -- did you make a payment of $130,000 to Stormy Daniels?

STILLER: Yes.

DE NIRO: And did President Trump know about it?

STILLER: No.

(LAUGHTER)

(END VIDEO CLIP)

TAPPER: That was Robert De Niro and Ben Stiller reprising their roles from "Meet the Parents" except this time they are Michael Cohen and special counsel Robert Mueller.

My panel is here with me. Bill, we are in unchartered waters now. I mean, honestly just taking a step back. The president's personal attorney Michael Cohen, one of his closest advisers, his fixer, his friend is under criminal investigation, had his office raided.

I mean, it's stunning whether you support Michael Cohen or you, know, you have concerns about the FBI raid or not it's stunning.

BILL KRISTOL, EDITOR AT LARGE, THE WEEKLY STANDARD: It is stunning and of course the FBI and New York had to get the judge's approval so they had at least some reason to believe there are important things to discover in that office.

I'm struck by the last few days. It's also kind of funny and bizarre that one forgets the sort of serious underlying facts. I guess, if I'm not mistaken the Scooter Libby pardon was announced or at least released -- the news of it was out Thursday night.

# Exhibit 5

```
 1        Stormy Daniels and Michael Avenatti Interviews   1

 2     DATE: 4/16/18

 3     TITLE OF ARTICLE: Daniels Will not rest until the

 4     truth is out

 5     SOURCE: CNN

 6     STATEMENT BY: Stormy Daniels

 7     URL: https://www.cnn.com/videos/politics/2018/04/16

 8     /stormy-daniels-speaks-after-cohen-hearing-sot.cnn

 9          [START RECORDING]

10          MS. STORMY DANIELS:  Hi, everyone. So, for

11     years Mr. Cohen has acted like he is above the

12     law. He has considered himself, and openly

13     referred to himself, as Mr. Trump's fixer. He

14     has played by a different set of rules, or

15     should we say no rules at all. He has never

16     thought that the little man, or especially

17     women, and even more, women like me, mattered.

18     That ends now. My attorney and I are committed

19     to making sure that everyone finds out the truth

20     and the facts of what happened. And I give my

21     word that we will not rest until that happens.

22     Thank you very much.

23          [END RECORDING]
```

## C E R T I F I C A T E

I, Megan Huck, certify that the foregoing transcript of "Michael Cohen is radioactive Stormy Daniels attorney on Sean Hannity reveal.mp3" was prepared using standard electronic transcription equipment and is a true and accurate record to the best of my ability.  I further certify that I am not connected by blood, marriage, or employment with any of the parties herein nor interested directly or indirectly in the matter transcribed.

Signature: _Megan A Huck_

Date: April 17, 2018

# Exhibit 6



CNN  Home                                                                    U.S. Edition + ☰

# TRANSCRIPTS  Transcript Providers

---

**Shows By Category:**

**Return to Transcripts main page**

## ANDERSON COOPER 360 DEGREES

**Trump's Lawyer, Michael Cohen, Reveals His Secret Client is Sean Hannity; Judge Orders Government to Turn Over Materials to Cohen's Legal Team; "The Washington Post:" Trump Stopped New Russia Sanctions a Day after Ambassador Nikki Haley Said They Were Coming; President Trump Lashes out Again at "Slimeball" Comey; Supporters of President Trump on the Comey Interview. Aired on 8-9p ET**

Aired April 16, 2018 - 20:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

[20:00:16] ANDERSON COOPER, CNN HOST: Good evening. Thanks for joining us.

Today, an adult film actress was in a courtroom. The lawyer for the president of the United States, a lawyer who paid to keep her quiet about an alleged affair with the president and that wasn't the bombshell in the hearing, not even close. At the hearing in New York, the judge decided whether the president and Michael Cohen's legal teams will get to review files seized by the FBI before prosecutors do. More in that a moment.

