AVENATTI & ASSOCIATES, APC
Michael J. Avenatti, State Bar No. 206929
Ahmed Ibrahim, State Bar No. 238739
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone: 949.706.7000
Facsimile: 949.706.7050

Attorneys for Plaintiff Stephanie Clifford
a.k.a. Stormy Daniels a.k.a. Peggy Peterson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, and individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-02217-SJO-FFM<br><br>**PLAINTIFF STEPHANIE CLIFFORD'S EVIDENTIARY OBJECTIONS TO THE SUPPLEMENTAL DECLARATION OF BRENT H. BLAKELY IN SUPPORT OF JOINT *EX PARTE* APPLICATION OF DEFENDANTS ESSENTIAL CONSULTANTS, LLC, DONALD J. TRUMP AND MICHAEL COHEN FOR A STAY OF THIS ACTION** |

Plaintiff Stephanie Clifford hereby objects to the Supplemental Declaration of Brent H. Blakely.

## OBJECTIONS TO THE SUPPLEMENTAL DECLARATION OF BRENT H. BLAKELY

| | **Citation** | **Objection** | **Ruling** |
|---|---|---|---|
| 1. | **Paragraph 3 (portion):** "As was widely reported, I can confirm that on April 9, 2018, the Federal Bureau of Investigation ("FBI") raided Mr. Cohen's residence, office and hotel room, located in New York." | This statement lacks foundation and is speculation. Fed. R. Evid. 602. It is also inadmissible hearsay to the extent it relies on the matter being "widely reported" or on the *CNN* article attached as Exhibit A. Fed. R. Evid. 801-802. | Sustained: __ Overruled: __ |
| 2. | **Paragraph 3 (portion):** "In the course of this raid, the FBI sought documents in Mr. Cohen's possession relating to several topics, including the payment of $130,000 to Plaintiff Stephanie Clifford ('Plaintiff'), which is at issue in this action." | This statement lacks foundation and is speculation. Fed. R. Evid. 602. It is also inadmissible hearsay to the extent it relies on the matter being "widely reported" or on the *CNN* article attached as Exhibit A. Fed. R. Evid. 801-802. | Sustained: __ Overruled: __ |
| 3. | **Paragraph 3 (portion):** "Accordingly, the ongoing criminal investigation involves facts that overlap with the facts alleged in this case." | This statement lacks foundation and is speculation. Fed. R. Evid. 602. It is also inadmissible hearsay to the extent it relies on the matter being "widely reported" or on the *CNN* article attached as Exhibit A. Fed. R. Evid. 801-802. It is also argument, not fact. See Fed. R. Evid. 701. | Sustained: __ Overruled: __ |

| | | | |
|---|---|---|---|
| 4. | **Paragraph 3 (portion):** "Attached hereto as Exhibit A is a true and correct copy of the article entitled, 'DOJ: Michael Cohen under criminal investigation,' which was published by CNN on or about April 13, 2018, at the following URL: https://www.cnn.com/2018/04/13/politics/michael-cohen-hearing-fbi-raid/index.html." | Exhibit A is inadmissible hearsay. Fed. R. Evid. 801-802. | Sustained: __<br>Overruled:__ |

Dated: April 17, 2018              AVENATTI & ASSOCIATES, APC

                                    By:      /s/ Michael J. Avenatti
                                         Michael J. Avenatti
                                         Attorneys for Plaintiff Stephanie Clifford
                                         a.k.a. Stormy Daniels a.k.a. Peggy Peterson

**EVIDENTIARY OBJECTIONS TO THE SUPPLEMENTAL DECLARATION OF BRENT H. BLAKELY**