AVENATTI & ASSOCIATES, APC
Michael J. Avenatti, State Bar No. 206929
Ahmed Ibrahim, State Bar No. 238739
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone: 949.706.7000
Facsimile:  949.706.7050

Attorneys for Plaintiff Stephanie Clifford
a.k.a. Stormy Daniels a.k.a. Peggy Peterson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, and individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-02217-SJO-FFM<br><br>**PLAINTIFF STEPHANIE CLIFFORD'S NOTICE OF WITHDRAWAL OF EVIDENTIARY OBJECTIONS FILED AS DOCKET NO. 41** |

PLEASE TAKE NOTICE that Plaintiff Stephanie Clifford hereby withdraws her Objections to the Supplemental Declaration of Brent H. Blakely in Support of Joint *Ex Parte* Application of Defendants Essential Consultants, LLC, Donald J. Trump and Michael Cohen for a Stay of This Action filed as Docket No. 41. The filing was made in error. The corrected document has been filed as Docket No. 42.

Dated: April 18, 2018          AVENATTI & ASSOCIATES, APC

                               By:     /s/ Michael J. Avenatti
                                   Michael J. Avenatti
                                   Attorneys for Plaintiff Stephanie Clifford
                                   a.k.a. Stormy Daniels a.k.a. Peggy Peterson