UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-02217 SJO (FFMx) | Date | April 18, 2018 |
|---|---|---|---|
| Title | Stephanie Clifford v. Donald J. Trump et al | | |

Present: The Honorable   JAMES OTERO, Judge presiding

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Not Present                                       Not Present

**Proceedings:**     IN CHAMBERS

This matter is before the Court on Defendants Michael Cohen, Essential Consultants, LLC, and Donald J. Trump's (collectively, "Defendants") Ex Parte Application for a Stay of this Action ("Application"), filed April 13, 2018. After reviewing the Application and related filings, the Court finds that a hearing on the matter is warranted. Accordingly, the Court SETS a hearing for Friday, April 20, 2018 at 9:00 am.

                                                                                              :
                                                             Initials of Preparer        vpc