# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-02217 SJO (FFMx) | Date | April 20, 2018 |
|---|---|---|---|
| Title | Stephanie Clifford v. Donald J. Trump et al | | |

Present: The Honorable   JAMES OTERO, Judge presiding

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael J. Avenatti<br>Ahmed Ibrahim | Charles J. Harder<br>Ryan J. Stonerock<br>Steven Frackman<br>Brent H. Blakely |

**Proceedings:**  Joint EX PARTE APPLICATION to Stay Case filed by Defendants Michael Cohen, Essential Consultants, LLC. [ECF No. 38]

Hearing held.

The Court reviews the procedural history.

Counsel present argument.

The Court Orders that counsel for Defendant Cohen shall file a declaration from Mr. Cohen stating whether he intends to assert his Fifth Amendment rights and when he realized that his Fifth Amendment rights would be implicated. This declaration shall be filed by Wednesday, April 25, 2018; Plaintiff shall file a response by Thursday, April 26, 2018.

The Court is going to look at whether there's less drastic means or measures that could be imposed here other than a stay.

Additionally, the Court is also going to consider whether the second count can be severed from the first amended complaint and whether the Court can go forward on that matter alone.

The matter stands submitted.

|  | : | 1/19 |
|---|---|---|
| Initials of Preparer | | vpc |