AVENATTI & ASSOCIATES, APC
Michael J. Avenatti, State Bar No. 206929
Ahmed Ibrahim, State Bar No. 238739
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone:  949.706.7000
Facsimile:   949.706.7050

Attorneys for Plaintiff Stephanie Clifford
a.k.a. Stormy Daniels a.k.a. Peggy Peterson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, and individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:  2:18-cv-02217-SJO-FFM<br><br>**STIPULATION OF ALL PARTIES RE:  BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION FOR RECONSIDERATION IN PART OF COURT'S ORDER IMPOSING 90 DAY STAY** |

Plaintiff Stephanie Clifford ("Plaintiff") and Defendants Essential Consultants, LLC ("EC"), Michael Cohen and Donald J. Trump (collectively, "Defendants") (together with Plaintiff, the "Parties") hereby jointly agree and stipulate as follows:

WHEREAS, Plaintiff intends to file a motion for reconsideration in part of this Court's April 27, 2018 order imposing a stay of this action for 90 days (the "Motion");

WHEREAS, Defendants do not believe that there is any valid basis for Plaintiff's Motion, and intend to oppose Plaintiff's Motion;

WHEREAS, the Parties have met and conferred with regards to the relief sought in the Motion and were unable to reach a resolution;

WHEREAS, to accommodate the schedule of lead counsel for Mr. Trump, who is planning to be out of the country on a pre-paid vacation and therefore is unavailable from June 22, 2018 through July 9, 2018, the Parties have agreed that the hearing on the Motion be set for Monday, June 18, 2018, at 10:00 a.m., or on any other day and time during the week of June 18 that is convenient for the Court, except for Friday, June 22, 2018;

WHEREAS, the Parties wish to allow the Court sufficient time to decide the Motion and thus have agreed to an appropriate briefing schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their counsel of record, that:

1. Plaintiff shall have until 4:00 p.m. on Thursday, May 24, 2018 to file the Motion.

2. Defendants shall have until 4:00 p.m. on Friday, June 1, 2018, to file their opposition to the Motion.

3. Plaintiff shall have until 4:00 p.m. on Thursday, June 7, 2018, to file her reply in support of the Motion.

4. The hearing on the Motion shall be set for Monday, June 18, 2018, at 10:00 a.m. or on any other day and time during the week of June 18 that is convenient for the Court, except for Friday, June 22, 2018.

IT IS SO STIPULATED.

Dated: May 23, 2018                     AVENATTI & ASSOCIATES, APC

                                        By:  */s/ Michael J. Avenatti*
                                             MICHAEL J. AVENATTI
                                             Attorneys for Plaintiff
                                             STEPHANIE CLIFFORD

Dated: May 23, 2018                     BLAKELY LAW GROUP

                                        By:  */s/ Brent H. Blakely*
                                             BRENT H. BLAKELY
                                             Attorneys for Defendants
                                             ESSENTIAL CONSULTANTS, LLC and
                                             MICHAEL COHEN

Dated: May 23, 2018                     HARDER LLP

                                        By:  */s/ Charles J. Harder*
                                             CHARLES J. HARDER
                                             Attorneys for Defendant
                                             DONALD J. TRUMP

1  Pursuant to Local Rule 5-4.3.4, I, Michael J. Avenatti, hereby attest that all other
2  signatories to this Stipulation, and on whose behalf it is submitted, concur in its content
3  and have authorized its filing.

4  Dated: May 23, 2018                    /s/ *Michael J. Avenatti*
5                                          MICHAEL J. AVENATTI