```
                              FILED
                       CLERK, U.S. DISTRICT COURT

                          May 24, 2018

                     CENTRAL DISTRICT OF CALIFORNIA
                     BY:     VPC     DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, and individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO.:  2:18-cv-02217-SJO-FFM<br><br>**ORDER GRANTING STIPULATION OF ALL PARTIES RE:  BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION FOR RECONSIDERATION IN PART OF COURT'S ORDER IMPOSING 90 DAY STAY** |

Upon consideration of the Stipulation of All Parties Re: Briefing Schedule and Hearing on Plaintiff's Motion For Reconsideration In Part of Court's Order Imposing 90 Day Stay, the Court's records and files of the case, and for good cause shown, the Court hereby orders as follows:

1. The Stipulation is GRANTED;
2. Plaintiff Stephanie Clifford ("Plaintiff") shall have until 4:00 p.m. on Thursday, May 24, 2018 to file her Motion for Reconsideration In Part of the Court's Order Imposing a 90 Day Stay of this Action (the "Motion");
3. Defendants Essential Consultants, LLC ("EC"), Michael Cohen ("Mr. Cohen") and Donald J. Trump (collectively, "Defendants") shall have until 4:00 p.m. on Friday, June 1, 2018, to file their opposition to the Motion.
4. Plaintiff shall have until 4:00 p.m. on Thursday, June 7, 2018 to file her reply in support of the Motion.
5. The hearing on the Motion shall be set for Thursday, June 21, 2018, at 1:30 p.m. The parties are advised that due to potential conflicts with the Court's calendar the hearing may be advanced to an earlier day that same week.

IT IS SO ORDERED

Dated: May 24, 2018

*S. James Otero*
HON. S. JAMES OTERO
United States District Judge