1  AVENATTI & ASSOCIATES, APC
2  Michael J. Avenatti, State Bar No. 206929
   Ahmed Ibrahim, State Bar No. 238739
3  520 Newport Center Drive, Suite 1400
4  Newport Beach, CA 92660
   Tel:   (949) 706-7000
5  Fax:   (949) 706-7050

6
7  Attorneys for Plaintiff Stephanie Clifford
   a.k.a. Stormy Daniels a.k.a. Peggy Peterson

8

9

10            **UNITED STATES DISTRICT COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12

13  STEPHANIE CLIFFORD a.k.a.          CASE NO.:  2:18-cv-02217-SJO-FFM
    STORMY DANIELS a.k.a. PEGGY
14  PETERSON, an individual,           **DECLARATION OF MICHAEL J.**
                                       **AVENATTI IN SUPPORT OF**
15             Plaintiff,              **PLAINTIFF STEPHANIE**
                                       **CLIFFORD'S MOTION FOR**
16                                     **RECONSIDERATION IN PART OF**
17        vs.                          **ORDER IMPOSING STAY**

18  DONALD J. TRUMP a.k.a. DAVID       [*filed concurrently with Notice of Motion*
19  DENNISON, an individual, ESSENTIAL *and Memorandum of Points and*
    CONSULTANTS, LLC, a Delaware       *Authorities in Support of Motion*]
20  Limited Liability Company, MICHAEL
    COHEN, an individual, and DOES 1
21  through 10, inclusive              **Hearing Date:  June 21, 2018**
22                                     (Pursuant to Court's Order Dkt. No. 55)
23             Defendants.             **Hearing Time:  1:30 p.m.**
                                       **Location:  Courtroom 10C**
24

25

26

27

28

## <u>DECLARATION OF MICHAEL J. AVENATTI</u>

I, MICHAEL J. AVENATTI, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am an attorney with the law firm of Avenatti & Associates, APC, counsel of record for Plaintiff Stephanie Clifford.  I am submitting this declaration in support of Plaintiff's Motion for Reconsideration in Part of Order Imposing Stay.  I have personal knowledge of the information stated herein and if called to testify to the same would and could do so.

2.     On April 26, 2018 (after Defendants filed their joint application for a stay and the declaration of Mr. Cohen supporting the stay), Mr. Trump gave a phone interview with the television program *Fox & Friends*.  A true and correct copy of the transcript from this interview is attached hereto as Exhibit 1.  The complete interview may be viewed at: http://video.foxnews.com/v/5776719790001/?#sp=show-clips[1]

3.     On May 2, 2018, Mr. Trump's attorney, Rudy Giuliani was interviewed by Sean Hannity of *Fox News*.  A true and correct copy of the transcript from this interview is attached hereto as Exhibit 2.   The complete interview may be viewed at: http://video.foxnews.com/v/5779751128001/?#sp=show-clips

4.     On May 3, 2018 consistent with the new revelations disseminated by Mr. Giuliani, Mr. Trump issued three separate tweets discussing Mr. Cohen, Plaintiff, the Settlement Agreement, and the $130,000 payment.  A true and correct of these tweets is attached hereto as Exhibit 3.  The actual tweets can be viewed at

      a.     https://twitter.com/realDonaldTrump/status/991992302267785216

      b.     https://twitter.com/realDonaldTrump/status/991994433750142976

      c.     https://twitter.com/realDonaldTrump/status/991995845120753664

5.     On May 3, 2018, Mr. Giuliani went on *Fox & Friends* and continued openly discussing the Settlement Agreement and $130,000 payment.  A true and correct copy of the transcript from this interview is attached hereto as Exhibit 4.  The complete interview

---

[1] Should the Court desire hard copies of the video interviews referenced herein, Plaintiff will lodge same with the Court.

may be viewed at: https://www.youtube.com/watch?v=MJSZgwdvNvQ

6.     On May 16, 2018, Mr. Trump made another factual statement concerning his knowledge about the payment to Plaintiff, this time in a signed disclosure made to the United States Office of Government Ethics entitled "Executive Branch Personnel Public Financial Disclosure Report (OGE Form 278e)."  A true and correct copy of excerpts of this report is attached hereto as Exhibit 5.

7.     According to United States Office of Government Ethics in a letter dated May 16, 2018 to Deputy Attorney General Rod Rosenstein, "the payment made by Mr. Cohen is required to be reported as a liability."  A true and correct copy of this letter is attached hereto as Exhibit 6.

8.     As of the date of this filing, Plaintiff is not aware of any criminal charges being filed against Mr. Cohen or any indictment having been made public.

9.     On May 18, 2018, I conferred with Brent Blakely, counsel for EC and Mr. Cohen regarding the content of Plaintiff's motion.  On May 23, 2018, I conferred with Charles Harder and Ryan Stonerock, counsel for Mr. Trump, regarding the content of Plaintiff's motion.  I was unable to reach an agreement with Defendants, and all Defendants indicated they would oppose Plaintiff's motion.  All counsel agreed to the briefing schedule and hearing date for the motion as set forth in the stipulation and proposed order approved by the Court.  [Dkt. No. 55.]  All counsel further agreed that the parties had adequately met and conferred regarding Plaintiff's motion.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.  Executed this 23rd day of May, 2018.


         /s/ Michael J. Avenatti
Michael J. Avenatti

**DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF STEPHANIE CLIFFORD'S MOTION FOR RECONSIDERATION**

# EXHIBIT 1



 Print   Close

# President Trump talks North Korea, Iran, Comey, Cohen, Dr. Ronny Jackson and Kanye West in 'Fox & Friends' interview

Published April 26, 2018

FoxNews.com

*This is a rush transcript from "Fox & Friends," April 26, 2018. This copy may not be in its final form and may be updated.*

AINSLEY EARHARDT, CO-HOST: Well, here's the presidential seal. There is the White House and inside the White House is the President of the United States, Donald Trump.

BRIAN KILMEADE, CO-HOST: And why would you be bringing that up, Ainsley?

EARHARDT: He joins us now by phone. Thank you so much for being with us, Mr. President.

PRESIDENT DONALD TRUMP: Well, good morning, and I picked a very, very special day because it's Melania's birthday, so I said let's do it on Melania's birthday. So, happy birthday to Melania.

KILMEADE: All right. Hopefully, they'll be visits in between but have you decided on or do you want to tell us what you got her?

TRUMP: Well, I better not get into that because I may get in trouble. Maybe I didn't get her so much.

I'll tell you what. She has done -- a got her a beautiful card. You know, I'm very busy --

KILMEADE: At this point --

TRUMP: -- to be running out looking for presents, OK? But I got her a beautiful card and some beautiful flowers.

And she did a fantastic job with France. I'll tell you what, the people of France are just -- were spellbound by what happened with their great president who just left, Emmanuel, and he is a wonderful guy and --

DOOCY: You guys really got along great.

TRUMP: -- with a wonderful wife.

Well, we did and --

DOOCY: You guys got along great.

TRUMP: We did and, you know, they are both terrific people. And, Brigitte -- and we had a fantastic time.

And much more importantly, we accomplished a lot. We really accomplished a lot. More than anybody knows. You'll be seeing what we accomplished.

DOOCY: Well, give us a hint. Give us a hint.

TRUMP: Well, I think we really came to recognize the -- you know, I can say it from my standpoint but he is viewing, I believe, Iran a lot differently than he did before he walked into the Oval Office and I think that's important.

He understands where I'm coming from with respect to Iran. Iran is a real problem for this country. The president made a horrible deal.

When I say the president, I'm talking about past administration made a horrible deal giving $150 billion, giving $1.8 billion in cash -- in actual cash carried out in barrels and in boxes from airplanes. It's inconceivable -- $1.8 billion.

And all they do is scream death to America, death to America. And by the way, they're not screaming it so much anymore. They were screaming it with him. They don't scream it with me.

We haven't seen their little boats circling our ships in the ocean lately because they know if they do circle the ships they're not going to be there very longer.

KILMEADE: All right, I want to come back to that a little later because we -- want to see if that -- because you have a big deadline coming up with the Iranian agreement.

TRUMP: I do.

KILMEADE: But --

TRUMP: I do.

KILMEADE: -- when it comes to Ronny --

DOOCY: Your call.

KILMEADE: -- Jackson, the word came out from John Roberts --

TRUMP: Yes.

KILMEADE: -- now confirmed that he is no longer going to be a candidate to lead the V.A.

In his statement is this. "The allegations against me are completely false and fabricated. If they had any merit, I would not have been selected, promoted, and trusted to serve in such a sensitive and important role as physician to three presidents over 12 years.

In my role as a doctor, I have tirelessly worked to provide excellent care for all my patients. In doing so, I have always adhered to the highest ethical standards."

Last night the report was you had a huddle. Is that what you decided last night? Is that what all of you decided?

TRUMP: Well, I even told him a day or two ago. I saw where this was going.

And, you know, they're very upset because Mike Pompeo who was again, first in his class at West Point, top in his class at Harvard Law School. A brilliant guy, a great guy, and somebody I get along with very well.

You know, Mike got through and they thought they had him stopped.

The Democrats are obstructionists. It's horrible what they're doing. They're not approving people.

They're taking them out to the maximum 30 hours. That's a lot of time -- 30 hours -- to interview people that are going to be approved. I mean, they go 30 hours and then people will vote, and it's a disgrace.

In fact, they had a report the other day that at this rate it will be nine years before --

DOOCY: It's unbelievable.

TRUMP: -- they're allowed to come into government.

So you have that have given up everything. They've given up their jobs. Top-line people -- brilliant people.

They want to come in and help us in government and Chuck Schumer and the group take, you know, years to approve them -- years. We have judges that are waiting. Top of the line people. The best people in our country and --

And by the way, they're going to be approved but they take them out until the very, very end. And they said over nine years before they get approved --

KILMEADE: Mr. President --

TRUMP: -- because they're using every little trick in the book.

KILMEADE: -- Mitch McConnell could keep them seven days a week until they reach their 30 hours and make them, these men and women, stay until this gets done. Why won't he do that?

TRUMP: Well, he should be doing that and I think he will be doing that. And he should be doing that.

Honestly, the Republicans -- look, we have some absolute warriors. We have -- when I -- I just watched your show. Jim Jordan, and Mark Meadows, and Matt Gaetz, and DeSantis, and so many -- Corey Lewandowski.

We have people -- Diamond and Silk are warriors, by the way. How about Diamond and Silk? They've become amazing.

You know, that started off like somebody was talking about them on the Internet. They were these two women -- these two beautiful, wonderful, women.

And I said well, let me check it out. It took me about two seconds to say start them -- it's incredible. So, Diamond and Silk, these are all warriors.

We have great people in the Republican Party and I think that, in one way, it's showing how bad, how obstructionist these Democrats are. It's a disgrace what's happening.

EARHARDT: Do you think the obstructionist window -- as Dr. Jackson says, these allegations are baseless and they're just attacking him? This is not true, he served our country but yet, he's still withdrawing his name.

So does the obstructionist win when your nominees don't fight back?

TRUMP: Well, I could say yes. I can also say no because Doc Ronny -- you know, we call him Doc Ronny, we call him Admiral Ronny. He's an admiral, highly respected, a real leader.

And I watched what Jon Tester of Montana, a state that I won by like over 20 points. You know, really, they love me and I love them. And I want to tell you that Jon Tester -- I think this is going to cause him a lot of problems in his state.

He took a man who was just an incredible man -- an incredible man respected by President Obama. He gave him his highest rating. You saw what President Obama said.

DOOCY: Yes.

TRUMP: President Bush -- he was the doctor to President Bush, to President Obama and the family. He's been my doctor.

And he runs a fantastic operation. You know, they have many doctors and they run a fantastic operation.

And honestly, I said it to him. He didn't come to me. I said, you know, Doc, you run a great operation. How do you think you'd do at the V.A.?

Now, we can talk about experience but the V.A. -- when you think about 13 million people --

DOOCY: Sure.

TRUMP: -- you could take the head of the biggest hospital corporation of the world and it's peanuts compared to the V.A., so nobody has experience, you know. It's a big monster.

And I'm really proud of the job we've done for the V.A. because we got -- we're working right now on Choice and really big -- but we got rid of so many rules and regulations that made it impossible and we're really doing great at the V.A.

DOOCY: Right.

TRUMP: But I want somebody that's going to be great. He would've done a great job --

DOOCY: Did --

TRUMP: He's got a tremendous heart.

