1  AVENATTI & ASSOCIATES, APC
Michael J. Avenatti, State Bar No. 206929
2  Ahmed Ibrahim, State Bar No. 238739
520 Newport Center Drive, Suite 1400
3  Newport Beach, CA 92660
Telephone:  949.706.7000
4  Facsimile:   949.706.7050

5  Attorneys for Plaintiff Stephanie Clifford
a.k.a. Stormy Daniels a.k.a. Peggy Peterson

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY 12  PETERSON, an individual, <br><br> 13                     Plaintiff, <br><br> 14      vs. <br><br> 15 <br> 16  DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware 17  Limited Liability Company, MICHAEL COHEN and DOES 1 through 10, 18  inclusive, <br><br> 19                     Defendants. <br> 20 | CASE NO.:  2:18-cv-02217-SJO-FFM <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF STEPHANIE CLIFFORD'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION IN PART OF ORDER IMPOSING STAY** |

21

22

23

24

25

26

27

28

1    Upon consideration of the Plaintiff's Motion For Reconsideration In Part of
2  Court's Order Imposing 90 Day Stay, Defendants' Opposition, Plaintiff's Reply, and the
3  Court's records and files of the case, and for good cause shown, the Court hereby orders
4  that its April 27, 2018 order imposing a 90 day stay of this action (until July 26, 2018) is
5  modified as follows:
6         1.      The Court's order staying the entire action shall be lifted, with the exception
7  that a stay shall remain in place until July 26, 2018 with regards to all discovery directed
8  to Defendant Michael Cohen.
9         2.      A status conference regarding the status of the stay as to discovery directed
10 to Defendant Cohen is set for July 27, 2018 at 9:00 a.m.
11        3.      The parties are still required to file a joint report on the status of the criminal
12 proceedings ten (10) days prior to the conference date.
13
14 IT IS SO ORDERED
15
16 Dated: _____         _____
17                                         HON. S. JAMES OTERO
                                           United States District Judge
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION**