BLAKELY LAW GROUP
BRENT H. BLAKELY (CA Bar No. 157292)
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone:   (310) 546-7400
Facsimile:    (310) 546-7401
Email:          BBlakely@BlakelyLawGroup.com
Attorneys for Defendants
ESSENTIAL CONSULTANTS, LLC and MICHAEL COHEN

HARDER LLP
CHARLES J. HARDER (CA Bar No. 184593)
RYAN J. STONEROCK (CA Bar No. 247132)
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone:   (310) 546-7400
Facsimile:    (310) 546-7401
Email:          CHarder@HarderLLP.com
                     RStonerock@HarderLLP.com
Attorneys for Defendant
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02217-SJO-FFM<br><br>**DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER STAYING THIS ACTION**<br><br>Assigned for All Purposes to the Hon. S. James Otero<br><br>Action Filed: March 6, 2018 |

Defendants Essential Consultants, LLC, Michael Cohen and Donald J. Trump object to the Declaration of Michael J. Avenatti [ECF No. 56-2] as follows:

| | **Citation** | **Objection** | **Ruling** |
|---|---|---|---|
| 1. | **Paragraph 2:** "On April 26, 2018 (after Defendants filed their joint application for a stay and the declaration of Mr. Cohen supporting the stay), Mr. Trump gave a phone interview with the television program *Fox & Friends*. A true and correct copy of the transcript from this interview is attached hereto as Exhibit 1. The complete interview may be viewed at: http://video.foxnews.com/v/5776719790001/?#sp=show-clips" | Mr. Avenatti's statement, Exhibit 1 and the linked interview are irrelevant. Fed. R. Evid. 401. Exhibit 1 and the linked interview are also hearsay. Fed. R. Evid. 801 and 802. | Sustained: ____ Overruled: ____ |
| 2. | **Paragraph 3:** "On May 2, 2018, Mr. Trump's attorney, Rudy Giuliani was interviewed by Sean Hannity of *Fox News*. A true and correct copy of the transcript from this interview is attached hereto as Exhibit 2. The complete interview may be viewed at: http://video.foxnews.com/v/5779751128001/?#sp=show-clips" | Mr. Avenatti's statement, Exhibit 2 and the linked interview are irrelevant. Fed. R. Evid. 401. Exhibit 2 and the linked interview are also hearsay. Fed. R. Evid. 801 and 802. | Sustained: ____ Overruled: ____ |
| 3. | **Paragraph 4:** "On May 3, 2018 consistent with the new revelations disseminated by Mr. Giuliani, Mr. Trump issued | Mr. Avenatti's statement, Exhibit 3 and the linked tweets are irrelevant and hearsay. Fed. R. Evid. 401, 801 and 802. Mr. Avenatti's statement that the tweets are | Sustained: ____ Overruled: ____ |

| | | | | |
|---|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | | three separate tweets discussing Mr. Cohen, Plaintiff, the Settlement Agreement, and the $130,000 payment. A true and correct of these tweets is attached hereto as Exhibit 3. The actual tweets can be viewed at<br>a. https://twitter.com/realDonaldTrump/status/991992302267785216<br>b. https://twitter.com/realDonaldTrump/status/991994433750142976<br>c. https://twitter.com/realDonaldTrump/status/991995845120753664" | "consistent with the new revelations disseminated by Mr. Giuliani" is also argument and/or opinion, rather than fact. Fed. R. Evid. 701. | |
| 15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | 4. | **Paragraph 5:**<br><br>"On May 3, 2018, Mr. Giuliani went on *Fox & Friends* and continued openly discussing the Settlement Agreement and $130,000 payment. A true and correct copy of the transcript from this interview is attached hereto as Exhibit 4. The complete interview may be viewed at: https://www.youtube.com/watch?v=MJSZgwdvNvQ" | Mr. Avenatti's statement, Exhibit 4 and the linked interview are irrelevant and hearsay. Fed. R. Evid. 401, 801 and 802. Exhibit 4 also lacks foundation and has not been properly authenticated by Mr. Avenatti since its origin is unknown and does not contain any certification. Fed. R. Evid. 602 and 901. Mr. Avenatti's statement that Mr. Giuliani "continued openly discussing the Settlement Agreement and $130,000 payment" is also argument and/or opinion, rather than fact. Fed. R. Evid. 701. | Sustained: ____<br>Overruled: ____ |

-3-
EVIDENTIARY OBJECTIONS TO DECLARATION OF MICHAEL J. AVENATTI

| | | | |
|---|---|---|---|
| 5. | **Paragraph 6:**<br><br>"On May 16, 2018, Mr. Trump made another factual statement concerning his knowledge about the payment to Plaintiff, this time in a signed disclosure made to the United States Office of Government Ethics entitled 'Executive Branch Personnel Public Financial Disclosure Report (OGE Form 278e).' A true and correct copy of excerpts of this report is attached hereto as Exhibit 5." | Mr. Avenatti's statement and Exhibit 5 are irrelevant and hearsay. Fed. R. Evid. 401, 801 and 802. Mr. Avenatti's statement that "Mr. Trump made another factual statement concerning his knowledge about the payment to Plaintiff, this time in a signed disclosure made to the United States Office of Government Ethics" is also argument and/or opinion, rather than fact. Fed. R. Evid. 701. | Sustained: ____<br><br>Overruled: ____ |
| 6. | **Paragraph 7:**<br><br>"According to United States Office of Government Ethics in a letter dated May 16, 2018 to Deputy Attorney General Rod Rosenstein, 'the payment made by Mr. Cohen is required to be reported as a liability.' A true and correct copy of this letter is attached hereto as Exhibit 6." | Mr. Avenatti's statement and Exhibit 6 are irrelevant and hearsay. Fed. R. Evid. 401, 801 and 802. Exhibit 6 also lacks foundation and has not been properly authenticated by Mr. Avenatti. Fed. R. Evid. 602 and 901. | Sustained: ____<br><br>Overruled: ____ |
| 7. | **Paragraph 8:**<br><br>"As of the date of this filing, Plaintiff is not aware of any criminal charges being filed against Mr. Cohen or any indictment having been made public." | Mr. Avenatti's statement is irrelevant and lacks foundation. Fed. R. Evid. 401 and 602. | Sustained: ____<br><br>Overruled: ____ |

-4-
EVIDENTIARY OBJECTIONS TO DECLARATION OF MICHAEL J. AVENATTI

| | | |
|---|---|---|
| 1 | Dated: June 1, 2018 | BLAKELY LAW GROUP |
| 2 | | |
| 3 | | By:  */s/ Brent H. Blakely* |
| 4 | | BRENT H. BLAKELY |
| | | Attorneys for Defendants |
| 5 | | ESSENTIAL CONSULTANTS, LLC and |
| 6 | | MICHAEL COHEN |
| 7 | Dated: June 1, 2018 | HARDER LLP |
| 8 | | |
| 9 | | By:  */s/ Charles J. Harder* |
| | | CHARLES J. HARDER |
| 10 | | Attorneys for Defendant |
| 11 | | DONALD J. TRUMP |

Pursuant to Local Rule 5-4.3.4, I Brent H. Blakely, hereby attest that all other signatories to these Evidentiary Objections, and on whose behalf it is submitted, concur in its content and have authorized its filing.

Dated: June 1, 2018                                                               /s/ Brent H. Blakely
                                                                                              BRENT H. BLAKELY