AVENATTI & ASSOCIATES, APC
Michael J. Avenatti, State Bar No. 206929
Ahmed Ibrahim, State Bar No. 238739
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone: 949.706.7000
Facsimile: 949.706.7050

Attorneys for Plaintiff Stephanie Clifford
a.k.a. Stormy Daniels a.k.a. Peggy Peterson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-02217-SJO-FFM<br><br>**PLAINTIFF STEPHANIE CLIFFORD'S RESPONSE TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER STAYING THIS ACTION**<br><br>**Hearing Date: June 21, 2018**<br>(Pursuant to Court's Order Dkt. No. 55)<br>**Hearing Time: 1:30 p.m.**<br>**Location: Courtroom 10C** |

## I. INTRODUCTION

Defendants Michael Cohen and Donald J. Trump have filed seven evidentiary objections to exhibits attached to the Declaration of Michael J. Avenatti in Support of Plaintiff's Motion for Reconsideration in Part of Order Imposing Stay. These objections repeatedly claim that the exhibits are irrelevant, that Mr. Trump and his attorney Rudolph Giuliani's statements are hearsay, and that some of Mr. Trump and Mr. Giuliani's statements are not authenticated. Defendants' objections are meritless for the reasons discussed below.

## II. DEFENDANTS' EVIDENTIARY OBJECTIONS ARE WITHOUT MERIT.

Defendants' objections to Mr. Trump and Mr. Giuliani's "out-of-court" statements as inadmissible hearsay are without merit and should be overruled. Mr. Trump's statements are textbook admissions of a party opponent. Fed. R. Evid. 801(d)(2)(A); United States v. Harris, 738 F.2d 1068, 1073 (9th Cir. 1984) (tape "recording could have been admitted without limitation as a party admission" under Fed.R.Evid. 801(d)(2)(A)); United States v. Carrillo, 81 F. App'x 141, 142 (9th Cir. 2003) (citing Fed. R. Evid. 801(d)(2) and stating that "[t]he recorded statements of [defendant] himself were admissible as admissions because they were offered against him and he is a party"). Similarly, Mr. Giuliani's statements are also admissible as authorized admissions and admissions of an agent of a party opponent. Fed. R. Evid. 801(d)(2)(C)-(D); United States of Am., Plaintiff, v. Jamie Harmon, Defendant., No. CR 08-00938 JW, 2010 WL 11519181, at *2–3 (N.D. Cal. July 1, 2010) (letter written by lawyer in connection with representation of defendant admissible under Fed. R. Evid. 801(d)(2)(D)); United States v. Amato, 356 F.3d 216, 220 (2d Cir. 2004); 30B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure. § 6776 (2018) ("An attorney can be characterized as the client's agent for purposes of" Fed. R. Evid. 801(d)(2)(D)).

Defendants' objections to the authenticity of Mr. Trump and Mr. Giuliani's statements are patently frivolous. Mr. Trump makes no argument that the voice depicted

**PLAINTIFF'S RESPONSE TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF STAY**

on the *Fox & Friends* interview was not his own voice. Similarly, Defendants do not deny that it was in fact Mr. Giuliani depicted in the interviews on *Hannity* and *Fox & Friends*.

Finally, Defendants' relevance objections are meritless. "The standard of relevance in the federal courts is quite liberal." United States v. Pimentel-Tafolla, 60 F. App'x 656, 664 (9th Cir. 2003). Evidence is relevant if "it has any tendency to make a fact more or less probable than it would be without the evidence" and "the fact is of consequence in determining the action." Fed. R. Evid. 401. The relevance of the evidence is amply set forth in Plaintiff's memorandum of points and authorities in support of her motion, and in the concurrently filed reply.

### III. CONCLUSION

For the reasons stated above, Plaintiff respectfully requests the Court to overrule each of Defendants' evidentiary objections.

Dated: June 7, 2018

AVENATTI & ASSOCIATES, APC

By: /s/ Michael J. Avenatti
Michael J. Avenatti
Attorneys for Plaintiff Stephanie Clifford
a.k.a. Stormy Daniels a.k.a. Peggy Peterson