HARDER LLP
CHARLES J. HARDER (CA Bar No. 184593)
RYAN J. STONEROCK (CA Bar No. 247132)
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone: (424) 203-1600
Facsimile: (424) 203-1601
Email:      CHarder@HarderLLP.com
Email:      RStonerock@HarderLLP.com

Attorneys for Defendant
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02217-SJO (FFM)<br><br>**NOTICE OF FILING OF MOTION BY DEFENDANT DONALD J. TRUMP TO TRANSFER RELATED ACTION PENDING IN THE SOUTHERN DISTRICT OF NEW YORK, ENTITLED *CLIFFORD V. TRUMP*, CASE NO. 18-CV-03842-JMF, TO THE CENTRAL DISTRICT OF CALIFORNIA, OR, IN THE ALTERNATIVE, TO DISMISS OR STAY THE CASE**<br><br>Assigned for All Purposes to the Hon. S. James Otero<br><br>Action Filed: March 6, 2018 |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on July 23, 2018, defendant Donald J. Trump filed a Motion to Transfer the related action pending in the Southern District of New York entitled, *Stephanie Clifford v. Donald J. Trump*, Case No. 18-cv-03842-JMF (the "SDNY Action"), to the Central District of California, pursuant to 28 U.S.C. § 1404(a), or, in the alternative, to dismiss or stay the action pursuant to the "first-filed" rule. The motion and related papers are located at Dkt. No. 11 in the SDNY Action.

Dated: July 25, 2018            HARDER LLP

                                By: */s/ Charles J. Harder*
                                    CHARLES J. HARDER
                                    Attorneys for Defendant
                                    DONALD J. TRUMP