UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-02217 SJO (FFMx) | Date | July 27, 2018 |
|---|---|---|---|
| Title | Stephanie Clifford v. Donald J. Trump et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Carol Zurborg | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael J. Avenatti<br>Ahmed Ibrahim | Charles J. Harder<br>Ryan J. Stonerock<br>Brent H. Blakely<br>Jessica C. Covington |

**Proceedings:** **HEARING RE: EX PARTE APPLICATION for Order for Restraining Order Against Plaintiff's Counsel Michael Avenatti filed by Defendant Michael Cohen [ECF #60] and Defendants' request to extend the stay for another ninety (90) days.**

Hearing held.

Court and counsel confer.

The Court takes the matters under submission.

: 0/47

Initials of Preparer    vpc