UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-02217 SJO (FFMx) | Date | September 24, 2018 |
|---|---|---|---|
| Title | Stephanie Clifford v. Donald J. Trump et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | Carol Zurborg | | |
| Deputy Clerk | Court Reporter | Tape No. | |

Attorneys Present for Plaintiffs:

Michael J. Avenatti
Ahmed Ibrahim

Attorneys Present for Defendants:

Charles J. Harder
Ryan J. Stonerock
Brent H. Blakely
Jessica C. Covington

**Proceedings:**   **SCHEDULING CONFERENCE**

Hearing held.

The Court indicates that issue before this court is whether there is a case in controversy that remains. The Court sets the following schedule:

    Defendants shall file a motion to dismiss for lack of subject jurisdiction by 10/8/2018;

    Opposition shall be due by Friday, 10/26/18;

    Reply shall be due by Wednesday, 11/07/18.

    Hearing shall be set for Monday, December 3, 2018 @ 10:00 a.m.

In re the Motion to Strike Plaintiff's First Amended Complaint Amended Complaint filed by Defendant Michael Cohen [ECF #31] the parties shall follow the same briefing schedule and hearing will be set for Monday, December 3, 2018 @ 10:00 a.m.

      : 0/07

Initials of Preparer    vpc