1  HARDER LLP
2  CHARLES J. HARDER (CA Bar No. 184593)
   RYAN J. STONEROCK (CA Bar No. 247132)
3  132 S. Rodeo Drive, Fourth Floor
4  Beverly Hills, California 90212
   Telephone:  (310) 546-7400
5  Facsimile:   (310) 546-7401
6  Email:       CHarder@HarderLLP.com
                RStonerock@HarderLLP.com
7
   Attorneys for Defendant
8  DONALD J. TRUMP

9              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:18-cv-02217-SJO-FFM <br><br> **DECLARATION OF CHARLES J. HARDER IN SUPPORT OF MOTION OF DEFENDANT DONALD J. TRUMP TO DISMISS PLAINTIFF'S DECLARATORY RELIEF CAUSE OF ACTION FOR LACK OF SUBJECT MATTER JURISDICTION** <br><br> Assigned for All Purposes to the Hon. S. James Otero <br><br> Action Filed:  April 30, 2018 |

1
DECLARATION OF CHARLES J. HARDER

## DECLARATION OF CHARLES J. HARDER

I, Charles J. Harder, declare:

1. I am an attorney duly licensed to practice before all courts of the State of California and in the U.S. District Court for the Central District of California, among other courts. I am a partner of the law firm Harder LLP, counsel of record for Defendant Donald J. Trump ("Mr. Trump"). I make this declaration based on my own personal knowledge and, if called and sworn as a witness, I could and would competently testify hereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Mr. Trump's covenant related to the Settlement Agreement at issue in plaintiff Stephanie Clifford's ("Plaintiff") declaratory relief claim in this action, which was provided to Plaintiff's counsel on September 8, 2018.

3. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's Opposition to Mr. Trump's Motion to Transfer, filed in the matter of *Clifford v. Trump*, United States District Court, Southern District of New York, case number 18-cv-03842-JMF, on August 7, 2018, which is available on the Pacer website for the Southern District of New York (https://ecf.nysd.uscourts.gov). On or about August 8, 2018, that action was transferred to the United States District Court, Central District of California, case number 18-cv-06893-SJO-FFM.

4. Attached hereto as **Exhibit C** is a true and correct copy of the transcript of Plaintiff's nationally televised interview that aired on *60 Minutes* on March 25, 2018 which, according to numerous news reports, was watched by twenty-two million viewers. The transcript was obtained from the following URL: https://www.cbsnews.com/news/stormy-daniels-describes-her-alleged-affair-with-donald-trump-60-minutes-interview/.

5. Attached hereto as **Exhibit D** is a true and correct copy of a certified transcript of the appearance by Plaintiff and her attorney, Michael Avenatti, on *The View* on April 17, 2018. Videos of the appearance by Plaintiff and Mr. Avenatti can

be viewed at the following URLs:

    a. Part I: https://www.youtube.com/watch?v=DFEoyIGbRBg

    b. Part II: https://www.youtube.com/watch?v=dgDvyku4B5s and

    c. Part III: https://www.youtube.com/watch?v=htmbDkAgA2Q

6. Attached hereto as **Exhibit E** is a true and correct copy of a tweet from the twitter account for *The View*, confirming Plaintiff's and Mr. Avenatti's appearance on *The View* on September 12, 2018, which was obtained from the following URL: https://twitter.com/TheView/status/1039857185923186689. Videos of the appearance by Plaintiff and Mr. Avenatti can be viewed at the following URLs:

    a. Part I: https://www.youtube.com/watch?v=0yRpdxL8oaU

    b. Part II: https://www.youtube.com/watch?v=fWyWoa-9hUo

    c. Part III: https://www.youtube.com/watch?v=H50zl1qYfp8

7. Attached hereto as **Exhibit F** is a true and correct copy of an uncertified transcript of the appearance by Plaintiff on *Saturday Night Live* on May 5, 2018, which was prepared by junior attorney Theodore Nguyen at my law firm. A video of Plaintiff's appearance can be viewed at the following URL: https://www.youtube.com/watch?v=K1K8s-tQGqY.

8. At my instruction and under my supervision, Mr. Nguyen compiled a list of all television news appearances by Plaintiff and Mr. Avenatti between March 6, 2018 (the date Plaintiff filed her initial action against Mr. Trump) and August 24, 2018. Mr. Nguyen performed this task by reviewing news organizations' websites and social media accounts including CNN, ABC, NBC, CBS and others, and compiling a list of each individual appearance, by date. According to Mr. Nguyen's analysis, Plaintiff and/or Mr. Avenatti have appeared on no less than 143 national television news shows, to talk about Plaintiff's accusations against Mr. Trump and/or the ensuing litigation. Attached hereto as **Exhibit G** is the chart that Mr. Nguyen prepared, listing each of the television news appearances. A separate declaration of Theodore Nguyen, attesting to his work, can be prepared and provided to the Court

1 upon request.

2     9.    Attached hereto as **Exhibit H** is a true and correct copy of the Amazon.com page for Plaintiff's book, entitled *Full Disclosure*, released on October 2, 2018, which can viewed at the following URL: https://www.amazon.com/gp/product/B07GC83R9T.

    10.    Attached hereto as **Exhibit I** is a true and correct copy of a September 8, 2018 email exchange between myself, my partner, Ryan Stonerock, and Plaintiff's counsel.

    11.    Attached hereto as **Exhibit J** is a true and correct copy of a September 27, 2018 email Mr. Stonerock sent to Plaintiff's counsel, offering to further meet and confer on Mr. Trump's then-contemplated motion to dismiss for lack of subject matter jurisdiction. As of the date of this declaration, no response to this email has been received from Plaintiff's counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on October 8, 2018, at Los Angeles, California.

                              */s/ Charles J. Harder*
                              CHARLES J. HARDER