AVENATTI & ASSOCIATES, APC
Michael J. Avenatti, State Bar No. 206929
Ahmed Ibrahim, State Bar No. 238739
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone: 949.706.7000
Facsimile: 949.706.7050

Attorneys for Plaintiff Stephanie Clifford
a.k.a. Stormy Daniels a.k.a. Peggy Peterson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, and individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-02217-SJO-FFM<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND TO FILE SECOND AMENDED COMPLAINT**<br><br>**Hearing Date:** December 3, 2018<br>**Hearing Time:** 10:00 a.m.<br>**Location:** Courtroom 10C |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on December 3, 2018, in Courtroom 10C of the above-referenced Court, pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff Stephanie Clifford a.k.a. Stormy Daniels a.k.a. Peggy Peterson ("Plaintiff") will and does hereby move this Court for leave to amend and file a Second Amended Complaint.

Plaintiff bases this motion upon this Notice of Motion; the concurrently filed Memorandum in Support of Plaintiff's Motion for Leave to Amend, the Declaration of Ahmed Ibrahim in Support of Plaintiff's Motion for Leave to Amend, the pleadings and record in this action; and such further argument and evidence as this Court may consider at or before the hearing on this motion.

On October 26, 2018, Plaintiff filed her Response to Defendant Michael Cohen's Special Motion to Strike in which Plaintiff notified Defendant Michael Cohen that she would be filing this Motion. [Dkt. 90 at 1, 6-7.] On October 29, Plaintiff's counsel spoke with Mr. Cohen's attorney, Brent Blakely, on the phone and advised Mr. Blakely of the relief sought in this Motion in an effort to meet and confer pursuant to Local Rule 7-3. [Declaration of Ahmed Ibrahim in Support of Motion for Leave to Amend, ¶3.] The same day, Plaintiff's counsel sent a follow up e-mail relating to the meet and confer. [Id. Exh. C.] Plaintiff's counsel stated "I am happy to drive up to your office in Manhattan Beach this afternoon to confer in person." [Id.] Mr. Blakely advised that he would not be available to meet and confer in person until Thursday, November 1. [Id., ¶3 Exh. A.] In the meantime, the parties continued to have meet and confer communications by e-mail. [Id.] Plaintiff's counsel and Mr. Blakely then met and conferred in person on November 1. [Id., ¶4.] However, the parties were unable to reach a resolution and Mr. Blakely confirmed that Mr. Cohen would oppose Plaintiff's motion. [Id.]

Dated: November 5, 2018              AVENATTI & ASSOCIATES, APC

                                     By:      /s/ Michael J. Avenatti
                                         Michael J. Avenatti
                                         Ahmed Ibrahim

-1-
**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND TO FILE SECOND AMENDED COMPLAINT**

Attorneys for Plaintiff Stephanie Clifford
a.k.a. Stormy Daniels a.k.a. Peggy Peterson