UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-02217 SJO (FFMx) | Date | January 22, 2019 |
|---|---|---|---|
| Title | Stephanie Clifford v. Donald J. Trump et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Terri Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael J. Avenatti<br>Ahmed Ibrahim | Charles J. Harder<br>Ryan J. Stonerock<br>Brent H. Blakely<br>Jessica C. Covington |

**Proceedings:** **MOTION to Dismiss Plaintiff's Declaratory Relief Cause of Action for Lack of Subject Matter Jurisdiction filed by Defendant Donald J. Trump. [ECF #87]**
**MOTION to Dismiss for Lack of Jurisdiction filed by Defendant Essential Consultants, LLC. [ECF #88]**

Hearing held.

Court and counsel confer.

Counsel present argument.

The matters stand submitted.

|  | : | 0/50 |
|---|---|---|
| | Initials of Preparer | vpc |