

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 7, 2019

  Los Angeles County Superior Court  
  111 North Hill Street  
  Los Angeles, CA 90012  

Re:  Case Number: _____2:18–cv–02217–SJO–FFM_____
     Previously Superior Court Case No. _____BC696568_____
     Case Name: _____Stephanie Clifford v. Donald J. Trump et al_____

Dear Sir/Madam:

   Pursuant to this Court's ORDER OF REMAND issued on _____3/7/19_____, the above–referenced case is hereby remanded to your jurisdiction.

   Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

                                              Respectfully,

                                              Clerk, U.S. District Court

                                              By:  /s/ *Linda Chai*  
                                                   Deputy Clerk
                                                   Linda_Chai@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

                                              Clerk, Superior Court

_____                        By: _____
Date                                              Deputy Clerk