

**United States District Court**
Central District of California
**Office of the Clerk**

Cristina M. Squieri Bullock
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 7, 2019

Los Angeles County Superior Court
111 North Hill Street
Los Angeles, CA 90012

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAR 11 2019

Sherri R. Carter, Executive Officer/Clerk
By Paul R. Cruz, Deputy

Re: Case Number: _____2:18-cv-02217-SJO-FFM_____ ✓
    Previously Superior Court Case No. _____BC696568_____
    Case Name: _____Stephanie Clifford v. Donald J. Trump et al_____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____3/7/19_____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
MAR 27 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

Respectfully,

Clerk, U.S. District Court

By: _/s/ Linda Chai_
    Deputy Clerk
    Linda_Chai@cacd.uscourts.gov

*Encls.*
cc: *Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_3-11-2019_                By: **PAUL CRUZ**
Date                            Deputy Clerk

CV-103 (05/18)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)