But also, that was not the bombshell. The most stunning moment probably came when Michael Cohen was forced to reveal the identity of a mystery client whose name he tried to keep quiet and that client is Fox News host Sean Hannity. So, it would seem the president and Sean Hannity share more than dinners and frequent phone calls in a mutual love of Fox News programming. They also share an attorney.

This did not come out willingly in court. Cohen's attorney said the client had asked not to have their name revealed. The judge said that wasn't a good enough reason to keep the name concealed, ordered Cohen's lawyers to reveal the name and that name as I said was Sean Hannity.

So, Michael Cohen's clients that we know of, the president, former RNC official Elliott Broidy who paid off a woman he had an affair with which led to an abortion, and Sean Hannity of Fox News.

Here's the way Sean Hannity explained it on his radio show after the news broke, after Michael Cohen's legal team said explicitly in court, Sean Hannity is Michael Cohen's client.

(BEGIN AUDIO CLIP)

SEAN HANNITY, FOX NEWS HOST: I've known Michael a long, long time; and let me be very clear to the media: Michael never represented me in any matter. I never retained him in the in the traditional sense as retaining a lawyer. I never received an invoice from Michael. I never paid legal fees to Michael.

But I have occasionally had brief discussions with him about legal questions about which I wanted his input and perspective and I assume that those conversations were attorney-client confidential.

(END AUDIO CLIP)

COOPER: So, he seems to be saying I was not really a client of attorney Michael Cohen's but our conversations are confidential because he is an attorney and I am his client. Now, regardless of the exact nature of their attorney-client relationship, even if it is as Hannity says on Twitter almost exclusively about real estate, let's not forget that one week ago today, there was a raid on Michael Cohen's office and Hannity reported on it on Fox News as if he had absolutely no connection to the story.

(BEGIN VIDEO CLIP)

HANNITY: This is a Fox News alert. President Trump's longtime personal attorney Michael Cohen just had his office, his home and his hotel that he was staying in raided by the FBI today in an early morning raid. Now, what that means as Mueller's witch-hunt investigation is now a runaway train that is clearly careening off the tracks.

(END VIDEO CLIP)

me. But they haven't.

COOPER: So, you really have to ask somebody. You say, is this a privilege —

DERSHOWITZ: And the lawyer should take the initiative and say, this is not a lawyer-client conversation. Do not count on me protecting you if I'm subpoenaed or even asked by the press whether we've had a conversation.

So, it's very important. Now, the one area where I think the judge may have created a problem is when she categorically ruled today that the name of a client is never covered by lawyer-client privilege. If that's what she said, I haven't read her opinion. There are exceptions.

There are some cases where the name is regarded as lawyer client classified. If going to the lawyer itself requires confidentiality. For example — this is a good close example -- if there's a lawyer who's only a fixer and only fixes cases involving guys who have had affairs with women, you don't want to be known as that guy's client because if you are, you know why you went to him. And in cases like that, the courts have protected the names of clients when they've sought to be disclosed.

COOPER: Interesting.

Professor Dershowitz, thanks very much. Ambassador Norm Eisen, thanks as well. Still ahead, Stormy Daniels had strong words for the president's lawyer Michael Cohen — what she said outside the courtroom. We'll also talk to her attorney Michael Avenatti, when we come back.

(COMMERCIAL BREAK)

[20:30:17] COOPER: We're now in a breaking news, a new rolling tonight as the President's Michael Cohen tries to block prosecutors from reviewing records sees from him, a federal judge ordering the government to turn for Comey's records and allowing Cohen's legal team to look at what they believe should be protected under attorney client privilege.

Also Fox News Sean Hannity, one of Comey's client, though Mr. Hannity is pushing back on that. And adult film star Stormy Daniels was also in the courtroom today. Some of the documents seized from Cohen last week were related to the $130,000 payment he made to Daniels right before the election to keep her quiet about an alleged affair with the President. Stormy Daniels spoke to reporters as she left the court house.