DOOCY: Any idea who you might --

TRUMP: You know, these are all false accusations that were made. These are false and they're trying to destroy a man.

By the way, I did say welcome to Washington. Welcome to the swamp. Welcome to the world of politics.

KILMEADE: Sure.

TRUMP: But for Jon Tester to start bringing up stuff like candy man and the kind of things he was saying, and then say well, you know, these are just statements that are made.

DOOCY: Right.

TRUMP: There's no proof of this.

And he has a perfect record. He's got this beautiful record unblemished.

His son is a wonderful boy. Goes to Annapolis, at the top of his class. One of the finest cadets.

For him to be doing this to this man and this family, I think Jon Tester has to have a big price to pay in Montana because I don't think people in Montana -- the admiral is the kind of person that they respect and admire and they don't like seeing what's happened to him.

DOOCY: Well, the admiral has officially thrown in the towel.

Any idea who you might nominate next?

TRUMP: I do, actually, but I better not give it. Maybe we'll do it on my next call. I do -- I think we're going to have somebody great.

DOOCY: All right.

TRUMP: Somebody that's more -- you know, look, the admiral is not a politician which is what I liked, by the way.

DOOCY: Is your nominee somebody in politics right now?

TRUMP: Somebody with political capability, yes.

DOOCY: All right.

Meanwhile, let's talk a little bit about your former FBI director James Comey, who you fired.

TRUMP: Right.

DOOCY: He was on T.V. last night. He said --

TRUMP: I did a great thing for the American people by firing him.

DOOCY: Well, he says he's not a leaker. He disputed what Anderson Cooper had said.

But what's interesting is we've learned through Catherine Herridge's reporting is that apparently the guy he gave the secret memos to, Dr. Richman at Columbia University -- he had this special government employee status where he had -- you know, he could look at secrets. He had a badge to the building.

And also, apparently, the memos were leaked to a wider group of people or at least two, maybe three, including former U.S. attorney Patrick Fitzgerald.

Your opinion on what Mr. Comey is doing on his book tour and the fact that he had a special friend at Columbia University with an FBI badge.

TRUMP: Look, Comey is a leaker and he's a liar and not only on this stuff. He's been leaking for years.

He's probably been using his friend, the so-called professor who now turns out to have FBI clearance, which he never said. He even lied about that because he never said that in Congress.

He said he gave it to a friend and he gave it to a friend to leak classified information. It's all classified. It was totally classified.

So illegally -- he did an illegal act and he said it himself in order to get a special counsel against me. So the special counsel -- and by the way, and Intelligence Committee and everybody else has found no collusion. There's no collusion with me and the Russians.

Nobody's been tougher to Russia --

KILMEADE: Right.

TRUMP: -- than I am. You can ask President Putin about that. There's been nobody.

Between the military and the oil and all of the other things that I've done -- the aluminum tax. They send us a lot of aluminum and I put tariffs on aluminum coming in. The 60 people that we sent out -- the 60 so-called diplomats.

Nobody's been tougher. Nobody's even been close to as tough as me and we heard this nonsense. So there's no collusion whatsoever.

Well, Comey -- what he did, Brian, was terrible. He leaked classified information in order to try and get a special counsel --

DOOCY: He says it wasn't classified, Mr. President. He says it wasn't classified.

TRUMP: Oh, it's -- well, it's totally classified. And he also leaked the memos which are classified. Nobody unclassified them.

And those memos were about me and they're phony memos. He didn't write those memos accurately. He put a lot of phony stuff.

For instance, I went to Russia for a day or so -- a day or two because I own the Miss Universe pageant. So, I went there to watch it because it was near Moscow.

So I go to Russia -- now, I did go there -- everybody knows. The locks are there, the planes are there.

He said I didn't stay there a night. Of course, I stayed there. I stayed there a very short period of time but, of course, I stayed.

Well, his memo said I left immediately. I never said that. I never said I left immediately.

So he said -- and you know, the funny thing, he does these memos and then fake news CNN who's a total fake -- you know, they give Hillary Clinton the questions to the debate and nobody -- can you imagine, by the way, if you gave me the questions to a debate? They would have you out of business --

KILMEADE: Yes.

TRUMP: -- and they'd have me -- you better get out of this campaign. They don't even bring it up.

I mean, CNN - fake news CNN actually gave the questions to the --

KILMEADE: Yes, but don't worry about them.

EARHARDT: I want to ask you --

TRUMP: No, no -- no, no, but think of it. How bad is that?

So anyway -- so Comey leaked and, by the way, also what he did with CNN in order to placate them, you saw that whole scenario. This is a big mistake, this book.

He is guilty of crimes and if we had a Justice Department that was doing their job instead of spending $8 million trying to find --

DOOCY: It's your Justice Department. Mr. President -- Mr. President, you're the Republican in charge --

TRUMP: You're right, yes, you're right.

DOOCY: You've got a Republican running it.

TRUMP: But here's what -- I answer this all the time.

Because of the fact that they have this witch hunt going on with people in the Justice Department that shouldn't be there -- they have a witch hunt against the President of the United States going on -- I've taken the position -- and I don't have to take this position and maybe I'll change -- that I will not be involved with the Justice Department. I will wait until this is over.

It's a total -- it's all lies and it's a horrible thing that's going on.

KILMEADE: Yes.

TRUMP: A horrible thing and yet, I've accomplished, with all of this going on, more than any president in the first year in our history. And everybody --

DOOCY: OK.

TRUMP: Even the enemies and the haters admit that.

EARHARDT: Right.

TRUMP: We have accomplished more than any president in the first year, by far. If you look at regulations, and the big tax cuts, and Judge Gorsuch -- so many things -- and many other judges.

But the big thing -- the tax cuts, the regulations -- nobody's done what we've done -- what I've done despite what's going on.

So I'm very disappointed in my Justice Department but because of the fact that it's going under, and I think you'll understand this, I have decided that I won't be involved. I may change my mind at some point because what's going on is a disgrace. It's an absolute --

KILMEADE: All right.

TRUMP: -- disgrace.

And by the way, the only collusion is the collusion with the Democrats and the Russians. You take a look at what's going on there. They wouldn't even give their server -- the DNC, Democratic National Committee, wouldn't even give its server to the FBI.

So what kind of an FBI -- they break down doors for Paul Manafort early in the morning. His wife is in bed like at five or six in the morning. And they undo the lock for Michael Cohen early in the morning.

And yet, they walk into the DNC and they won't give them the server. They said we're not giving you the server. Oh, OK, we'll leave.

That's not the FBI. That's a fix.

KILMEADE: Let's talk about Michael Cohen.

Yesterday, through his attorney, he's going to be taking the Fifth. What's your reaction to that being that you worked with him for a couple of decades --

TRUMP: I did. He --

KILMEADE: -- as your attorney.

TRUMP: He's a good person. He's a great guy.

KILMEADE: What's at stake for you, Mr. President?

TRUMP: Brian, you know Michael. Michael's been on your show, I'm sure, a lot. You know, Michael --

KILMEADE: We know.

TRUMP: -- is a good person.

Let me just tell you that Michael is in business. He's really a businessman at fairly big businesses, I understand. And I don't know his business but this doesn't have to do with me.

Michael is a businessman. He's got a business. He also practices law.

I would say probably the big thing is his business and they're looking at something having to do with his business. I have nothing to do with his business.

I can tell you he's a good guy. He sometimes --

KILMEADE: But isn't your business -- isn't his business your attorney, Mr. President?

TRUMP: I have many, many -- just so you understand, I have many attorneys. I have attorneys -- sadly, I have so many attorneys you wouldn't even believe it.

DOOCY: How many -- how much of your -- Mr. President, how much of your legal work was handled by Michael Cohen?

TRUMP: Well, he has a percentage of my overall legal work -- a tiny, tiny little fraction. But, Michael would represent me and represent me on some things.

He represents me -- like with this crazy Stormy Daniels deal he represented me. And, you know, from what I see he did absolutely nothing wrong. There were no campaign funds going into this --

EARHARDT: Then why is he pleading the Fifth?

TRUMP: -- which would have been a problem.

Because he's got other things. He's got businesses and from what I understand they're looking at his businesses, and I hope he's in great shape.

KILMEADE: Yes.

TRUMP: But he's got businesses and his lawyers probably told him to do that.

But I'm not involved and I'm not involved -- and I've been told I'm not involved.

KILMEADE: Right, Mr. --

EARHARDT: Right.

TRUMP: That just came out of the newspapers.

EARHARDT: Mr. President --

TRUMP: I've been told I'm not involved in that.

EARHARDT: We want to get to Kanye West. He tweeted that he loves you, that you're his brother, and --

TRUMP: He's got good taste.

EARHARDT: -- the left goes ballistic.

What's your reaction?

TRUMP: Yes. Well, they do.

You know, I have known Kanye a little bit and I get along with Kanye. I get along with a lot of people, frankly.

But Kanye looks and he sees black unemployment at the lowest it's been in the history of our country, OK? He sees Hispanic unemployment at the lowest it's been in the history of our country. He sees, by the way, female unemployment -- women unemployment the lowest it's been in now almost 19 years.

He sees that stuff and he's smart. And he says you know what, Trump is doing a much better job than the Democrats did.

And by the way, if they ever got in and started putting back all these rules and regulations where you can't breathe, where businesses go out of business, our country would be in big trouble.

KILMEADE: Right.

TRUMP: And had I not gotten elected, Hillary would have come in. She would have added more rules and regulations. We would have been out of business because you saw what was happening. We were going down.

KILMEADE: Yes, and a couple of things on top of that. There's a bigger picture.

Kanye West comes out. Regardless of what he says he doesn't have anything personally against you. He likes you even if he doesn't agree with everything.

Then he has other people in the black community. Like, Chance the Rapper comes out and says black people don't have to be Democrats.

Have Republicans done a bad job ignoring the black community up until now?

TRUMP: You know, I think it was just a custom. People don't realize, you know, if you go back to the Civil War it was the Republicans that really did the thing. Lincoln was a Republican.

I mean, somehow it changed over the years and I will say I really believe it's changing back. Remember, I was going to get no black votes?

DOOCY: Right.

TRUMP: I was going to get none? Well, I got a lot. I got a lot of support, you know, and I should have gotten much more.

Now -- in fact, I used to go around saying what do you have to lose? I'd say that at speeches, remember? I'd go into a stadium. I'd talk about the African-American vote.

I said the education is not good. The -- obviously, the law enforcement that your community -- the crime is at levels that nobody's ever seen before. You know, I'd go through like seven, 10 stats.

I'd say vote for me. What do you have to lose?

DOOCY: Right.

TRUMP: So now they've voted for me crime is way down and really importantly, the unemployment picture --

DOOCY: Yes.

TRUMP: -- is the best it's been in the history of our country for African-Americans.

DOOCY: Mr. President, what does it say though about the political discourse in this country that when somebody comes out and says I like Donald Trump, suddenly the political left goes out and destroys them?

Shania Twain was asked a couple of days ago about well, if you could've voted for Donald Trump would you have? And she said yes, I would have. And then she got so destroyed online she had to come out and apologize.

And then yesterday, the same thing with Kanye West. Suddenly, people are saying the guy's out of his mind because he supports you.

What happened to being able to have a different point of view?

TRUMP: All right, I'll tell you what happened.

Shania, who I think is terrific but she made a mistake by sort of saying I wish I didn't, you know, go public with it, but we know how she feels.

But people have done that and they're amazed at what happens to their business because we have tremendous support. We have tremendous fans. If I ever called for a rally in Washington, D.C. we'd have millions of people coming into Washington because they love what's happening.

KILMEADE: Right.

TRUMP: So when I see a Kanye sticking to his guns or when I see others, and there are plenty of others, sticking to their guns and coming out and saying that you have a young lady who's been very much in the news in the last three or four days --

KILMEADE: Candace Owens.

TRUMP: -- because she is -- she is fantastic. She's like the hottest thing out there now. If you have people do that they become much more popular.

Remember, we won the election and we won it easily. You know, a lot of people say oh, it was close.

KILMEADE: Yes.

TRUMP: And by the way, they also like to always talk about Electoral College. Well, it's an election based on the Electoral College. I would rather have a popular election but it's a totally different campaign.

KILMEADE: Right.

TRUMP: It's as though you're running -- if you're a runner you're practicing for the 100-yard dash as opposed to the one-mile. The Electoral College is different.

I would rather have the popular vote because it's -- to me, it's much easier to win.