(BEGIN VIDEO CLIP)

STORMY DANIELS, ADULT FILM STAR: So for years, Mr. Cohen has acted like he is above the law. He has considered himself and openly referred to himself as Mr. Trump's fixer. He has played by a different set of rules, or shall we say no rules at all.

He has never thought that the little man or especially, women, and even more women like me matter. That ends now. My attorney and I are committed to making sure that everybody finds out the truth and the facts of what happened. And I give my word that we will not rest until that happens.

(BEGIN VIDEO CLIP)

COOPER: Well, also in the courtroom today, it was Ms. Daniels attorney, Michael Avenatti who joins us now. I could think the Sean Hannity thing in a moment, just the ruling by the judge today is it -- do you see it as a partial win for Michael Cohen because since they at least get to name potential master to look over the documents that have been taken?

MICHAEL AVENATTI, STORMY DANIELS' ATTORNEY: Well, I mean, you know, I call it more like kissing your sister, I don't know that's a win, I mean it's certainly not a loss. But what they really wanted to do, Anderson, was -- they wanted to get control of the documents back. And get them back from the government so they can make the determination relating to privilege with the President, the Trump organization —

COOPER: That would have been a very big wind obviously if they were the ones determining what was privileged and what was not.

AVENATTI: Correct. And one of the reasons that we were there was to make sure that it did not happen because we believe the integrity of the documents making sure documents don't magically disappear is of the utmost importance for our case out in California. So we wanted to avoid any spoliation in the law or anything of that nature. And so we were happy that the judge seems very focused on ensuring that, that does not happen.

COOPER: You said I think it was yesterday that you believe within the next 90 days there may be an unsealing of an indictment against Cohen for what you said where I host a very serious offenses, we don't know if that is true. I'm not sure what you are basing that on. But what happened today did that slow down your belief in the timetable?

AVENATTI: No, not at you all. I stand behind that. It's my belief based on some pretty good information that I have and, you know, look, I think my track record has

been pretty good over the last six weeks. I think that's going to happen in the next 8 days, and I think it's going to be a significant domino to fall and it's going to be serious, serious consequences from there on out.

COOPER: What was it like in the courtroom when the revelation was made about Sean Hannity.

AVENATTI: Well, Anderson, you need to understand there was a huge build up. There was about 20 minutes of build up to that moment because —

COOPER: Where the Cohen's attorneys were resisting this?

AVENATTI: Correct, Michael Cohen's attorneys were resisting, disclosing who the third client was. It was considerable debate back and forth with the judge, with the assistant U.S. attorney, with others in the courtroom, back and forth as to whether it was going to be disclosed.

In fact, at one point, Michael Cohen's attorney told the judge that they had been instructed by this client. At that time we didn't know who it was, that if she ordered the name disclose, they were to take an immediate appeal of the judges rolling —

COOPER: They claim the client has said, meaning Sean Hannity had said that?

AVENATTI: Correct and it was basically a warning shot to judge Wood. And you know, Judge Wood been around a long time. She is an exceptional judge. She's not going to be intimidated by stuff like that. And — but they were trying to send the message it went no where with her and then ultimately, the judge said I want you to publicly disclose it. And the attorney for Michael Cohen said, do you want me to say it orally, state it orally or put it on a piece of paper and I thought for sure he was going to put it on a piece of paper and handed up to the judge. It's kind of a Hail Mary with the idea that maybe the judge looks at it and says, well, I want to thank about this.

But lo and behold he said the client's name is Sean Hannity and it was like, Anderson, a bomb went off in this federal courtroom. I mean there were gasped, there was — you know, eight or 10 journalists and all of a sudden abruptly stood up.

COOPER: Were you one of the people gasping?

AVENATTI: No. I was surprise. But — you know, quite honestly and it's been reported — I mean, my reaction was, well, at least now we know why Fox News hasn't been covering our case for six weeks.