KILMEADE: Yes, it's a totally different set of goals as opposed to the Electoral College.

TRUMP: Yes, but we have an Electoral College --

KILMEADE: Right.

TRUMP: I got 306 and she got what, 223. So, remember --

KILMEADE: Yes.

TRUMP: -- there was no way to break 270.

KILMEADE: All right.

TRUMP: I heard that on CBS, and NBC, and ABC. They're all fake news.

KILMEADE: So --

TRUMP: I heard that for so long -- and CNN. But I heard that for so long. There is no way.

So what they're trying to do is suppress the vote. Everyone goes home and says you know, I really like Donald Trump but I've watched on the news -- and they don't know it's fake news. I've taught them it's fake news.

I've watched on the news that he can't win, so let's go to a movie, darling, and then we'll come home and we'll watch --

KILMEADE: And you'll find out in the midterms whether they go with the darling home or they go to the movies.

TRUMP: But I think that --

KILMEADE: Let's talk about --

TRUMP: I think he'll do better than people think in the midterms.

KILMEADE: Mr. President --

TRUMP: Did you know it's very --

KILMEADE: Right.

TRUMP: The economy is so strong and jobs are so good that I think we're going to surprise -- you know, we won an election yesterday in Arizona.

Nobody talks about it. They had these massive booths set up for CNN and everybody. They had these big booths set up because they were hoping -- you know, they spent a fortune on the Democrat and the Republican won -- Lesko.

And you know what, nobody talks about it.

KILMEADE: All right. But, Mr. President, you can argue -- you can argue that the midterms are going to be decided on big things like a meeting that you're going to have one-one-one with Kim Jong Un.

How much are you looking at the summit that starts tomorrow with South Korea to look at what you're going to be doing when you sit down with North Korea?

And on top of that, we know this is confidential but can you give us any more information on the one-on-one that Mike Pompeo had with Kim Jong Un? A lot of people are hungry for some details.

TRUMP: Well, I can.

First of all, we're doing very well with North Korea and we'll see how it all comes out.

Again, Brian, I'm not like Obama where you go in and you have a Kerry, who's the worst negotiator I've ever seen. He goes in for the Iran deal, he never leaves.

He should've left. He should've just left. He would have -- could have made a much better deal.

But -- so it could be that I walk out quickly -- with respect, but it could be. It could be that maybe the meeting doesn't even take place. Who knows? But I can tell you right now they want to meet.

They wanted to go to the Olympics.

Look, it was very, very nasty with Little Rocket Man and with the buttons -- and, you know, my button's bigger than -- everybody said this guy's going to get us into nuclear war.

Let me tell you. The nuclear war would have happened if you had weak people. We had weak people.

This should have been settled long before I came into office. This is a much different ballgame than if they did it five or 10 or 20 years ago. This is a much more dangerous ballgame now.

But I will tell you it's going very well.

Mike Pompeo did go there. He wasn't supposed to meet with Kim Jong Un but he did. He -- you know, they arranged, actually while he was there, to say hello.

We have incredible pictures of the two talking and meeting which I'd love to release. If we can I'll do that, actually. It's not a bad idea.

KILMEADE: So it was just a hello, Mr. President?

TRUMP: No, it was more than a hello. They got along. They were with each other for, you know, more than an hour.

DOOCY: Right.

TRUMP: They spoke and he also spoke with his counterparts in North Korea. They had a great meeting. He then left.

It was very, very secret -- very, very quiet. They had a great meeting -- he left.

And, you know, when I watch -- liked I watched sleepy eyes Chuck Todd the other day saying why is the president giving up so much and North Korea's giving up nothing? This was at the beginning of "MEET THE PRESS," which, I mean, this guy shouldn't even be --

KILMEADE: Right.

TRUMP: -- on the show.

So I said to myself well, wait a minute, I'm seeing it just the opposite. I haven't given up anything. I haven't even talked about it. I haven't given up anything. We're not giving up much.

EARHARDT: When are you going to meet with him?

TRUMP: I'm not giving up much.

They've given up denuclearization, testing, research. We're going to close different sites.

And I'm saying to myself, wait a minute. All of these things he's given up and we haven't even really that much asked them because we would have asked them but they gave it before I even asked.

So I have this guy, fake news -- he's on television saying why am I giving up something? I never gave up anything.

The people have to understand how dishonest the news is. And in all fairness to Fox, you guys don't always treat me great but you treat me fairly. You know, it's not like Fox is perfect for me. They're not -- they're tough but at least it's fair.

When you look at some of the others -- you look at like a CNN, they'll have a council of seven people and of the seven people every one of them is against me. I'm saying, where do we -- where do they even find these people?

I appreciate the --

KILMEADE: I'm not your doctor, Mr. President, but I would -- I would recommend you watch less of them.

TRUMP: I don't watch them at all. I watched last night.

DOOCY: Well, that makes it easy.

TRUMP: I'll tell you what. I watched leaking, lying Comey last night and I did -- I did -- I hated to do it.

You know, one of the reasons people say you're still looking good, Mr. President. How do you do it?

Well, one of the things I've been able to do, which is something I never thought I had the ability -- I would always watch when I was -- now, frankly, I don't have time for two reasons. There's too much and I don't have time.

But I would watch -- whether it's good or bad, I'd always watch.

I have an ability -- I don't watch NBC anymore. They're as bad as CNN.

I don't -- and by the way, I made them a fortune with "THE APPRENTICE." Think of that one. I made them -- and I did 19 episodes (ph).

DOOCY: Your alma mater.

TRUMP: No, but I made them a fortune.

DOOCY: Right.

TRUMP: You would think that these guys would treat me great. I made them a fortune. So they treat me horribly --

DOOCY: OK.

TRUMP: -- and they treat me falsely.

But just one thing. I don't watch things now. I can put it out of my mind and I never, ever thought that that would be possible.

And you know what that does? It keeps you on the ball. It keeps you -- you keep your sanity and it works very well.

But last night I did watch --

EARHARDT: Mr. President, I have one question.

TRUMP: I did watch a liar-leaker and his performance, by the way, was horrible. And I will say this. Anderson Cooper was surprisingly tough and he did a good job.

DOOCY: He did.

EARHARDT: Mr. President, real quickly, have you decided on a date to meet with Kim Jong Un?

TRUMP: We have a decision to be made. We have three or four dates and that includes --

KILMEADE: Right.

TRUMP: -- locations. We have five locations --

KILMEADE: Great.

TRUMP: -- and that will all be narrowed down.

I can only say this. When I came into office people thought we were going into nuclear war, OK, and now they're saying wow --

KILMEADE: Right.

TRUMP: -- it looks like that's going to be taken care of.

DOOCY: Mr. President --

TRUMP: I think we're doing very well. Let's see what happens.

DOOCY: OK. We're running out of time but when we came down after your first month in office and we did that big famous now interview in the East Room --

TRUMP: Right.

DOOCY: -- Ainsley asked you a question to grade your first month in office.

Now, fast-forward. You've been in office over a year. Last year, you said in this month I give myself an A for effort and a C for messaging because you were having trouble -- the White House was -- explaining what you were doing.

How would you grade yourself now?

TRUMP: Look, I'm fighting a battle against a horrible group of deep-seated people -- drained the swamp -- that are coming up with all sorts of phony charges against me, and they're not bringing up real charges against the other side.

So we have a phony deal going on and it's a cloud over my head. And I've been able to do -- to really escape that cloud because the message now everyone knows -- it's a fix, OK. It's a witch hunt and they know that and I've been able to message it.

I would give myself an A+. Nobody has done --

DOOCY: Right.

TRUMP: -- what I've been able to do and I did it despite the fact that I have a phony cloud over my head that doesn't exist.

It was what the Democrats used to try and make an excuse for their loss of an election -- for their loss of the Electoral College that they should never lose because the Electoral College is set up perfectly for the Democrats and this was an absolute total beating in the Electoral College.

They should never lose the Electoral College and they did --

KILMEADE: But --

TRUMP: -- and they got thwamped (ph).

KILMEADE: But does it make you want to talk to Mueller and put an end to it? Does it make you want to talk to him because that's what Rudy Giuliani --

TRUMP: Well, if I can. The problem is that it's such a -- it's such -- if you take a look they're so conflicted. The people that are doing the investigation -- you have 13 people that are Democrats.

You have Hillary Clinton people. You have people that worked on Hillary Clinton's foundation. They're all -- I don't mean Democrats, I mean like the real deal.

And then you look at the phony Lisa Page and Strzok and the memos back and forth, and the FBI. And by the way, you take a poll at the FBI. I love the FBI, the FBI loves me.

But the top people in the FBI, headed by Comey, were crooked.

You look at McCabe where he takes $700,000 from somebody supporting Hillary Clinton. He takes $700,000 for his wife's campaign. And by the way, didn't even spend that money. They kept some of it because under that law you're -- he took seven.

He took $700,000 from a group headed by Terry McAuliffe who was under investigation by McCabe and the FBI and that investigation disappeared. He took $700,000.

And you look at the corruption at the top of the FBI. It's a disgrace.

And our Justice Department, which I try and stay away from, but at some point I won't.

KILMEADE: OK.

TRUMP: Our Justice Department should be looking at that kind of stuff, not the nonsense of collusion with Russia. There is no collusion with me --

EARHARDT: All right.

KILMEADE: All right.

TRUMP: -- and Russia, and everyone knows it.

KILMEADE: Everyone. We could talk to you all day but it looks like --

TRUMP: Sure.

KILMEADE: -- you have a million things to do.

TRUMP: Well, you could have --

KILMEADE: But I hope you can join us again, Mr. President.

EARHARDT: Thank you so much for much for being with us.

TRUMP: And, Ainsley, good luck with your book. It's going to be a winner.

EARHARDT: Thank you. Thank you so much.

DOOCY: And happy birthday to Melania.

TRUMP: Thank you very much.

KILMEADE: We'll see you next Thursday, Mr. President.

TRUMP: OK, thank you.

KILMEADE: The phone line's open.

TRUMP: Sounds OK.

DOOCY: Call in again some time.

EARHARDT: Thank you.

TRUMP: Good. Thank you, bye.

KILMEADE: Very nice of you to call in.

*Content and Programming Copyright 2018 Fox News Network, LLC. ALL RIGHTS RESERVED. Copyright 2018 CQ-Roll Call, Inc. All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of CQ-Roll Call. You may not alter or remove any trademark, copyright or other notice from copies of the content.*

 

**URL**
http://www.foxnews.com/transcript/2018/04/26/president-trump-talks-north-korea-iran-comey-cohen-dr-ronny-jackson-and-kanye-west-in-fox-friends-interview.html

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | Weather

Privacy | Terms

This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. All market data delayed 20 minutes. New Privacy - New Terms of Use (What's New) - FAQ

# EXHIBIT 2



 

# Rudy Giuliani on potential Trump interview for Mueller

Published May 02, 2018

FoxNews.com

*This is a rush transcript from "Hannity," May 2, 2018. This copy may not be in its final form and may be updated.*

SEAN HANNITY, FOX NEWS HOST: All right. Tucker, as always, thank you. Great show tonight.

We have an amazing show, a ton of ground to cover. The president's attorney, former New York City Mayor Rudy Giuliani is right here in studio for an exclusive interview. Now, the deep state is an overdrive. They all working as we've been pointing out to malign and destroy the presidency of Donald Trump, the person duly elected by you the American people.

Now, tonight, we're going to break down exactly why our two-tier justice system is targeting this administration. We'll show you the extreme measures that Robert Mueller is taking and others are taking to delegitimize this president and everyone who supports him.

And breaking tonight, President Trump is now beefing up his legal team in order to navigate the special counsel's well off the rails investigation. In my opinion, make no mistakes. These are very scary political times in America. There are real consequences for everyday Americans. And coming up, we'll explain why one for Trump political aide was forced to sell his home to pay his legal bills associated with this witch hunt.

So, it's time to dismantle the deep state, hold people accountable for acts they've committed and hold the corrupt media accountable as they are happily cheering for President Trump's political demise and completely ignoring an amazing list of accomplishments.

We'll have all the latest media madness coming up and developments on the Deputy Attorney General Rod Rosenstein's efforts to obstruct Republican members of Congress from doing their job and getting to the bottom of the FISA abuse scandal. The FBI's mishandling of the Clinton investigation and so much more.

It's time for tonight's very important breaking news opening monologue.