COOPER: It is surprising that Sean Hannity has not — and all the time he interviewed Michael Cohen ever said, oh just full disclosure, you know, we have a long relationship and I ask him for advice sometimes?

AVENATTI: Well, again, I am not a journalist. I mean, I don't know the standards by which you and other exceptional journalists live by. I mean, you guys I'm sure you're going to analyze this and what needed to be disclose or not.

[20:35:05] What I will say is this, you know, I think Michael Cohen — I think Sean Hannity should have had his own counsel in the courtroom. I think that Michael Cohen's counsel — you know, somewhat threw him under the bus in the hearing and I mean that is my take-away from it. I think it should have been handled differently than it was.

COOPER: You filed an objection to the President Michael Cohen's request for stay in the Daniels' lawsuit to the criminal investigation In New York. Do you have a sense of when that stay will be ruled on?

AVENATTI: So their reply is due on Tuesday evening. And Judge Otero, who is incredibly thorough, and he is on top of the things like you cannot believe. I would imagine that he is probably going to issue a ruling on Wednesday or Thursday or Friday and we're very confident in our position.

COOPER: So your case moves regardless of what happens in New York?

AVENATTI: That is correct. I mean, they're in parallel tracks right now. And if we're successful in defeating a motion to stay, the next up is our motion relating to the deposition of Michael Cohen and the President.

COOPER: All right. Michael Avenatti, thanks very much. I appreciate it.

AVENATTI: Thank you.

COOPER: Coming up, U.N. Ambassador Nikki Haley said new sanctions against Russia were coming. The President reportedly not so fast. We'll ask the Deputy White House Press Secretary Hogan Gidley about that and wars between the president and his former FBI Director Jim Comey, that's next.

# Exhibit 7

**Interviews by Stephanie Clifford a.k.a. Stormy Daniels**

| # | Date | Title of Show | Network | Host |
|---|------|---------------|---------|------|
| 1. | 3/25/18 | 60 Minutes | CBS | Anderson Cooper |

**Interviews by Stephanie Clifford and Michael Avenatti**

| # | Date | Title of Show | Network | Host |
|---|------|---------------|---------|------|
| 1. | 4/17/18 | The View | ABC | Whoopi Goldberg & others |

**Interviews by Michael Avenatti**

| # | Date | Title of Show | Network | Host |
|---|------|---------------|---------|------|
| 1. | 3/7/18 | Anderson Cooper 360° | CNN | Anderson Cooper |
| 2. | 3/7/18 | CBS This Morning | CBS | Gayle King |
| 3. | 3/7/18 | The Today Show | NBC | Savannah Guthrie |
| 4. | 3/9/18 | Anderson Cooper 360° | CNN | Anderson Cooper |
| 5. | 3/9/18 | The Beat With Ari Melber | MSNBC | Ari Melber |
| 6. | 3/9/18 | New Day | CNN | Chris Cuomo |
| 7. | 3/12/18 | New Day | CNN | Chris Cuomo |
| 8. | 3/12/18 | The Beat With Ari Melber | MSNBC | Ari Melber |
| 9. | 3/12/18 | All Things Considered | NPR | Ari Shapiro |
| 10. | 3/16/18 | New Day | CNN | Chris Cuomo |
| 11. | 3/16/18 | Anderson Cooper 360° | CNN | Anderson Cooper |
| 12. | 3/16/18 | The Lead With Jake Tapper | CNN | Jake Tapper |
| 13. | 3/19/18 | AM Joy | MSNBC | Joy-Ann Reid |
| 14. | 3/19/18 | The Beat With Ari Melber | MSNBC | Ari Melber |
| 15. | 3/20/18 | Anderson Cooper 360° | CNN | Anderson Cooper |
| 16. | 3/20/18 | The Last Word | MSNBC | Ari Melber |