(MUSIC)

HANNITY: So, this deep state that we have been warning you about now for a long time is going all out. This week, two separate major leaks from Robert Mueller's off the rails political witch-hunt are now revealing the special counsel's obsessive determination to set a perjury trap for President Trump.

"The New York Times" released a list of questions that Robert Mueller allegedly wants Donald from to answer. These questions are all open-ended. They're patently frankly ridiculous and they are designed to trap the president into committing perjury. Some of the questions even targeted the president's own thoughts. What does the president think about James Comey? What does the president think about the Sessions recusal? What does the president think about the special counsel?

So, let me get this straight: is Robert Mueller now the thought police? Is it now illegal in the United States of America for a sitting president of the United States to have private thoughts?

According to "The Washington Post", Robert Mueller has now even threatened the president with a subpoena if he refuses to sit down for an interview now forget that Robert Mueller was tasked with investigating Russian collusion and forget it after weeks when they have found zero evidence of any wrongdoing by the president. This is now a political takedown of the person that you chose to lead this country now should we be surprised well this investigation is being conducted by some of the same people who were totally complicit in using Hillary Clinton's bought and paid for Russian lies, you know, the unverified steel dossier as actual evidence to obtain a FISA warrant to spy on an American, a Trump campaign associate in the lead-up to an election.

In other words, the FBI used Democratic campaign material during an election, lied and passed it off as legitimate evidence in order to get a FISA warrant from a FISA judge to spy on the Trump campaign. That dossier was never verified, never corroborated, has now been debunked and they now -- literally, they never told the judge that Hillary Clinton and the DNC whose finances she was controlling paid for it. It is outrageous and this is the United States of America.

Remember, here's the who's who, if you will, of Robert Mueller who he hired to lead the special counsel investigation. What do we see? A bunch of big-time Democratic donors including who "The New York Times" referred to as his pit bull, Andrew Weissmann.

He's given thousands of dollars to Democrats and remember, we've disclosed Weissmann's very aggressive tactics. They have caused multiple overturns and wrongful convictions, ruining countless lives at Andersen accounting, Merrill Lynch, elsewhere, and let's not forget, that Trump aiding FBI lovebird Peter Strzok, he helped author Hillary Clinton's exoneration before overseeing the interview months later and, of course struck was so blatantly biased he was removed from the investigation of Robert Mueller. But then you have Robert Mueller's other top deep state Democrats they remain today.

In just a few minutes, Trump attorney, former New York City Mayor Rudy Giuliani will be here to give us an exclusive interview to discuss whether or not the president should ever agree to an interview with this band of many Trump-hating sycophants of Hillary Clinton.

Giuliani will also help break down the brand-new charges and changes on Trump's legal team, including tonight's breaking news. Now, just hours ago, the White House announced that Ty Cobb will be retiring at the end of May and powerful longtime Washington attorney Emmet Flood will join his legal team. We'll have more on that in a minute.

But, first, we have a shocking story to bring you revealing the toll that this ongoing witch-hunt is taking on real people who have realized and frankly anyone who has ever worked with President Trump or on his campaign. Former Trump campaign communication adviser Michael Caputo, he recently told the Senate Intel Committee, their investigation has had a devastating financial impact on him and his family, forced him to sell his home because he had incurred over $100,000 in legal bills.

And during the closed-door session, Caputo told the Senate committee, quote, 'what America needs is an investigation of the investigators. I want to know who's paying for the spies work and coordinating this attack on President Donald Trump. I want to know who cost us so much money, who crushed our children, who forced us out of our home, all because you lost an election? I want to know because GD you to hell.'

Despite real-life consequences from Caputo and others associated with the Trump campaign and the Trump presidency, with literally no evidence of collusion, after months and months and months of multiple investigations, you still have your mainstream media there pushing forward almost in unison their effort to aid and abet the deep state with this non-stop 24/7 obsessive, negative Russia, Russia, Russia, Stormy, Stormy, Stormy coverage, and in the meantime, ignoring every major Trump accomplishment.

Take a look at some of this week's coverage that is an example.

(BEGIN VIDEO CLIP)

RACHEL MADDOW, MSNBC: So, "The New York Time" is out tonight with a list of nine questions that special counsel Robert Mueller reportedly wants to ask President Trump in the Russia investigation, which means as of tonight, we've now got a list of 49 things that Robert Mueller wants to know from the president about the Russia investigation.

ANDERSON COOPER, CNN: You're saying the president United States goes into the Situation Room to get away from the chiefs of staff and call his friends?

UNIDENTIFIED FEMALE: Well, I am told by one friend of the presidents and on more than one occasion, he has been called by the president from the Situation Room, yes.

UNIDENTIFIED MALE: What this tells us is that the subject of collusion, despite what you hear from the White House, despite the fact that the president times a day tweets out that says, there was no collusion, it tells us that Robert Mueller is not done with the collusion question.

DON LEMON, CNN: Sources tell CNN, President Trump's lawyers are preparing for a showdown with Robert Mueller that's over the special counsel's warning that he issued a subpoena forcing the president to appear before a grand jury.

UNIDENTIFIED MALE: The best argument is the Justice Department cannot charge a sitting president. He will not be a sitting president all his life. One day, he will walk outside, one glorious day, he will walk outside of those 16 acres of 1600 Pennsylvania Avenue and he will could be then charged with a crime.

UNIDENTIFIED FEMALE: There is so much evidence in the public domain of collusion we don't know if whether any of it rises to a criminal level, but there is simply no question that the Trump administration welcomed Russia's help in sabotaging Hillary Clinton's campaign. There's none.

RICHARD HAAS: That's why you need a deep state, that's why you need - - that's why you need people whose commitment is not to the person, but it's to the process and a lot.

(END VIDEO CLIP)

HANNITY: Yes, well, forget about all of President Trump's historic accomplishments, for example on the Korean peninsula. We're actually talking about denuclearization. Forget about all these developments, look at what the prime minister of Israel did yesterday, there is a nuclear program in Iran or the booming economy, record low unemployment in states in the United States now, record low unemployment for women in the workplace, Hispanics and African Americans record lows.

And the media wants you to believe the White House is in shambles? Not so. But you know better and that's why according to a brand new Rasmussen poll, President Trump has a higher approval rating in his second year than former President Obama.

And by the way, you're not going to hear that in the mainstream media, instead chances are, you'll probably see this guy, Michael Avenatti, a lawyer for Stormy Daniels. According to NewsBusters, Avenatti was on fake news CNN a whopping 59 times in less than two months.

And finally tonight we turn to the Deputy Attorney General Rod Rosenstein. As we speak, he continues to stonewall congressional efforts to do their job and get to the bottom of multiple serious issues, including FISA abuse, spying on American citizens, not telling the truth to a FISA court, presenting political information not telling the court, presenting unverified, uncorroborated information paid for by Hillary Clinton and the DNC, by a foreign national, lies from Russia.

Oh I thought Russian collusion and foreign nationals influencing our elections were bad.

Earlier today, President Trump tweeted, quote: 'A rigged system. They don't want to turn over documents to Congress, what are they afraid of? Why so much redacting? Why such unequal justice? At some point, I will have no choice but to use the powers granted to the presidency and get involved.'

And breaking today, Fox News has learned that some lawmakers still have not been given adequate access to the documents they have subpoenaed and they're requesting to the House Judiciary Committee and the House Oversight Committees.

Rod Rosenstein, if you have nothing to hide regarding the department's FISA practices, why not release them? Why not release all the documents, let the American people see it?

If you have nothing to hide on the handling of the Clinton investigation, hand over the documents. Nothing to hide on Russia collusion investigation, Hillary paying Christopher Steele funneling money through a law firm, Russian lies to manipulate the American people, to get a warrant to spy on a Trump campaign associate, hand it over.

Tonight, every single American needs to be asking just what is Rod Rosenstein hiding?
All right. Joining us now for the exclusive interview, he's the former mayor in New York City. He is the current president of -- attorney for the president, President Trump, Rudy Giuliani is with us.

All right.

RUDY GIULIANI, FORMER NYC MAYOR: Nice to be back, Sean.

HANNITY: Good to see you, Mr. Mayor.

GIULIANI: It's been a while.

HANNITY: We've been through a lot together. I was here when you're mayor, of course.

GIULIANI: Yes.

HANNITY: And the city is still benefiting from your --

GIULIANI: Thank you so much. That's so kind.

HANNITY: Just -- why don't we start as simple -- give us the status of the special counsel and what's going on with the president?

GIULIANI: Well, the special counsel would like to interview the president. There's no secret about that. Every lawyer in America thinks he shouldn't be. We, meaning myself and Jay Sekulow, and the Raskins, and all the people involved in the investigation, and now, our new colleague, Emmett, we're going to have to decide, probably -- it falls more on us because he's on the government side, whether the president should grant an interview.

Here's what it's all about. It's really simple. The American people can follow this along with me. Are the objective?

HANNITY: Are they?

GIULIANI: Well, right now, a lot of things point in the direction of, they made up their mind that Comey is telling the truth and not the president. When you look at those questions about what does the president think, what does the president feel, what does the president really desire, those are all questions intended to trap him in some weight and contradicting what is in fact a very, very solid explanation of what happened.

He fired Comey because Comey would not, among other things, say that he wasn't a target of the investigation. He's entitled to that. Hillary Clinton got that. Actually, he couldn't get that. So, he fired him and he said, I'm free of the guy, and he went on Lester Holt. Lester Holt's interview was as good as anybody could do, better than I think any of the people around Mueller could have done, and Lester Holt asked them, why did you do it? He said, I did it because I felt that I had to explain to the American people the president was not the target of the investigation.

And even Jake Tapper pushed him really hard, talking about Comey. Comey had no answer for why he didn't say this, even though he had done the same thing for Hillary.

So, you can't blame the president for feeling, I am not being treated the same way they were. I mean, I don't expect that we are going to have an interview with exonerating --

HANNITY: Exoneration?

GIULIANI: Already written.

(CROSSTALK)

HANNITY: I have a lot of questions for you.

GIULIANI: I can -- I would like to get one, not under oath. I want a videotape, not videotaped, but audiotapes, I want to make sure they don't misrepresent his answers. But this is an outrageous miscarriage of justice. Please consider whether you are Republican or a Democrat, whether you hate President Trump or you love him like we do, or like I do --

HANNITY: I think people know I am pretty supportive. I think the secret is out of the bag.

GIULIANI: OK, I want to let you off the hook, Sean --

HANNITY: Full disclosure now, everything. Rudy Giuliani and I once had a meal together. OK, go ahead.

(LAUGHTER)

GIULIANI: I don't remember who paid.

So, you can't possibly -- you can't possibly not feel as a citizen of the world, that his negotiations with North Korea are much more significant than this totally garbage investigation.

HANNITY: You know, let me -- let me ask you first about the legal team.

GIULIANI: Good.

HANNITY: Ty Cobb, John Dowd, they are out. My understanding is Ty Cobb had been saying for some time he was going to retire. What happened there?

GIULIANI: Ty has been enormously helpful. He certainly helped me with my orientation. We wouldn't be where we are today, in a very strong position, if it wasn't for him and John.

John has been my friend and colleague for 35 years. I have nothing but the utmost respect for John Dowd. He had the right instincts about this, which is, you are going to get him to testify over my dead body because you are trying to trap him. He had those instincts way back when it was harder to see those. So, all that work didn't go for nothing. We got it all.

Jay has been the rock. He's been -- Jay Sekulow.

HANNITY: Jay Sekulow.

GIULIANI: He's been through this -- I couldn't do it without Jay. And I think I offer -- what I offer to this is something unique. I'm a lawyer who knows the criminal justice system as well as anybody in America. I'm also a very good friend of Donald Trump. And I think I have the respect of Mueller, the FBI, the Justice Department.

HANNITY: You should.

GIULIANI: Jeff Sessions was my colleague, not just in the campaign but back in 1981, when he was U.S. attorney in Alabama.

I don't think I'm going to -- they know the decision I make is going to be the best interest, not just in my client, but the United States. If their objective, we can work something out. If they're not, then we have to shake hands and basically go into a litigation over, do they have the power to subpoena? And I think they lost that power.

This is a completely tainted investigation.

HANNITY: Explain.

GIULIANI: Well, you have an investigation in which Mueller is selected the day after he was turned down for FBI director by Rosenstein who was there when Mueller was turned down. There are thousands of people that could have been selected for that job. Also a friend of James Comey, and James Comey seems to be their core of their investigation. He's telling the truth, the president isn't.