| #   | Date    | Title of Show                            | Network  | Host                                          |
|-----|---------|------------------------------------------|----------|-----------------------------------------------|
| 17. | 3/21/18 | Fox News @ Night                         | Fox News | Shannon Bream                                 |
| 18. | 3/22/18 | The Lead With Jake Tapper                | CNN      | Jake Tapper                                   |
| 19. | 3/26/18 | Morning Joe                              | MSNBC    | Joe Scarborough                               |
| 20. | 3/26/18 | New Day                                  | CNN      | Alisyn Camerota                               |
| 21. | 3/26/18 | Anderson Cooper 360°                     | CNN      | Anderson Cooper                               |
| 22. | 3/26/18 | The Last Word                            | MSNBC    | Lawrence O'Donnell                            |
| 23. | 3/26/18 | CBS This Morning                         | CBS      | Gayle King                                    |
| 24. | 3/26/18 | Good Morning America                     | ABC      | George Stephanopoulos                         |
| 25. | 3/26/18 | The Today Show                           | NBC      | Savannah Guthrie                              |
| 26. | 3/27/18 | All In With Chris Hayes                  | MSNBC    | Chris Hayes                                   |
| 27. | 3/28/18 | Anderson Cooper 360°                     | CNN      | Anderson Cooper                               |
| 28. | 3/28/18 | CBS This Morning                         | CBS      | Gayle King, Anthony Mason and Norah O'Donnell |
| 29. | 3/29/18 | Wolf                                     | CNN      | Wolf Blitzer                                  |
| 30. | 3/30/18 | New Day                                  | CNN      | Alisyn Camerota                               |
| 31. | 3/29/18 | Erin Burnett OutFront                    | CNN      | Erin Burnett                                  |
| 32. | 3/30/18 | New Day                                  | CNN      | Alisyn Camerota                               |
| 33. | 4/4/18  | Anderson Cooper 360°                     | CNN      | Anderson Cooper                               |
| 34. | 4/4/18  | Megyn Kelly Today                        | NBC      | Megyn Kelly                                   |
| 35. | 4/4/18  | New Day                                  | CNN      | Alisyn Camerota                               |
| 36. | 4/5/18  | The Beat With Ari Melber                 | MSNBC    | Ari Melber                                    |
| 37. | 4/5/18  | The Last Word with Lawrence O'Donnell    | MSNBC    | Lawrence O' Donnell                           |
| 38. | 4/9/18  | AM Joy                                   | MSNBC    | Joy Reid                                      |
| 39. | 4/9/18  | New Day                                  | CNN      | Alisyn Camerota                               |

| # | Date | Title of Show | Network | Host |
|---|---|---|---|---|
| 40. | 4/9/18 | The Last Word with Lawrence O'Donnell | MSNBC | Lawrence O' Donnell |
| 41. | 4/9/18 | The Beat With Ari Melber | MSNBC | Ari Melber |
| 42. | 4/9/18 | The Last Word with Lawrence O'Donnell | MSNBC | Lawrence O' Donnell |
| 43. | 4/10/18 | Anderson Cooper 360° | CNN | Anderson Cooper |
| 44. | 4/10/18 | The 11th Hour | MSNBC | Nicolle Wallace |
| 45. | 4/11/18 | New Day | CNN | Alisyn Camerota |
| 46. | 4/12/18 | Deadline White House | MSNBC | Nicolle Wallace |
| 47. | 4/12/18 | The Situation Room | CNN | Wolf Blitzer |
| 48. | 4/13/18 | Good Morning Britain | Good Morning Britain | Kate Garraway and Ranvir Singh |
| 49. | 4/13/18 | The Beat With Ari Melber | MSNBC | Ari Melber |
| 50. | 4/14/18 | Larry King Now | Ora.TV | Larry King |
| 51. | 4/15/18 | State of the Union | CNN | Jake Tapper |
| 52. | 4/16/18 | AM Joy | MSNBC | Joy Reid |
| 53. | 4/16/18 | The Beat With Ari Melber | MSNBC | Ari Melber |