I know James Comey. I know the president.

Sorry, Jim, you're a liar. A disgraceful liar. Every FBI agent in America has his head down because of you. It would have been good for god if god had kept you out of being head of the FBI.

HANNITY: Explain where he lied.

GIULIANI: Well, he lied about his conversation with McCabe. He knew all of McCabe's conflicts. McCabe should testify against him. He lied about his conversations with the president. He only told the truth when the president, I made -- we know Donald -- I'm sorry, Mr. President, he was Donald before.

He lied about the fact that they talked about whether the president was a subject or target, then he immediately changed it. It's one lie after another.

HANNITY: Rod Rosenstein -- everyone forgets when he wrote that recommendation to fire Comey. He said the FBI cannot be reestablished if he stayed at the helm.

GIULIANI: Yes, why? Because he's a liar. His conduct of the Hillary Clinton investigation was a total disgrace. If Hillary Clinton had been elected president, he wouldn't have lasted past day one. We know she would have fired him.

I don't think she would deny that today. She was right. We should have fired him. When I say we, I mean the collective we here, day one.

HANNITY: Let's talk about --

GIULIANI: Let me say one more thing.

HANNITY: Yes, sir.

GIULIANI: This is the best president in my memory. In two year -- even my hero, Ronald Reagan, he straighten the economy out the way President Trump did. But he didn't get this far ahead on foreign policy as fast as President Trump has.

Look at what's going on with North Korea. I told the president, you're going to get the Nobel Peace Prize. My proudest moment is when you tell him to shove it. Sorry.

HANNITY: By the way, no, no, no, this is cable. You're -- we're good here.

You said about -- let's talk about the leak questions. You know, I mean, I have them here in front of me. What are your thoughts? What did you think about Comey? What did you think about Sessions?

GIULIANI: Comey should be prosecuted for leaking confidential FBI information when he leaked his report intended to develop a special prosecutor for the president of the United States. I have never, ever turned over a document -- you know me, Sean, you know me when I was U.S. attorney, a lot of allegations --

HANNITY: Took down the mob.

GIULIANI: -- never leaked a thing. I would have considered resigning if I ever did that, or if one of my assistant stated. Did the FBI leak? Did the SEC leak? I'm sorry, guys, you did.

HANNITY: Let me ask you this. There are so many lawyers that I respect, that you know and respect -- Alan Dershowitz, Joe diGenova, these are heavy hitters. Our own Gregg Jarrett --

GIULIANI: All my friends.

HANNITY: The president should never spend a minute -- you said it would be narrow and focused today, and you said no more than two or three hours. Do you believe Robert Mueller is setting a perjury trap for Donald Trump?

GIULIANI: Well, I have to remain, and Jay and our team has to remain open- minded about this because even though you and I see a clear avenue to quickly resolving this for the American people, we may, and we know that our president -- we know that our president will seek a resolution that gives him a clear path to getting it resolved.

So, I would -- I would say right now, the odds are, he wouldn't be interviewed. I don't close my mind to it.

HANNITY: I -- when we are talking about -- I mean, this is really important, because we are talking about a subpoena. And the subpoena, that means that the president of the United States -- I always said they should have the Hillary standard, at the Hillary standard is really simple. Not under oath, not --

(LAUGHTER)

HANNITY: Well, wait a minute. And you have a guy who hates Hillary and loves Donald Trump during the interview. That would be the Hillary standard. That's not going to happen with Robert Mueller.

GIULIANI: We're not going to get that. Could we accept something less than that? Yes. Could we accept a situation in which they are telling us basically we believe Comey, who is now a pathological liar, as opposed to Donald Trump? The answer to that is no.

HANNITY: All right. I have been probably the most outspoken, loudest critic in the country besides the president, about Robert Mueller, and a team of Democratic donors, no Republicans. People say, well, he's a Republican and he's a veteran -- OK, I applaud him for serving his country. I mean that.

Andrew Weissmann, tens of thousands of people lost their job at Enron, tens of thousands, a 9-0 decision against Andrew Weissmann. Who gets 9-0? Four Merrill executives in jail for a year, overturned by Fifth Circuit Court of Appeals and he was excoriated twice for withholding exculpatory evidence.

That appointment alone, sir, tells me that this is a biased team.

GIULIANI: Let me give you two different views of Bob. What do I know of Bob that I could testify to under oath? A patriot, an extraordinarily good man.

HANNITY: He served his country.

GIULIANI: He served his country. Did a good job with the FBI. I don't think he would be affected by malice or prejudice. However, I don't have an explanation for the people that he hired, not all of them. I've dealt with him very briefly. I think they are processional.

HANNITY: Weissmann?

GIULIANI: I did not deal with Weissmann much, Quarles, very good man.

HANNITY: Are you disturbed by his record?

GIULIANI: Yes, but, you know, he'd probably be disturbed by mine, too.

I have an open mind about Bob. I don't about Comey. I closed my mind about Comey. I know Comey much better. I have the indignity of unfortunately having hired him for his first big job. I'm embarrassed that I hired him.

HANNITY: Let me go to a tweet by the president. This is -- he tweeted about John Dowd. This isn't some game. You're screwing with the work of the president of the United States of America. John Dowd, 2018. North Korea, China, the Middle East, so much.

Mr. Mayor, it's been going on, how many congressional investigations? This has been going on now almost a full year. There's no evidence of Trump- Russia collusion. How did we end up from there to Stormy Daniels?

GIULIANI: Because this is -- I think this is being done behind Mueller's back in a sense because they come to him with all kinds --

HANNITY: He doesn't read a newspaper?

GIULIANI: Yes, self-serving statements. This has become a witch hunt like the president said. And if you look at the questions that are being asked, they are trap questions. A first year prosecutor would do better than that.

So, he's in very good hands now. I don't just mean me. I mean Jay and the whole team. And Ty gets a great deal of credit for all this, because he orchestrated it. I'm looking forward to working with Emmet, who handled the Clinton situation --

HANNITY: Very well respected attorney.

GIULIANI: And then Bush, and then Bush. So, this is not a political guy.

HANNITY: He said, if their objective meaning Mueller and his team, more likely will be willing to cooperate, less objective than we would be foolish to do that, you said. You also said there would be a decision in just a couple of weeks.

GIULIANI: Well, I can't imagine it would take much longer. It's coming to a head right now, and there's not much more to think about. If they can -- if they can -- if they can get us in to a position where we can recommend to the president -- you know President Trump.

HANNITY: Of course.

GIULIANI: You know he wants to be interviewed, right?

HANNITY: Yes, I do.

GIULIANI: If he doesn't, it's going to be because Jay and I and --

HANNITY: Others say no.

GIULIANI: And the Raskins and we would stand up there and say, you -- look, we are lawyers, you got to listen to us, Mr. President. I think, I think I'm there because I'm his friend.

HANNITY: Well, I think your background as an attorney, all the years and mayor -- the president -- I agree with the president's statement. And I have been very open in this and saying this, that this is a subpoena, this is a perjury trap.

And let's walk through what if they issue a subpoena? What if they tell -- if he's decided not to talk, they sent him before a grand jury because it becomes tricky, as Alan Dershowitz has described on this show. If the president pleads the Fifth, which he doesn't want to do, he said he doesn't want to do, then they give him immunity, then what?

GIULIANI: OK. So, let's look at that. I think Alan pointed this out last night on your show coming out in detail. If they issue a subpoena, that will be -- that will be unprecedented in the sense that it's pretty clear that a president can't be subpoenaed to a criminal proceeding about him. Now, why is that? And fortunately -- or maybe unfortunately -- we have the real life circumstance going on that the Founding Fathers thought about, which is a president cannot be distracted by a criminal investigation. You can always prosecute him after. They can get him when he leaves the White House. You can always prosecute him after.

But we -- I could not -- if Mueller said to me tomorrow, bring him in, two hours, like you want, no questions that you don't want, we are pretty much ready to clear him. And I could not go to the president and say, take two days off to get ready for that and screw the whole thing with North Korea. I -- how can any American do that?

He's our president. He is going to negotiate, I believe, a nonnuclear situation on the Korean peninsula.

HANNITY: Nobody thought about it.

GIULIANI: All right. And you're going to interfere with that? That's why the Founding Fathers created this immunity from prosecution and subpoena. Now, if it's a civil case, Clinton submitted because it was a civil case.

HANNITY: Why not written answers to or proffer?

GIULIANI: Which Ronald Reagan did.

HANNITY: Why not that?

GIULIANI: Because they said no to that. Because they said no to that.

HANNITY: So they want to then -- so the president says he'll do an interview and then they're going to what?

GIULIANI: At this point, I'm not sure I'd give them written answers because they're going to try to contradict them. I believe I believe that attorney general sessions, my good friend, and Rosenstein, who I don't know, I believe they should come in the interest of justice, end this investigation. There's been too much government misconduct. The crimes now have all been committed by the government, and their agents, the lies by Comey.

HANNITY: I'm going to go through this in a minute. Let me ask you --

GIULIANI: Oh, come on. It's terrible.

HANNITY: What are the parameters that you would insist on for any interview with Mueller beyond two to three hours narrowing the scope?

GIULIANI: Never beyond two or three hours. Not going to happen. I'm not going to have my client, my president, my friend, and a president that's achieved more in a year and a half against all odds that anyone had a right to expect -- I'm not going to let him be treated worse than Bill Clinton, who definitely was a liar under oath. Not going to let him be -- I mean, he's being treated much worse than Hillary Clinton, who had no right to any of that stuff.

So, I'm not going to let him be treated worse than Hillary Clinton. I think Jay and I will insist that they will have to treat him the same way as Clinton. Two and half hours, we end, we walk out, give us your questions in advance. He's ready to --

(LAUGHTER)

HANNITY: I know him. I've interviewed him.

GIULIANI: He's ready to go.

HANNITY: I've interviewed him before he ran.

GIULIANI: And I -- you know, if we weren't careful lawyers, we would just let him go. I mean, he's about -- I remember the debates that I prepared him for in part with Chris Christie, Kellyanne Conway --

HANNITY: There's a real story behind that, I bet.

GIULIANI: Oh wow. But did he execute?

HANNITY: He did.

GIULIANI: I saw you after every debate.

HANNITY: You did.

GIULIANI: And he got better and better.

HANNITY: You know, I -- I've got to now talk about something that I never thought I'd talk about -- this is going to be a long-winded lead up to a question. I've been pointing out in this program, 18 USC 793, mishandling classified information, the Espionage Act, destroying it. By the way, it would apply to a lot of people.

I've talked about if I was subpoenaed, from all my emails, and I deleted 33,000, and then I acid washed my hard drive, nobody heard of Bleach Bit until Hillary Clinton, and Bleach Bit, and then had an aide bust up all my devices, like she had happened -- I never heard of an exoneration being written in May before you interview 17 key witnesses in the main person, Hillary Clinton, in July, the person that does the interview hates the opponent of Hillary Clinton. Then they exonerate her for I believe obvious felonies.

GIULIANI: Right.

HANNITY: Then they talk about Russia collusion, Hillary Clinton and the DNC funneled money through a law firm, Perkins Coie, and unbelievable to me, a foreign national who heard wasn't supposed to be involved in our elections, Christopher Steele, gets Russian sources.

The FBI never verifies it, they presented to a FISA court to spy on American citizens, a Trump campaign associate weeks before an election.

They never verified, they never corroborated, and they never told those judge in the original application, three subsequent applications that Hillary paid for it and they never verified it. Mr. Mayor, were lost broken? Let's start with Hillary. Did she--

(CROSSTALK)

GIULIANI: Yes. I've been on, look, we go back three years with this, Sean, when I produce my chart.

HANNITY: I remember.

GIULIANI: Thirteen crimes she committed.

HANNITY: Yes.

GIULIANI: Then we got up to about 18. I'm sorry, Hillary, I know you're very disappointed you didn't win. But you're a criminal. Equal justice would mean you should go to jail. I do not know why the Justice Department is not investigating here.

HANNITY: The James Comey?

(CROSSTALK)

GIULIANI: James Comey fixed the whole case.

HANNITY: It was rigged.

GIULIANI: Well, you can't read that stupid report that he wrote which is the beginning of his destruction in which he said we're not going to prosecute -- no reasonable prosecutor would indict her. No honest reasonable prosecutor would indict her.

HANNITY: He said today or yesterday, Comey, he said, Hillary deeply respects the rule of law, Comey said that.

GIULIANI: Wow. This is a very perverted man. I feel so sorry.

HANNITY: Do we have a two tier justice system in America?

GIULIANI: Yes, we have one for Hillary and all of those Democrats, Bill Clinton.

HANNITY: Is equal justice under the law at risk?

GIULIANI: You and I have talked about this, I am very afraid, not just for our president, but for our country, there's going to be a witch hunt against Republicans. You had a man on who's lost all his money, for what reason, he didn't do anything wrong.

The president of the United States didn't do anything wrong. We are lucky that we have a president who can focus, in a way it almost hurts him because they feel they can do anything to him and he's going to remain focused on North Korea, Iran, what do we with China, how do we help Israel, what do we do about taxes?

HANNITY: The economy has an incredible story the media never focuses on. I actually had to write this down. If we have the Hillary standard, the interview would never be under oath, it would never be recorded, never be transcribed, and by the way--

(CROSSTALK)

GIULIANI: And all the witnesses that are favor with whom would be in the room, immunized. Jared would be immunized, Cohen would be immunized--

(CROSSTALK)

HANNITY: We write the exoneration before the interview then we would agree to destroying incriminating evidence, like they did in the case of Cheryl Mills and Hillary, and either you or Rush Limbaugh would do the interview.

GIULIANI: Rush and I would not object.

HANNITY: Or Mark Levin.

GIULIANI: Mark Levin.

HANNITY: Yes. There is a political report today basically suggesting Mueller would now consider Ivanka Trump a target. Look at Hope Hicks as one example.

GIULIANI: Come on.

HANNITY: She paid more in lawyers than she was ever paid.

GIULIANI: Hope is, I wish the American people could get to know her. Hope is one of the nicest human beings you're ever going to meet. Yes, she is very loyal to Donald Trump. But I think the president would say this, she could stand up to him when she had to. What they did to her is outrageous. Absolutely outrageous.

Ivanka Trump? I would -- I think I would get on my charger and go right into the writer's room with a lance if go after Ivanka.

HANNITY: At this point, sir, I honestly agree with you I fear for the country. Let me go to--

(CROSSTALK)

GIULIANI: Now if they do to Ivanka, which I doubt they will, the whole country will turn on them. They are going after his daughter?

HANNITY: What about his son-in-law, they talked about him.

GIULIANI: I guess Jared is a fine man, you know that. But men are, you know, disposable. But a fine woman like Ivanka? Come on.

HANNITY: Andrew -- let's go through the different issues that we have brought up and spoke about almost exclusively on this show.

For example, you mentioned Hillary Clinton, she obviously committed felonies, we know what they are, you've identified them. I believe as you do, James Comey rigged that. Comey, look at Peter Strzok and Page. They hate the president, they hated the candidate, they talk about an insurance policy. All -- Andrew McCabe lying under oath, James Comey leaking for the purpose of getting a special counsel.

GIULIANI: Also Comey and McCabe contradicting each other. One of them has to be lying. I mean, I actually think Comey is lying. I think Comey is a big liar than McCabe. McCabe isn't a situational liar. He's a much big liar.

So, if this were equal system of justice, they would all be prosecuted.

HANNITY: Let me ask you because--

(CROSSTALK)

GIULIANI: It's my biggest regret, I'm sorry I have to say this--

(CROSSTALK)

HANNITY: You were offered the job.

GIULIANI: Yes. It's my biggest regret in not having taken that job. I wanted to be secretary--

(CROSSTALK)

HANNITY: My biggest regret and I like Jeff Sessions, but he never should have recused himself.

GIULIANI: Well, he never should have appointed Rosenstein.

HANNITY: I've never heard of somebody being appointed or confirmed and recuse the next day.

GIULIANI: Do you know that Rosenstein was with Mueller the night or the day he was interviewed by President Trump to be FBI director? Worked out, knew that he was turned down and then appointed in the next day? There are- -

(CROSSTALK)

HANNITY: Did you know Rod Rosenstein, apparently, according to reports that we have on this program, signed off on one of the FISA extensions? The one with the unverified dossier, the bulk of information as the Grassley- Graham memo said? That he personally signed off, does that not conflict him out of all of this?

GIULIANI: How about he's also a witness to critical information. For a Justice Department that pontificates -- I told you. The only crimes committed here are by the government.

HANNITY: Let me ask about them. Andrew McCabe said without the dossier, there would've been a FISA application. I would ask you, doesn't the FBI according to FISA a lawyer very familiar with, an FBI protocol mandate that they verify, corroborate what they present to a FISA judge, isn't that mandatory? Wouldn't it be mandatory to identify that the dossier was created by an opposition party candidate and not as a political asterisk?

GIULIANI: Absolutely.

HANNITY: Is that a crime?

GIULIANI: Yes. Yes, obstruction of justice. Invasion of people's privacy on no basis at all. It's a civil rights violation.

HANNITY: Unreasonable search and seizure.

GIULIANI: Yes, civil rights violation. If they searched you or me based on that we would sue them for civil right violation. This is a Justice Department completely unhinged and out of control. It breaks my heart, Sean. I devoted most of my life at the Justice Department.

I work for great attorney -- attorneys general. My friend Michael Mukasey was one of the greatest. And I watch it with great admiration--

HANNITY: Your partner.

GIULIANI: My partner. Great admiration for Michael. To watch this happen under a man that I love, Jeff Sessions, I just feel bad. I know the president is heartbroken over this, it isn't that he's angry, he's heartbroken. He never expected this from Jeff.

The two of them can redeem themselves, Sessions and Rosenstein. They should order the investigation over.

HANNITY: I don't think that's going to happen.

GIULIANI: Well, I don't think it's going to happen either but if they understood Justice Jackson's admonition to prosecute this that I always live by, which we're not supposed to get convictions, we're supposed to do justice.

HANNITY: Let me stay focused on this FISA issue for just a second. Because Rod Rosenstein after they had subpoenaed the documents went into Paul Ryan's office begging him not to release it. We never would've had the Nunes memo or the Grassley-Graham memo that said the bulk of the application was that the dossier Hillary paid for.

So my question is this. Not only that, there were three subsequent renewals with the same false information, the same lying by omission, if you will, by not telling the FISA judges that it was -- that Hillary paid for it.

HANNITY: If I stand up in court at some point in the next three or four months where I really like to be and I recite these facts, I think the judges are going to look at me and say I don't believe that's true.

How could the Justice Department have gone so far away from the fair and honest administration of justice under decent people? But I think the pressure on them was so great, they just caved in. And I -- once again I say, there is one way to redeem themselves, get control of this -- remember Senator Stevens case?

HANNITY: Sure. Yes. He lost an election, and then the judge overturned at all because they withheld exculpatory evidence.

GIULIANI: Because of government misconduct.

HANNITY: That's correct.

GIULIANI: Well, there's been more government misconduct in this case than there has been conduct.

HANNITY: Are you concerned, this was supposed to be about the Trump campaign Russia collusion.

GIULIANI: Gone.

HANNITY: It's gone. OK. It never happened.

GIULIANI: He's been cleared of that.

HANNITY: So my question is, are you concerned in the process of this we did discover that a foreign national, Christopher Steele was paid through Fusion GPS, used Russian sources that not only weren't verified, were debunked -- are you concerned that was paid for, to manipulate the American people in the lead up to an election?

GIULIANI: Isn't that closer to the mandate than Michael Cohen?

(CROSSTALK)

HANNITY: Why isn't that -- where is Mueller on that, sir?

GIULIANI: Having something to do with paying some Stormy Daniels woman $130,000, I mean, which is going to turn out to be perfectly legal. That money was not campaign money, sorry, I'm giving you a fact now that you don't know. It's not campaign money. No campaign finance violation. So--

HANNITY: They funneled it through a law firm.

GIULIANI: Funneled it through a law firm and the president repaid it.

HANNITY: I didn't know he did?

GIULIANI: Yes.

GIULIANI: Zero.

HANNITY: So the president--

(CROSSTALK)

GIULIANI: Just like every, Sean--

HANNITY: So this decision was made by--

GIULIANI: Sean, everybody – everybody was nervous about this from the very beginning. I wasn't. I knew how much money Donald Trump put in to that campaign. I said $130,000. You're going to do a couple of checks for 130,000.

When I heard Cohen's retainer of $35,000 when he was doing no work for the president, I said that's how he's repaying -- that's how he's repaying it with a little profit and a little margin for paying taxes for Michael.

HANNITY: But do you know the president didn't know about this? I believe that's what Michael said.

GIULIANI: He didn't know about the specifics of it as far as I know. But he did know about the general arrangement that Michael would take care of things like this. Like, I take care of things like this for my clients. I don't burden them with every single thing that comes along. These are busy people.

HANNITY: What did you think of the raid on his office?

GIULIANI: One of the reasons we would hesitate to cooperate any further, and I think this is the breakdown with Dowd during -- during back in January that took them by surprise, that's beyond anything -- that is an outrageous violation of attorney-client privilege beyond Donald Trump's attorney-client privilege. A lot of innocent people.

HANNITY: I gave him 10 bucks or 20 bucks.

GIULIANI: How about innocent people like--

(CROSSTALK)

HANNITY: All right. We got to continue.

GIULIANI: We called you that night?

HANNITY: I'll talk to you about that. We'll get back more with the mayor of the president's attorney next, straight ahead.

(COMMERCIAL BREAK)

HANNITY: All right. As we continue our exclusive interview with President Trump's attorney, Rudy Giuliani.

I want to report to the American people the truth. And when I talk about a rigged investigation on Hillary, and I talk about the crimes that she committed and I interviewed you and other great attorneys. And I talked about FISA abuses and the FISA judge and a two-tiered justice system, equal justice under the law, have I been wrong at all? Tell me, I would love to tell the American people.

GIULIANI: You are right way back in, I don't know, was it 2015 when we first started focusing on that big chart that I made, I still have it on my cell phone.

HANNITY: I'll bring it up tomorrow.

GIULIANI: And they are still not investigated. No, you're not wrong.

HANNITY: But Russia collusion what was wrong with Donald Trump.

GIULIANI: Russian collusion is a total fake news. Unfortunately, it has become the basis of the investigation. Mueller owes us a report saying that Russia collusion means nothing, it didn't happen. That means the whole investigation was totally unnecessary.

All the rest of it that came out of it, whether it's the personal or the political things. None of it is relevant. Meanwhile, the man is trying to deal with North Korea, come on.

HANNITY: Denuclearization of the Korean--

(CROSSTALK)

GIULIANI: Right. And they want me to go to him and say let's take two weeks off to get you ready for a deposition that never should takes place in the first place?

HANNITY: I think this has gotten personal for those that are after the president.

GIULIANI: Of course it has, yes. Of course, it's totally personal. Look at that -- look at the whole press corps. Look at the correspondent's dinner on Saturday night.

HANNITY: All right. This was a short segment, we got to take a break -- it was horrible. Going after Sarah Huckabee--

(CROSSTALK)

GIULIANI: Abortion applauding -- applauding--

HANNITY: -- Kellyanne.

GIULIANI: -- slaughtering embryos"

HANNITY: More with Rudy Giuliani. A longer segment, I promise that, straight ahead.

(COMMERCIAL BREAK)

HANNITY: As we continue with President Trump's attorney former New York City Mayor Rudy Giuliani, I want to clarify something because I was asking you about Perkins Coie and you said the money was not campaign money -- I'm giving you a fact now that you don't know, it's not campaign money, no campaign violation and I said because they funneled through a law firm. I think we were talking about two different things there. I want to make sure--

GIULIANI: Sure. I was talking about the $130,000 payment.

HANNITY: Right.

GIULIANI: A settlement payment which is a very regular thing for lawyers to do. The question there was, the only possible violation there would be wasn't a campaign finance violation, which usually results in a fine by the way, not this big storm troopers coming in and breaking down his apartment and breaking down his office.

That was money that was paid by his lawyer, the way I would do out of his law firm funds or whatever funds, it doesn't matter. The president reimbursed that over a period of several months.

HANNITY: But he had said he didn't, I distinctly remember that he did it on his own--

GIULIANI: He did.

HANNITY: -- without asking.

GIULIANI: Look, I don't know, I haven't investigated that, no reason to dispute that, no reason to dispute my recollection. I like Michael a lot, you like Michael a lot.

HANNITY: A long time.

GIULIANI: I feel very bad he's been victimized like this. The president feels even worse. The fact is, just trust me, they're going to come up with no violations there.

HANNITY: All right. You mean, the payment--

(CROSSTALK)

GIULIANI: Yes, payments are perfectly legal.

HANNITY: Let me go back to the main crux--

(CROSSTALK)

GIULIANI: All documented.

HANNITY: Let me go back to the main crux, and the crux is that we have a two-tiered justice system. The president is right when he says witch hunt?

GIULIANI: Yes. Sure. You can't explain this any other way. First of all, there never should have been an investigation. There was no Russian collusion. We're now a year and a half, two years into this, no Russian collusion, case over.

And falling all over themselves to investigate him, they have committed numerous violations including lies which are criminal, deception, outrageous search warrants like the one on Cohen. How about we go back to Manafort, breaking into his house?

HANNITY: In 2005--

(CROSSTALK)

GIULIANI: What is he, what is he, a drug dealer? I remember there was a phrase he wasn't a -- he wasn't violent criminal--

(CROSSTALK)

HANNITY: Where does this end, sir? I--

GIULIANI: What they did to Manafort, I used to do to the mafia not--

HANNITY: Drug dealers, mafia members.

HANNITY: And killers.

HANNITY: How was this -- how do you see this ending? And you talk to Mueller.

GIULIANI: You know, they're going to write a report, they can't indict him, I don't believe they can subpoena him. They are going to have to write a report, if we don't be interviewed or if we do get interviewed, they'll write the report based on the interview. They won't write it before by Hillary guy, because he's not a special person, he's been entrusted with the safety of the world.

HANNITY: Is this election in 2018 going to be a referendum on Donald Trump?

GIULIANI: Yes. We're going to go to the American people and say the following.

HANNITY: Real quick.

GIULIANI: You want to vote for impeachment? You want to impeach the president? They're not going to -- you want to have Nancy Pelosi running the House of Representatives? Forget it.

HANNITY: Mr. Mayor, thank you for being with us.

GIULIANI: Sean--

HANNITY: Always good to see you.

GIULIANI: -- you're a patriot.

HANNITY: Thank you, sir.

When we come back, more Hannity after the break.

(COMMERCIAL BREAK)

HANNITY: All right. That's all the time we have left this evening. Now tomorrow night we'll have full complete analysis, reaction to our copes of interview tonight. We hope you tune in, the great one, Mark Levin among out many guests.

Remember, this show will always be fair and balanced. We are not the destroyed Trump media. We hope you'll set your DVR and don't forget us on Instagram, and on Twitter at Sean Hannity and we have a lot to talk about tomorrow. Let not your heart be troubled. The news continues here on Fox.

*Copy: Content and Programming Copyright 2018 Fox News Network, LLC. ALL RIGHTS RESERVED. Copyright 2018 ASC Services II Media, LLC. All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of ASC Services II Media, LLC. You may not alter or remove any trademark, copyright or other notice from copies of the content.*

Print   Close

**URL**

http://www.foxnews.com/transcript/2018/05/02/rudy-giuliani-on-potential-trump-interview-for-mueller.html

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | Weather

Privacy | Terms

This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. All market data delayed 20 minutes. New Privacy - New Terms of Use (What's New) - FAQ

EXHIBIT 3



**Donald J. Trump** **Verified account** @realDonaldTrump

FollowFollow @realDonaldTrump

Mr. Cohen, an attorney, received a monthly retainer, not from the campaign and having nothing to do with the campaign, from which he entered into, through reimbursement, a private contract between two parties, known as a non-disclosure agreement, or NDA. These agreements are.....

3:46 AM - 3 May 2018

https://twitter.com/realDonaldTrump/status/991992302267785216



**Donald J. Trump** **Verified account** @realDonaldTrump

FollowFollow @realDonaldTrump

...very common among celebrities and people of wealth. In this case it is in full force and effect and will be used in Arbitration for damages against Ms. Clifford (Daniels). The agreement was used to stop the false and extortionist accusations made by her about an affair,......

3:54 AM - 3 May 2018

https://twitter.com/realDonaldTrump/status/991994433750142976

**Donald J. Trump**Verified account @realDonaldTrump

FollowFollow @realDonaldTrump

...despite already having signed a detailed letter admitting that there was no affair. Prior to its violation by Ms. Clifford and her attorney, this was a private agreement. Money from the campaign, or campaign contributions, played no roll in this transaction.

4:00 AM - 3 May 2018

https://twitter.com/realDonaldTrump/status/991995845120753664

EXHIBIT 4

00:00
[Music]
00:02
all right look who's on the couch Rudy
00:04
Guiliani all right you got me here let's
00:08
start we're gonna talk about stormy
00:10
Daniels in that payment and you get
00:12
you're gonna break some news on that but
00:13
first let's start with Robert Muller
00:15
you're his new attorney one of the
00:17
possibilities that the president will
00:19
sit down with him for two maybe three
00:22
hours tops
00:23
well that's that's the amount of time
00:24
Steve that we would allow only because
00:27
that's what Clinton got he got only two
00:29
and a half hours and he fought with them
00:30
over discovery we've given them 1.2
00:32
million documents didn't fight with them
00:35
over it could have we could have raised
00:36
presidential privilege other privileges
00:38
we gave him a complete picture of what's
00:40
going on they should be able to do this
00:42
if they have a case in two and a half
00:44
hours or they want to dispose it the

00:45
Judge Napolitano is just down there and
00:47
says you don't want to aggravate the
00:48
Investigative Committee don't you know
00:50
they don't like these limitations or
00:52
putting out parameters what's your
00:53
reaction to the tough luck this is the
00:55
cards we've been dealt and if you do it
00:58
for Clinton I'm sorry maybe they'd like
01:00
to give us all the things too Clinton
01:01
got like that memo written before the
01:03
interview like know under oath right
01:06
like his mind before he ever interviewed
01:12
her and your lawyers in the room all of
01:14
whom were witnesses sitting there making
01:15
signals at you and they all got deals
01:17
right and so we're asking for only one
01:20
thing
01:20
quite reasonable Issa's the president
01:22
United States he's getting ready to
01:24
negotiate probably one of our most
01:26
historic agreement since the opening to
01:28
China and Nix another with Iran Pro yeah
01:30
and we and we got we got kim jung-han

01:33
impressed enough to be releasing three
01:35
prisoners today and I've got to go there
01:37
and and Jay Sekulow
01:39
and the rasters we have to go there and
01:42
prepare him for this silly deposition
01:44
about a case in which he's supposedly
01:47
colluded with the Russians but there's
01:48
no evidence of that I mean everybody
01:50
forgets the basis of the case is dead
01:53
session should step in and close it and
01:56
say enough enough but mr. mayor that you
01:59
look at the questions if they don't
02:00
think collusions dead if you look at
02:01
those 52 questions that we saw
02:03
ridiculous questions like what did you
02:05
think what did you feel you know damn
02:06
what were you dreaming what we did you
02:08
have any dreams I was like I thought
02:09
Freud wrote them right
02:11
Gino on and he said what's interesting
02:13
when he was a federal agent he said if
02:16
there was a crime we would investigate
02:17
to find out who was involved in he said

02:19
here we feel like they're targeting the
02:21
president and we're trying to find a
02:23
couple right on target isn't it this
02:24
started as collusion with the Russians
02:27
no right now they go to obstruction of
02:31
justice collusion among the players what
02:35
they really trying to do is trap them in
02:37
approaches right so let's talk about no
02:38
way I'm we're not suckers so so right
02:40
now it's still up in the air asking just
02:42
one quick question one of the chances
02:44
like 50 50 40 1634 before they raided a
02:49
lawyer's office which will turn out to
02:51
be an outrageous violation of the
02:54
attorney-client privilege before they
02:56
put out the the questions and completely
03:01
soil the atmosphere the chances were
03:04
pretty good now we're gonna have some
03:06
convincing to do they're gonna have to
03:08
convince us they can be objective and
03:09
then not out to get 5050 I don't want to
03:12
put a percentage on it it it's not as
03:15
good as it was of when I first came into

03:17
it when you is it ultimately gonna be up
03:18
to the president is he gonna go with
03:20
your recommendation no I mean yes he
03:22
will I think but it might not I mean III
03:24
a lawyer has to be in a position of
03:26
making a recommending you've got to go
03:27
either way you can't just walk out and
03:28
huff so it made a lot of news last night
03:30
everything you made well because we
03:31
haven't seen you in a while and they
03:32
have this prominent position
03:33
representing the president's legal team
03:35
that just been reform at you you know
03:37
you got a new lineup out there you said
03:39
about Michael Cohen and the private
03:40
money of the stormy dams got paid one
03:44
hundred and thirty thousand dollars
03:45
Michael Cohen said hey I took this out I
03:47
took a loan out to or to pay it
03:48
president said I didn't know anything
03:50
about it
03:50
you came out last night I said I looked
03:52
at the receipts this was done through

03:54
private nothing to do with campaign
03:56
funds it was done through a retainer
03:58
clearance right it's been done through a
03:59
retainer fee and eventually he got paid
04:01
back and he just found out about it just
04:04
now in you going through this so the
04:06
president so the president tweeted out
04:08
this this morning to further explain
04:10
because this ends up being the biggest
04:12
story of the day and the night mr. Cohen
04:14
and attorney received a monthly retainer
04:16
not from the campaign and having nothing
04:18
to do with the campaign from which he
04:20
entered into through reimbursement a
04:22
private contract between two parties no
04:25
as a non-disclosure agreement or an NDA
04:27
these agreements are very common among
04:30
celebrities and people of wealth in this
04:32
case it is in full force and in fact it
04:35
will be used in arbitration for damages
04:36
against miss Clifford whose stormy
04:40
Daniels the agreement was used to stop
04:42
the false extortionist accusations made

04:44
by her about an affair despite already
04:47
having signed a detailed letter
04:49
admitting that there was no affair prior
04:51
to its violation by Miss Clifford and
04:53
her attorney this was a private
04:54
agreement money from the campaign or
04:57
campaign contributions played no role in
05:00
this transaction I don't think there's
05:03
any contradiction of that that's what I
05:04
said last night people were indeed
05:06
surprised which is why I think this is a
05:08
tweet that's very fact it was the
05:09
president president indicates he
05:11
understood it he didn't know the details
05:16
of this until we know the details of it
05:18
which is a couple weeks ago maybe not
05:20
even a couple maybe ten days ago
05:22
remember remember when this came up
05:24
October 2016 I was with him day in and
05:28
day out then I can't remember the
05:30
details of what happened and this was I
05:33
know 135,000 I don't want to you know
05:35
jomini 100,000 cific out of money

05:38
it's not when you're putting a hundred
05:40
million dollars into your campaign it's
05:41
it's it isn't pocket change but pretty
05:44
close to it yet last night when you were
05:45
on with Shaun we were all watching the
05:47
interview and I feel sorry for Melania
05:50
and all of this it's humiliating it's
05:52
embarrassing no I don't know if we'll
05:54
ever really know what happened there if
05:56
it's any of our business to be honest
05:57
with you maybe it has since he's the
05:59
president but something that did stand
06:01
out to me I remember when Michael Cohen
06:03
was interviewed about it and he it
06:05
seemed like he was saying that he was
06:07
never reimbursed that hundred and thirty
06:08
thousand dollars and now it sounds like
06:10
the story's changing well I mean he's he
06:13
was definitely reimbursed there's no
06:15
doubt about it why did he say he wasn't
06:17
maybe maybe personal this if we had to
06:22
defend this that's not being a campaign
06:23
contribution I think we could do that

06:25
this was for personal reasons
06:27
this was the President had been hurt
06:29
personally not politically personally so
06:32
much and and and the first lady by some
06:35
of the false allegations that one more
06:38
false allegations
06:39
six years old I think he was trying to
06:41
help the family and for that the man is
06:44
being treated like some kind of villain
06:46
and I think he was just being a good
06:47
lawyer
06:47
sir a good man so there were no campaign
06:50
violations because it was out of Donald
06:53
Trump's pocket that makes it nice and
06:54
clear but it wasn't for the campaign
06:56
right it was to save their marriage as
06:59
much as let's go into that why was the
07:02
one hundred and thirty thousand dollar
07:04
payment given to Stephanie Clifford
07:06
that's what they negotiate but why did
07:09
he that the campaigner why did the
07:11
attorney pay her the money
07:13
what was she alleging well she was

07:15
alleging although there's the contrary
07:17
letter that she signed that it never
07:19
happened that there was something a
07:20
one-time affair and and I think when
07:25
Cohen heard 130,000 he said my god this
07:27
is cheap they come cheap let me let me
07:29
get the things signed up and signed off
07:31
so in other words to make it go away
07:33
rather than fight this allegation well
07:36
yes don't you think a lot of these
07:37
people would pay that when they can I
07:39
mean I represented I can't disclose I
07:41
represented clients who paid
07:43
substantially more than that does this
07:45
happen a lot like he said in that tweet
07:47
when here well I think you yeah love you
07:49
were talking if you're wealthy you're a
07:51
target I mean we had a case very famous
07:54
person
07:54
this woman was a professional you could
07:57
do a movie event she was a professional
07:59
that would hit on rich guys older ones
08:01
and then shake him down for a couple

08:03

million bucks right so you were saying

08:04

you're saying that Stephanie Clifford

08:06

made these allegations

08:09

told Donald Trump's lawyer welcome deny

08:12

the public and denied them and that said

08:14

it wasn't true however imagine if that

08:17

came out on October 15th 2016

08:19

yeah a little of the you know last

08:21

debate with Hillary Clinton making it go

08:23

away they they made this home he didn't

08:25

even ask Cohen did Cohen made it go away

08:28

he did his job right so I gotta bring

08:30

Michael avenatti who represent stormy

08:32

Daniels to it he wants to be to get a TV

08:35

show or something a what he said he

08:37

watched her interview when he said this

08:38

TV show he could get his you know well

08:40

yeah well the evident we asked MSNBC for

08:44

one and they laughed he said I'm rarely

08:46

isn't MSNBC left I definitely did my god

08:48

he says I'm rarely as your viewers know

08:50

rendered speechless but I'm absolutely

08:51

speechless at this revel

08:53
and admission this is an outrage what
08:55
has gone on here the American people
08:56
have been lied to about this agreement
08:58
yet 113 vestigation is that about the
09:01
reimbursement this is consistent with
09:02
what we've been saying for months this
09:04
ultimately is going to be proven and
09:05
ultimately we're going to come out you
09:07
went on to say the president proves the
09:08
president will not finish his term but I
09:11
don't get anything what is it it proves
09:14
what we've been saying from the
09:15
beginning had nothing to with the
09:16
campaign it was a personal matter
09:18
it proves that there's stick-up artist I
09:20
don't believe he was the attorney back
09:22
then so he's trying to make up for what
09:24
he thinks you know he's trying to make
09:25
money yes hundred turned out when you
09:28
look at it they figured they should have
09:30
gotten a lot more than a hundred
09:31
thirty-five thousand four should be in
09:32
the in the seven figures and this guy

09:34
what's it is he gonna give up his
09:36
one-third of it I doubt it okay I'm he's
09:38
gonna take that money and you know jump
09:39
in the next ambulance all right let's
09:41
talk a little bit about something else
09:42
James Comey former FBI director you're
09:45
loggerheads with him you didn't you hire
09:47
him at something you have to say that
09:49
the president keeps saying it did you
09:51
inflict this guy on us to begin with but
09:54
you were saying he's a liar and
09:56
essentially a terrible person he of
09:59
course and I think he's a liar I mean
10:00
he's let's say he lied he McCabe would
10:04
tell you he lied his number two guy but
10:06
it was proven Michaela McCabe lie well
10:08
war times three times under oath right
10:10
and he like three or four times I mean
10:12
and also refused to clear the to say
10:15
that the president wasn't a target when
10:17
in fact he had done that for Hillary
10:19
Clinton completely botched the Clinton
10:22
investigation there's nobody that

10:24
doesn't think he his handling that was
10:26
disgraceful now he can be put up as a
10:29
model of credibility I mean they're
10:32
dreaming they think he'd ever get in
10:34
court we would rip him apart so the one
10:36
thing is would McCabe has said is I was
10:38
told I told Comey I'm going to talk to
10:40
the Wall Street Journal and tell this
10:41
story and they say they do that and
10:42
Comey says he's never told me anything
10:44
so mccabe and call me are at loggerheads
10:47
now that's what this is in islam gonna
10:49
bet i'm not one McCabe's telling the
10:52
truth why wouldn't he go to his boss
10:53
who's the leaker in chief right right
10:56
another describe a legal by the way my i
10:59
contend the only crimes committed so far
11:02
in this investigation or the ones they
11:05
committed the government committed very
11:06
calm
11:06
leaked in order to get a special
11:08
prosecutor why wouldn't the cave go to
11:11
him and say what did the president I do

11:12
what you did boss can i leak too
11:14
illegally and unethically what did the
11:16
president say to you after your
11:17
appearance last night president was was
11:19
quite pleased that we got we're making
11:21
progress we're moving along much more
11:23
aggressive than had been yeah well it's
11:26
not getting any less aggressive I decide
11:28
to join the team because he's I believe
11:31
he's one of the best presidents we've
11:32
ever had I think we wouldn't be sitting
11:34
here talking about North Korea maybe a
11:37
peaceful resolution without Donald Trump
11:39
I think these miserable people who
11:41
oppose him do not want to give him
11:43
credit and I wish they'd just give him
11:44
credit as Americans I don't care if they
11:46
live rolling I'm sorry Rudy thank you
11:48
very much Steve it's great to see you
11:50
again anyway a personal note we've
11:51
missed seeing you on the couch we're
11:52
back you know I love coming here we love
11:56
having you somebody else who works with

11:57
the president is his press secretary
11:58
Sarah Sanders is going to join us live
12:01
next in at 8:20 yep
12:04
[Music]
English (auto-generated)

EXHIBIT 5

OGE Form 278e (March 2014)
U.S. Office of Government Ethics; 5 C.F.R. part 2634 | Form Approved: OMB No. (3209-0001)



UNITED STATES OFFICE OF
**GOVERNMENT ETHICS**
★
Preventing Conflicts of Interest
in the Executive Branch

| Report Type: | Annual |
| Year (Annual Report only): | 2017 |
| Date of Appointment/Termination: | January 20, 2017 |

## Executive Branch Personnel Public Financial Disclosure Report (OGE Form 278e)

**Filer's Information**

| Last Name | First Name | MI | Position | Agency |
|---|---|---|---|---|
| Trump | Donald | J | President of the United States of America | |

Other Federal Government Positions Held During the Preceding 12 Months:
N/A

Name of Congressional Committee Considering Nomination (Nominees only):
N/A

Filer's Certification - I certify that the statements I have made in this report are true, complete and correct to the best of my knowledge:

| Signature: | Date: |
|---|---|
| *[signature]* | May 15, 2018 |

Agency Ethics Official's Opinion – On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments below)

| Signature: | Date: |
|---|---|
| *[signature]* | May 15, 2018 |

Other Review Conducted By:

| Signature: | Date: |
|---|---|
| | |

U.S. Office of Government Ethics Certification (if required):

| Signature: | Date: |
|---|---|
| *[signature]* | 5/16/2018 |

Comments of Reviewing Officials:

Note 3 to Part 8:  OGE has concluded that the information related to the payment made by Mr. Cohen is required to be reported and that the information provided meets the disclosure requirement for a reportable liability. *[initials]* 5/16

OGE Form 278e (March 2014)

Instructions for Part 8

Note: This is a public form. Do not include account numbers, street addresses, or family member names. See instructions for required information.

| Filer's Name | Page Number |
|---|---|
| Donald J. Trump | 45 of 46 |

## Part 8: Liabilities

| # | Creditor Name | Type | Amount | Year Incurred | Rate | Term |
|---|---|---|---|---|---|---|
| 1. | Ladder Capital Finance LLC | Trump Tower Commercial LLC - mortgage | Over $50,000,000 | 2012 | 4.200% | Matures in 2022 |
| 2. | Ladder Capital Finance I LLC | 40 Wall Street LLC - loan | Over $50,000,000 | 2015 | 3.665% | Matures in 2025 |
| 3. | Deutsche Bank Trust Company Americas | Trump National Doral - mortgage | Over $50,000,000 | 2012 | LIBOR + 1.75% or Prime minus .75% | Matures in 2023 |
| 4. | Deutsche Bank Trust Company Americas | Trump National Doral - mortgage | $5,000,001 - $25,000,000 | 2012 | LIBOR + 1.75% or Prime minus .75% | Matures in 2023 |
| 5. | The Bank of New York Mellon Trust Company N.A., as trustee | Fifty-Seventh Street Associates LLC - issuer of secured lease bonds - loan was fully satisfied before year-end on December 31, 2017 | $1,000,001 - $5,000,000 * | 1996 | 7.125% | Loan Satisfied |
| 6. | Investors Savings Bank | Trump Park Avenue LLC - mortgage | $5,000,001 - $25,000,000 | 2010 | 3.250% | Matures in 2020 |
| 7. | Ladder Capital Finance LLC | Trump Plaza LLC - mortgage | $5,000,001 - $25,000,000 | 2014 | 3.850% | Matures in 2024 |
| 8. | Amboy Bank | Trump National Golf Club Colts Neck LLC - mortgage | $5,000,001 - $25,000,000 | 2008 | 5.250% | Matures in 2028 |
| 9. | Chevy Chase Trust Holdings, Inc. as successor in interest to Bondy Way Development | Trump National Golf Club Washington DC LLC - mortgage | $5,000,001 - $25,000,000 | 2009 | 5.500% | Matures in 2029 |
| 10. | Royal Bank America | Seven Springs - mortgage | $5,000,001 - $25,000,000 | 2000 | 4.000% | Matures in 2019 |
| 11. | Ladder Capital Finance LLC | TIHT Commercial LLC - mortgage | $5,000,001 - $25,000,000 | 2016 | 4.050% | Matures in 2026 |
| 12. | Merrill Lynch Credit Corporation | 1094 S Ocean Blvd - mortgage - loan was fully satisfied before year-end on December 31, 2017 | $100,001 - $250,000 | 1994 | Six month LIBOR + 1.50% | Loan Satisfied |
| 13. | Merrill Lynch Credit Corporation | 124 Woodbridge Road - mortgage - loan was fully satisfied before year-end on December 31, 2017 | $50,001 - $100,000 | 1993 | Six month LIBOR + 1.75% | Loan Satisfied |
| 14. | Chicago Unit Acquisition LLC | TIHT Chicago - springing loan | Over $50,000,000 | 2012 | Prime + 5% | Springing loan |
| 15. | Deutsche Bank Trust Company Americas | TIHT Chicago - term loan | $25,000,001 - $50,000,000 | 2012 | LIBOR + 2.00% or Prime minus .50% | Matures in 2024 |
| 16. | Deutsche Bank Trust Company Americas | Trump Old Post Office - loan | Over $50,000,000 | 2015 | LIBOR + 1.75% or Prime minus .25% ** | Matures in 2024 |

(*) Prior year's report reflected a scrivener's error of $500,000 - $1,000,000.  Value range should have been shown as $1,000,000 - $5,000,000.

(**) Change attributable to correcting a scrivener's error.

In the interest of transparency, while not required to be disclosed as "reportable liabilities" on Part 8, in 2016 expenses were incurred by one of Donald J. Trump's attorneys, Michael Cohen.  Mr. Cohen sought reimbursement of those expenses and Mr. Trump fully reimbursed Mr. Cohen in 2017.  The category of value would be $100,001 – $250,000 and the interest rate would be zero.

EXHIBIT 6

# UNITED STATES OFFICE OF
# GOVERNMENT ETHICS

——— ★ ———————

May 16, 2018

The Honorable Rod J. Rosenstein
Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530-0001

Dear Mr. Rosenstein,

I write to you in connection with the complaint by Citizens for Responsibility and Ethics in Washington on March 8, 2018 with the Department of Justice (DOJ) and with the U.S. Office of Government Ethics (OGE). Specifically, the complaint requested that DOJ and OGE investigate whether a payment made by Mr. Michael Cohen to a third party constituted a loan to President Trump that should have been reported as a liability on his public financial disclosure report signed on June 14, 2017 (for calendar year 2016), and if so, whether the failure to report it was knowing and willful.

Today I certified President Trump's financial disclosure report signed on May 15, 2018 (for calendar year 2017). OGE has concluded that, based on the information provided as a note to part 8, the payment made by Mr. Cohen is required to be reported as a liability. OGE has determined that the information provided in that note meets the disclosure requirements for a reportable liability under the Ethics in Government Act.

I am providing both reports to you because you may find the disclosure relevant to any inquiry you may be pursuing regarding the President's prior report that was signed on June 14, 2017.

Sincerely,

David J. Apol
Acting Director